UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AVIS BUDGET GROUP INC.,<br><br>　　　　　Defendants. | Case No. 23-cv-05507-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/7/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

DESIGNATION OF EXPERTS: 11/1/2024; REBUTTAL: 12/6/2024;
　　Parties **SHALL** conform to Rule 26(a)(2).

NON-EXPERT DISCOVERY CUTOFF is: 1/10/2025.

EXPERT DISCOVERY CUTOFF is: 1/10/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/24/2025;
　　Opp. Due: 2/7/2025; Reply Due: 2/14/2025;
　　and set for hearing no later than 2/28/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  3/25/2025
PRETRIAL CONFERENCE DATE: 4/8/2025 at 1:30 PM.

JURY TRIAL DATE: 4/21/2025 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

1   The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.
2   Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

   **IT IS SO ORDERED**.

Dated: March 25, 2024

_____
SUSAN ILLSTON
United States District Judge