**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIA TURNER-GRAY,

Plaintiffs,

v.

AVIS BUDGET GROUP INC, AMN HEALTHCARE SERVICES, INC., B.E. SMITH,

Defendants.

Case No. 3:23-cv-05507-SI

**[PROPOSED] ORDER GRANTING DEFENDANTS AMN HEALTHCARE, INC.'S AND AMN HEALTHCARE INTERIM SOLUTIONS, LLC'S MOTION TO DISMISS**

| | |
|---|---|
| Date: | September 13, 2024 |
| Time: | 10:00 a.m. |
| Judge: | Hon. Susan Illston |
| Courtroom: | 1 |
| Trial Date: | Not Set |
| Complaint Filed: | October 25, 2023 |

Defendants AMN HEALTHCARE, INC. and AMN HEALTHCARE INTERIM SOLUTIONS, LLC's (formerly known as B.E. SMITH INTERIM SERVICES, LLC, and erroneously sued as "B.E. SMITH") (together, "AMN Defendants") Motion to Dismiss was heard on September 13, 2024, at 10:00 a.m., before the Honorable Susan Illston. Upon full consideration of all the papers and evidence submitted, IT IS HEREBY ORDERED:

AMN Defendants' Motion to Dismiss each cause of action in Plaintiff Avia Turner-Gray's ("Plaintiff") First Amended Complaint against AMN Defendants' is hereby GRANTED without leave to amend.

IT IS SO ORDERED.

Dated: ___________________ ___________________________________

Honorable Susan Illston
United States District Judge