UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVIS BUDGET GROUP INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-05507-SI<br><br>**ORDER SETTING NEW BRIEFING SCHEDULE AND HEARING DATE ON AMN DEFENDANTS' MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

On August 7, 2024, the AMN defendants filed a motion to dismiss the first amended complaint, and that motion is currently scheduled for a hearing on September 13, 2024. On August 19, self-represented plaintiff Avia Turner-Gray emailed the Court's clerk stating that she just became aware of the motion and requesting an extension of the deadline to file her opposition.

The Court hereby sets the following new schedule for AMN's motion to dismiss: opposition due **August 26**; reply due **September 3**; hearing via zoom on **September 20 at 10:00 a.m.** The case management conference is rescheduled from September 13 to **September 20 at 3:00 p.m.**

In the future, if plaintiff wishes to request an extension or modification of deadlines, plaintiff should first contact defense counsel to see if the parties can agree on a new schedule, and if the parties can agree, then file a stipulation setting forth the new schedule.

**IT IS SO ORDERED**.

Dated: August 23, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge