**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiffs,<br><br>v.<br><br>AVIS BUDGET GROUP INC, AMN HEALTHCARE SERVICES, INC., B.E. SMITH,<br><br>Defendants. | Case No. 3:23-cv-05507-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AMN HEALTHCARE, INC.'S AND AMN HEALTHCARE INTERIM SOLUTIONS, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Date: January 10, 2025<br>Time: 10:00 a.m.<br><br>Judge: Hon. Susan Illston<br>Courtroom: 1<br><br>Trial Date: Not Set<br>Complaint Filed: October 25, 2023 |

Defendants AMN HEALTHCARE, INC. and AMN HEALTHCARE INTERIM SOLUTIONS, LLC's (formerly known as B.E. SMITH INTERIM SERVICES, LLC) (together, "AMN Defendants") Motion to Dismiss Plaintiff's Second Amended Complaint was heard on January 10, 2025, at 10:00 a.m., before the Honorable Susan Illston. Upon full consideration of all the papers and evidence submitted, IT IS HEREBY ORDERED:

///

///

///

AMN Defendants' Motion to Dismiss each cause of action in Plaintiff Avia Turner-Gray's ("Plaintiff") Second Amended Complaint against AMN Defendants' is hereby GRANTED without leave to amend.

IT IS SO ORDERED.

Dated: ________________

______________________________
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE