**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
severett@everettdorey.com
Samantha E. Dorey, SBN 281006
sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
clee@everettdorey.com
Patrick Albasha, SBN 316610
palbasha@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., *et al.*,<br><br>Defendant. | **Case No. 3:23-cv-05507-SI**<br><br>*[The Hon. Honorable Susan Illston, Courtroom 1]*<br><br>**DEFENDANT AVIS BUDGET CAR RENTAL, LLC'S ANSWER TO SECOND AMENDED COMPLAINT CORRECTED; DEMAND FOR JURY TRIAL** |

Defendant AVIS BUDGET CAR RENTAL, LLC ("Defendant" or "Avis") answer Plaintiff AVIA TURNER-GRAY's ("Plaintiff") Second Amended Complaint Corrected as follows:

**SECOND AMENDED COMPLAINT CORRECTED**

1. In response to Paragraph 1 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

2. In response to Paragraph 2 of the Second Amended Complaint Corrected, including because Plaintiff has failed to define the term "Avis," Defendant lacks sufficient information to admit or deny the allegations therein.

3. In response to Paragraph 3 of the Second Amended Complaint Corrected, including because Plaintiff has failed to define the term "Avis," Defendant lacks sufficient information to

admit or deny the allegations therein.

4. In response to Paragraph 4 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

5. In response to Paragraph 5 of the Second Amended Complaint Corrected, Defendant admits that Plaintiff initiated legal action before this Court against Avis Budget Group, Inc., AMN Healthcare Services, Inc. and AMN Healthcare Interim Solutions, LLC (former known as B.E. Smith Interim Services, LLC, and erroneously sued as "B.E. Smith") on October 25, 2023. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

6. In response to Paragraph 6 of the Second Amended Complaint Corrected, Defendant admits that in December 2023, AMN Healthcare Interim Solutions, LLC (former known as B.E. Smith Interim Services, LLC, and erroneously sued as "B.E. Smith") and AMN Healthcare Services, Inc. filed a Motion to Dismiss. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

7. In response to Paragraph 7 of the Second Amended Complaint Corrected, Defendant admit that in January 2024, Plaintiff entered a voluntary dismissal without prejudice against AMN Healthcare Interim Solutions, LLC (former known as B.E. Smith Interim Services, LLC, and erroneously sued as "B.E. Smith") and AMN Healthcare Services, Inc. Defendant admit that a First Amended Complaint was filed in July 2024. Defendant admits that the AMN Defendant filed a motion to dismiss in August 2024 and that this Court granted the motion with leave to amend before November 1, 2024. Defendant admits that Plaintiff filed its Second Amended Complaint. Defendant admits that after meeting and conferring with Plaintiff, Plaintiff filed this Second Amended Complaint Corrected to correctly identify Avis Budget Car Rental, LLC as the proper Avis entity, and to correctly number and label the paragraphs therein. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

8. In response to Paragraph 8 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

9. In response to Paragraph 9 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

10. In response to Paragraph 10 of the Second Amended Complaint Corrected, Defendant admits that it is a company engaged in car rental business in the United States, and that it does business in the state of California and has an office at San Francisco Airport.

11. In response to Paragraph 11 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

12. In response to Paragraph 12 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

13. In response to Paragraph 13 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

14. In response to Paragraph 14 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

15. In response to Paragraph 15 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

16. In response to Paragraph 16 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

17. In response to Paragraph 17 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

18. In response to Paragraph 18 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

19. In response to Paragraph 19 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

20. In response to Paragraph 20 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

21. In response to Paragraph 21 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

22. In response to Paragraph 22 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

23. In response to Paragraph 23 of the Second Amended Complaint Corrected,

Defendant lacks sufficient information to admit or deny the allegations therein.

24. In response to Paragraph 24 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

25. In response to Paragraph 25 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

26. In response to Paragraph 26 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

27. In response to Paragraph 27 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

28. In response to Paragraph 28 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

29. In response to Paragraph 29 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

30. In response to Paragraph 30 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

31. In response to Paragraph 31 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

32. In response to Paragraph 32 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

33. In response to Paragraph 33 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

34. In response to Paragraph 34 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

35. In response to Paragraph 35 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

36. In response to Paragraph 36 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

37. In response to Paragraph 37 of the Second Amended Complaint Corrected,

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant admits that Defendant requires long-term renters to renew rental contracts at least every 30 days and that Plaintiff was obligated to periodically exchange her rental car at least every 30 days.

38. In response to Paragraph 38 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

39. In response to Paragraph 39 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

40. In response to Paragraph 40 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

41. In response to Paragraph 41 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

42. In response to Paragraph 42 of the Second Amended Complaint Corrected, Defendant admits that Plaintiff went to the Avis location at the San Francisco International Airport in June 2022. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

43. In response to Paragraph 43 of the Second Amended Complaint Corrected, Defendant admits that Plaintiff engaged in a rental transaction with Avis on June 26, 2022. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

44. In response to Paragraph 44 of the Second Amended Complaint Corrected, Defendant admits that Plaintiff interacted with Avis employees and that said interactions resulted in Plaintiff leaving the airport in a rental vehicle from its fleet. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

45. In response to Paragraph 45 of the Second Amended Complaint Corrected, Defendant admits that Plaintiff left the airport in a vehicle from Avis' fleet. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

46. In response to Paragraph 46 of the Second Amended Complaint Corrected, Defendant does not understand the phrase "remained in the vehicle." However, Defendant admits that Plaintiff maintained possession of the vehicle until October of 2022, despite the fact that the

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

minilease agreement under which she rented the vehicle had ended on August 30, 2022.

47. In response to Paragraph 47 of the Second Amended Complaint Corrected, Defendant admits that the vehicle was reported as stolen to the San Francisco Police Department on or about October 25, 2022. Defendant denies the remaining allegations.

48. In response to Paragraph 48 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

49. In response to Paragraph 49 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

50. In response to Paragraph 50 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

51. In response to Paragraph 51 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

52. In response to Paragraph 52 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

53. In response to Paragraph 53 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

54. In response to Paragraph 54 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

55. In response to Paragraph 55 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

56. In response to Paragraph 56 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

57. In response to Paragraph 57 of the Second Amended Complaint Corrected, Defendant admits that it communicated with law enforcement, but denies that it "told law enforcement to arrest the Plaintiff as she had no business with the car." Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

58. In response to Paragraph 58 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

59. In response to Paragraph 59 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

60. In response to Paragraph 60 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

61. In response to Paragraph 61 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

62. In response to Paragraph 62 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

63. In response to Paragraph 63 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

64. In response to Paragraph 64 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

65. In response to Paragraph 65 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

66. In response to Paragraph 66 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

67. In response to Paragraph 67 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

68. In response to Paragraph 68 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

69. In response to Paragraph 69 of the Second Amended Complaint Corrected, Defendant admits that the AMN Defendants have rented vehicles from Avis and thus have had corporate rental agreements.

70. In response to Paragraph 70 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

71. In response to Paragraph 71 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

72. In response to Paragraph 72 of the Second Amended Complaint Corrected,

Defendant lacks sufficient information to admit or deny the allegations therein.

73. In response to Paragraph 73 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

74. In response to Paragraph 74 of the Second Amended Complaint Corrected, Defendant admits Plaintiff returned an Avis vehicle on June 26, 2022, and that Avis did not have a record of Plaintiff exchanging for a different Avis vehicle that same day. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

75. In response to Paragraph 75 of the Second Amended Complaint Corrected, Defendant denies the allegations therein.

76. In response to Paragraph 76 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

77. In response to Paragraph 77 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

78. In response to Paragraph 78 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

79. In response to Paragraph 79 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

80. In response to Paragraph 80 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

81. In response to Paragraph 81 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

82. In response to Paragraph 82 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

or denial insofar as they concern legal conclusions, not factual assertions.

83. In response to Paragraph 83 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

84. In response to 84 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

85. In response to Paragraph 85 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

86. In response to Paragraph 86 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

87. In response to Paragraph 87 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

88. In response to Paragraph 88 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

89. In response to Paragraph 89 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

90. In response to Paragraph 90 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

91. In response to Paragraph 91 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

92. In response to Paragraph 92 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

93. In response to Paragraph 93 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

94. In response to Paragraph 94 of the Second Amended Complaint Corrected,

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant lacks sufficient information to admit or deny the allegations therein.

95. In response to Paragraph 95 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

96. In response to Paragraph 96 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

97. In response to Paragraph 97 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

98. In response to Paragraph 98 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

99. In response to Paragraph 99 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

100. In response to Paragraph 100 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

101. In response to Paragraph 101 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

102. In response to Paragraph 102 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

103. In response to Paragraph 103 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

104. In response to Paragraph 104 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

105. In response to Paragraph 105 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

106. In response to Paragraph 106 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

107. In response to Paragraph 107 of the Second Amended Complaint Corrected,

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

108. In response to Paragraph 108 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

109. In response to Paragraph 109 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

110. In response to Paragraph 110 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

111. In response to Paragraph 111 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

112. In response to Paragraph 112 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

113. In response to Paragraph 113 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

114. In response to Paragraph 114 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

115. In response to Paragraph 115 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

116. In response to Paragraph 116 of the Second Amended Complaint Corrected, Defendant denies that Avis operated in an unsafe manner. Defendant lacks sufficient information

to admit or deny the remainder of the allegations therein and/or avers that the remainder of the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

117. In response to Paragraph 117 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

118. In response to Paragraph 118 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

119. In response to Paragraph 119 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

120. In response to Paragraph 120 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

121. In response to Paragraph 121 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

122. In response to Paragraph 122 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

123. In response to Paragraph 123 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

124. In response to Paragraph 124 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

125. In response to Paragraph 125 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

126. In response to Paragraph 126 of the Second Amended Complaint Corrected, Defendant admits that it is its responsibility to collect the name, address, and license information

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

of the renter. Defendant denies the remainder of the allegations therein.

127. In response to Paragraph 127 of the Second Amended Complaint Corrected, Defendant admits that it did not know the whereabouts of the Avis vehicle that Plaintiff left the Avis lot with on June 26, 2022. Defendant denies the remainder of the allegations therein.

128. In response to Paragraph 128 of the Second Amended Complaint Corrected, Defendant denies the allegations therein.

129. In response to Paragraph 129 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

130. In response to Paragraph 130 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

131. In response to Paragraph 131 of the Second Amended Complaint Corrected, Defendant admits that Avis did not have a record that Plaintiff rented another Avis fleet vehicle in June 2022.

132. In response to Paragraph 132 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

133. In response to Paragraph 133 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

134. In response to Paragraph 134 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

135. In response to Paragraph 135 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

136. In response to Paragraph 136 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

137. In response to Paragraph 137 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

138. In response to Paragraph 138 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

139. In response to Paragraph 139 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

140. In response to Paragraph 140 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

141. In response to Paragraph 141 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

142. In response to Paragraph 142 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

143. In response to Paragraph 143 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

144. In response to Paragraph 144 of the Second Amended Complaint Corrected, Defendant admits that Plaintiff left the airport in a vehicle from Avis' fleet. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

145. In response to Paragraph 145 of the Second Amended Complaint Corrected, Defendant denies the allegations therein.

146. In response to Paragraph 146 of the Second Amended Complaint Corrected, Defendant denies the allegations therein.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

147. In response to Paragraph 147 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

148. In response to Paragraph 148 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

149. In response to Paragraph 149 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

150. In response to Paragraph 150 of the Second Amended Complaint Corrected, Defendant denies the allegations therein.

151. In response to Paragraph 151 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

152. In response to Paragraph 152 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

153. In response to Paragraph 153 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

154. In response to Paragraph 154 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require

admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

155. In response to Paragraph 155 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

156. In response to Paragraph 156 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

157. In response to Paragraph 157 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

158. In response to Paragraph 158 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

159. In response to Paragraph 159 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

160. In response to Paragraph 160 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

161. In response to Paragraph 161 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

162. In response to Paragraph 162 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

163. In response to Paragraph 163 of the Second Amended Complaint Corrected,

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

164. In response to Paragraph 164 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

165. In response to Paragraph 165 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

166. In response to Paragraph 166 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

167. In response to Paragraph 167 of the Second Amended Complaint Corrected, Defendant admits that it did not contact Plaintiff about the Avis fleet vehicle in her possession.

168. In response to Paragraph 168 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

169. In response to Paragraph 169 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

170. In response to Paragraph 170 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

171. In response to Paragraph 171 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

or denial insofar as they concern legal conclusions, not factual assertions.

172. In response to Paragraph 172 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

173. In response to Paragraph 173 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

174. In response to Paragraph 174 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

175. In response to Paragraph 175 of the Second Amended Complaint Corrected, Defendant admits that it did not have a record of plaintiff exchange Avis fleet vehicles in June 2022. Defendant lacks sufficient information to admit or deny the remainder of the allegations therein.

176. In response to Paragraph 176 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

177. In response to Paragraph 177 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

178. In response to Paragraph 178 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

179. In response to Paragraph 179 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

180. In response to Paragraph 180 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

or denial insofar as they concern legal conclusions, not factual assertions.

181. In response to Paragraph 181 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

182. In response to Paragraph 182 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

183. In response to Paragraph 183 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

184. In response to Paragraph 184 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

185. In response to Paragraph 185 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

186. In response to Paragraph 186 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

187. In response to Paragraph 187 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

188. In response to Paragraph 188 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

189. In response to Paragraph 189 of the Second Amended Complaint Corrected,

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

190. In response to Paragraph 190 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

191. In response to Paragraph 191 of the Second Amended Complaint Corrected, Defendant lacks sufficient information to admit or deny the allegations therein.

192. In response to Paragraph 192 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

193. In response to Paragraph 193 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

194. In response to Paragraph 194 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

195. In response to Paragraph 195 of the Second Amended Complaint Corrected, Defendant denies the allegations as to Avis and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions. Defendant lacks sufficient information to admit or deny the remainder of the allegations as to the other defendants.

196. In response to Paragraph 196 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

197. In response to Paragraph 197 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

198. In response to Paragraph 198 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

199. In response to Paragraph 199 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

200. In response to Paragraph 200 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

201. In response to Paragraph 201 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

202. In response to Paragraph 202 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

203. In response to Paragraph 203 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

204. In response to Paragraph 204 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

205. In response to Paragraph 205 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

206. In response to Paragraph 206 of the Second Amended Complaint Corrected,

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

207. In response to Paragraph 207 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

208. In response to Paragraph 208 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

209. In response to Paragraph 209 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

210. In response to Paragraph 210 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

211. In response to Paragraph 211 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

212. In response to Paragraph 212 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

213. In response to Paragraph 213 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

214. In response to Paragraph 214 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

215. In response to Paragraph 215 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

or denial insofar as they concern legal conclusions, not factual assertions.

216. In response to Paragraph 216 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

217. In response to Paragraph 217 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

**DAMAGES**

218. In response to Paragraph 218 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

219. In response to Paragraph 219 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

220. In response to Paragraph 220 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

221. In response to Paragraph 221 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

222. In response to Paragraph 222 of the Second Amended Complaint Corrected, Defendant denies the allegations therein and/or avers that the allegations do not require admission or denial insofar as they concern legal conclusions, not factual assertions.

**PLAINTIFF'S PRAYER**

Defendant denies that Plaintiff is entitled to the damages requested, or to any damages at all, that Plaintiff is entitled to Judgment against Defendant or in her favor, and that Plaintiff is entitled to any relief from this or any other court against Defendant.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State Cause of Action)**

The Second Amended Complaint Corrected fails to set forth facts sufficient to state a cause of action against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

Plaintiff failed to mitigate her damages, if any, and accordingly, is not entitled to the relief sought in the Second Amended Complaint Corrected.

**THIRD AFFIRMATIVE DEFENSE**

**(Comparative Fault)**

If negligence is found on the part of this Defendant, which is expressly denied, that said negligence should be compared with the negligence of the Plaintiff, and all other parties herein, and apportioned accordingly.

**FOURTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

Plaintiff voluntarily and knowingly entered into and engaged in the conduct alleged in the Second Amended Complaint Corrected and voluntarily and knowingly assumed all of the risks incident to the conduct alleged in the Second Amended Complaint Corrected.

**FIFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The action is barred by the appropriate Statutes of Limitation, including but not limited to, the following separate and distinct sections of the California Code of Civil Procedure sections 337, 337.1, 337.10, 337.15, 338, 339, 340, 343, 344, and other applicable statutes of limitations, and California Commercial Code sections 2725(1) and 2725(2).

**SIXTH AFFIRMATIVE DEFENSE**

**(Laches)**

The Second Amended Complaint Corrected is barred by the doctrine of laches.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The Second Amended Complaint Corrected is barred by the doctrine of unclean hands.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Waiver & Estoppel)**

Plaintiff has waived and is estopped and barred from alleging the matters set forth in the Second Amended Complaint Corrected.

**NINTH AFFIRMATIVE DEFENSE**

**(Active Fault)**

That if Plaintiff suffered any loss or damage in this action, which is denied, it was the result of Plaintiff's own active fault with respect to the matters alleged in the Second Amended Complaint Corrected, and that such wrongful conduct proximately caused or contributed to whatever damages Plaintiff seeks and that, therefore, Plaintiff's purported causes of action are barred by such act, performance or conduct.

**TENTH AFFIRMATIVE DEFENSE**

**(Complaint barred by Sole Negligence or Willful Misconduct)**

That any alleged agreements between Defendant and any other party herein are barred by Civil Code sections 2782, *et seq.*

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Failure/Lacks of Consideration)**

That the Second Amended Complaint Corrected is barred by a failure and/or lacks of consideration, and Plaintiff cannot state a cause of action hereunder.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Performance of all Conditions)**

That Defendant has fully performed all the conditions and covenants required to be performed by it unless and until prevented from doing so by Plaintiff or because performance was excused due to impossibility, impracticality, illegality, and/or because it violated the public policy of the United States and/or State of California.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(No Act or Omission)**

No act or omission of Defendant is a substantial factor in bringing about the damages alleged by Plaintiff, which damages are denied.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Joint and Several Liability/Apportionment)**

That any losses or damages suffered by Plaintiff herein, if in fact any there were, which is denied, were proximately caused by the negligence and carelessness of each of the other parties herein; that such negligence and carelessness should reduce any judgment against Defendant according to the proportionate share of negligence of each of the parties, according to the doctrine set out by the California Supreme Court in the case of American Motorcycle Association v. Superior Court, 20 Cal.3d 578 (1978).

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Proximate Cause)**

Defendant's conduct was not the cause in fact nor the proximate cause of any damages alleged, which damages are denied, barring any recovery against Defendant on the Second Amended Complaint Corrected and each alleged cause of action therein.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Superseding Cause)**

The damages alleged in the Second Amended Complaint Corrected and each alleged cause of action therein, which damages Defendant denies, were sustained as a result of an intervening or superseding cause, barring any recovery against Defendant.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Lacks of Necessary Parties)**

That the Plaintiff herein has failed to include, as necessary parties, potential defendants who are indispensable to the relief sought herein, and Defendant is not responsible for its actions, directly, indirectly, vicariously or in any other manner.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Release)**

Plaintiff's claims are barred because Plaintiff has released Defendant from all claims of liability.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Compliance with Laws)**

Defendant alleges that it have complied with all applicable regulations, codes, statutes, and other laws.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Lacks of Privity)**

Plaintiff does not, and did not, stand in privity with Defendant and Plaintiff's claims in the Second Amended Complaint Corrected are therefore barred.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Speculative Damages)**

Defendant alleges that the damages alleged by Plaintiff are speculative and conjectural and not caused by any acts or omissions on the part of Defendant.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Statute of Frauds)**

The Second Amended Complaint Corrected, and each cause of action alleged therein, are barred by California Code of Civil Procedure section 1624(a).

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Claim/Issue Preclusion)**

The Second Amended Complaint Corrected, and each cause of action alleged therein, are barred by the doctrines of claim preclusion (res judicata) and/or issue preclusion (collateral estoppel).

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Breach by Plaintiff)**

Plaintiff breached any alleged agreement between her and Defendant and consequently

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Defendant is relieved from performing any obligations thereunder.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Statutory Bar to Complaint)**

Defendant alleges that it are protected by Federal Law under the Graves Amendment, 49 U.S.C. sec. 30106(a), and that Plaintiffs' claims are therefore barred.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Liability of Others/Contribution)**

Defendant alleges that, if it is determined that Plaintiff sustained any damages as alleged in the Second Amended Complaint Corrected, that damage was legally caused or contributed to by persons other than Defendant.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Unstated Additional Defenses)**

Defendant presently has insufficient knowledge and information on which to form a belief as to whether there exist additional, as yet unstated, affirmative defenses. Defendant reserves herein the right to assert additional affirmative defenses in the event that discovery indicates that such a defense would be appropriate.

**PRAYER**

WHEREFORE, this answering Defendant prays that Plaintiff take nothing by way of her Second Amended Complaint Corrected on file herein, and that this Defendant be hence dismissed with their costs of suit herein, and for such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury pursuant to California Code of Civil Procedure section 631 subdivision (a).

DATED: December 2, 2024

EVERETT DOREY LLP

By: ______________________

Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Patrick Albasha
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

File No. 1115-02

**PROOF OF SERVICE**

**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On December 2, 2024, I served true copies of the following document(s) described as

**DEFENDANT AVIS BUDGET CAR RENTAL, LLC'S ANSWER TO SECOND AMENDED COMPLAINT CORRECTED; DEMAND FOR JURY TRIAL**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 2, 2024, at Irvine, California.

Nydia Shannon
Nydia Shannon

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

File No. 1115-02

**SERVICE LIST**
**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>3538 Cumberland Road<br>East Point, GA 30344<br>(404) 444-6561<br>aviaturnergrapyattyatlaw@gmail.com | In Pro Per |
| Mary Philbrook Snyder<br>Ana Hartman<br>Meghan A. Crumm<br>Wilson Turner Kosmo LLP<br>402 West Broadway, Suite 1600<br>San Diego, CA 92101<br>619-236-9600<br>Email: msnyder@wilsonturnerkosmo.com<br>ahartman@wilsonturnerkosmo.com<br>mcrumm@wilsonturnerkosmo.com | Attorneys for Defendants AMN Healthcare Services, Inc. and AMN Healthcare Interim Solutions. |

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110