**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
severett@everettdorey.com
Samantha E. Dorey, SBN 281006
sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
clee@everettdorey.com
Patrick Albasha, SBN 316610
palbasha@everettdorey.com
2030 Main Street, 12th Floor
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIA TURNER-GRAY,

Plaintiff,

vs.

AVIS BUDGET GROUP, INC., *et al.*,

Defendants.

**Case No. 3:23-cv-05507-SI**

*[The Hon. Honorable Susan Illston, Courtroom 1]*

**JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

This Joint Application for Stipulation is made and entered into between Plaintiff Avia Turner-Gray ("Plaintiff"), Defendant Avis Budget Car Rental, LLC ("Avis"), and Defendants AMN Healthcare Interim Solutions, LLC and AMN Healthcare, Inc. (collectively, "AMN"), by and through their respective counsel of record (or Plaintiff directly, appearing In Pro Per), requesting that the Case Management Conference, currently scheduled for December 13, 2024, be continued to **January 24, 2025**. A proposed order is lodged as an attachment to the application.

There is good cause to grant this Joint Application because AMN's Motion to

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

Dismiss is scheduled to be heard on January 10, 2025. The result of the hearing may impact the case and remaining Parties if AMN is dismissed. The Parties conferred and have agreed to the new date shortly after the hearing.

Accordingly, there is good cause to grant this Joint Application.

IT IS SO STIPULATED.

DATED: December 6, 2024

EVERETT DOREY LLP

By: /s/ Christopher D. Lee
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Patrick Albasha
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

DATED: December 6, 2024

IN PRO PER

By: /s/ Avia Turner-Gray
Avia Turner-Gray
Plaintiff (IN PRO PER)

DATED: December 6, 2024 WILSON TURNER KOSMO LLP

By: /s/ Ana R. Hartman
Mary P. Snyder
Ana R. Hartman
Megan A. Crumm
Attorneys for Defendants
AMN HEALTHCARE INTERIM SOLUTIONS, LLC and AMN HEALTHCARE, INC.

**<u>L. R. 5-4.3.4(a)(2)(i) Attestation</u>**

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

File No. 1115-02

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**PROOF OF SERVICE**

**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On December 6, 2024, I served true copies of the following document(s) described as

**JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 6, 2024, at Irvine, California.

/s/ Prasiddhi Upadhyaya
Prasiddhi Upadhyaya

File No. 1115-02

**SERVICE LIST**
**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>3538 Cumberland Road<br>East Point, GA 30344<br>(404) 444-6561<br>aviaturnergrapyattyatlaw@gmail.com | In Pro Per |
| Mary Philbrook Snyder<br>Ana Hartman<br>Meghan A. Crumm<br>Wilson Turner Kosmo LLP<br>402 West Broadway, Suite 1600<br>San Diego, CA 92101<br>619-236-9600<br>Email: msnyder@wilsonturnerkosmo.com<br>ahartman@wilsonturnerkosmo.com<br>mcrumm@wilsonturnerkosmo.com | Attorneys for Defendants<br>AMN Healthcare Services, Inc. and<br>AMN Healthcare Interim Solutions. |

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110