File No. 1115-02

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIA TURNER-GRAY,

Plaintiff,

vs.

AVIS BUDGET GROUP, INC., *et al.*,

Defendants.

**Case No. 3:23-cv-05507-SI**

*[The Honorable Susan Illston, Courtroom 1]*

**[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Having considered the Joint Application for Stipulation of the Parties for a continuation of the Case Management Conference, and good cause appearing therefor, IT IS HEREBY ORDERED that:

The Case Management Conference be continued to January 24, 2025. The Parties shall file a Joint Case Management Conference Statement in accordance with the new date.

IT IS SO ORDERED.

DATED: ______________________ By: ______________________

Honorable Susan Illston
United States District Judge

File No. 1115-02

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

## PROOF OF SERVICE

**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On December 6, 2024, I served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

I served the documents on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 6, 2024, at Irvine, California.

/s/ Prasiddhi Upadhyaya
Prasiddhi Upadhyaya

File No. 1115-02

**SERVICE LIST**
**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

Avia Turner-Gray, Esq.
3538 Cumberland Road
East Point, GA 30344
(404) 444-6561
aviaturnergrapyattyatlaw@gmail.com

In Pro Per

Mary Philbrook Snyder
Ana Hartman
Meghan A. Crumm
Wilson Turner Kosmo LLP
402 West Broadway, Suite 1600
San Diego, CA 92101
619-236-9600
Email: msnyder@wilsonturnerkosmo.com
ahartman@wilsonturnerkosmo.com
mcrumm@wilsonturnerkosmo.com

Attorneys for Defendants
AMN Healthcare Services, Inc. and
AMN Healthcare Interim Solutions.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110