Avia Turner-Gray, Esquire
3538 Cumberland Road
East Point, GA 30344
(404)444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**AVIA TURNER-GRAY**

Plaintiff,

.

**AVIS BUDGET** VS **CAR RENTAL, LLC**

**JOHN DOES 1 THROUGH 50,**

Defendants.

Case No.3:23-CV-05507-SI**:**

**PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES TO DEFENDANT AVIS BUDGET CAR RENTAL, LLC**

*TRIAL DATE: MARCH 2026*

*HONORABLE JUDGE SUSAN ILLSTON*

*COURTROOM 1*

**PROPOUNDING PARTY:** AVIA TURNER-GRAY, PLAINTIFF

**RESPONDING PARTY:** AVIS BUDGET CAR RENTAL, LLC, DEFENDANT

**SET NO.:** ONE (PART 1 of 2)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff AVIA TURNER-GRAY requests that Defendant AVIS BUDGET CAR RENTAL, LLC answer the following interrogatories.

## DEFINITIONS

1. "PERSON(S)," and "INDIVIDUALS" includes any natural person, firm, association, organization, partnership, business, trust, corporation, governmental or public entity or any entity when applied to PERSONS, means to provide the name, current address, permanent address, telephone number, and email address of the PERSONS.
2. "AVIS," "DEFENDANT(S)," "YOU," and "YOUR" shall mean Defendant Avis Budget Car Rental, LLC, including any of its employees, agents, contractors, vendors, subsidiaries, or other PERSONS, organizations or groups acting on its behalf, but not including attorneys.
3. "AVIS RELATED ORGANIZATION OR ENTITY" includes Avis Budget Car Rental, LLC, its parent company or subsidiaries, holding companies, trusts, or an outside vendor or contractor or any PERSON or organization who performed work for or provided services for or on behalf of Avis Budget Car Rental, LLC.

3\. "PLAINTIFF" shall mean Plaintiff Avia Turner-Gray.

4\. "COMPLAINT" shall mean the PLAINTIFF'S operative Corrected Second Amended Complaint on file in the above-captioned matter.

5\. "SUBJECT INCIDENT" shall mean the events, issues and actions that allegedly gave rise to the claims in the PLAINTIFF'S COMPLAINT.

6. Whenever possible, the singular form of a word shall be interpreted in the plural or vice versa; verb tenses shall be interpreted to include past, present and future tenses; the terms "and" as well as "or" shall be construed either conjunctively or disjunctively, as necessary, to bring within the scope of these interrogatories any information that might otherwise be considered outside their purview; and words imparting the masculine shall include the feminine and vice versa.

7. “CONTACT INFORMATION” refers to the name, current and former home address, current and former home and mobile cell phone numbers, current and former home and work email addresses and current or former emergency contact names, addresses, and phone numbers for the PERSONS and/or ORGANIZATION for which contact information is requested regardless of whether or not that person is still working for or with the Avis Budget Car Rental, LLC or any Avis Related Entity. If the PERSON ever worked for the Defendant in any way designated in the interrogatories, even if they are no longer employed with Avis or any Avis Related Entity, the information is due.

8. "ELECTRONIC RECORDS" shall mean the original (or identical duplicate when the original is not available) and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description inscribed by mechanical, facsimile, electronic, magnetic, digital, or other means. ELECTRONIC RECORDS includes, by way of example and not by limitation, computer programs (whether private, commercial, or work-in-progress), programming notes and instructions, activity listings of email transmittals and receipts, output resulting from the use of any

software program (including word processing documents, spreadsheets, database files, charts, graphs and outlines), electronic mail, and any and all miscellaneous files and file fragments, regardless of the media on which they reside and regardless of whether said ELECTRONIC RECORDS exists in an active file, deleted file, or file fragment. ELECTRONIC RECORDS includes, without limitation, any and all items stored on computer memories, hard disks, diskettes and cartridges, network drives, network memory storage, archived tapes and cartridges, backup tapes, floppy disks, CD-ROMs, removable media, magnetic tapes of all types, microfiche, and any other media used for digital data storage or transmittal. ELECTRONIC RECORDS also includes the file, folder tabs, and containers and labels appended to or associated with each original and non-identical copy.

1. "EMPLOYMENT STATUS" refers to whether or not a PERSON is currently or formerly employed with Avis Budget Car Rental, LLC or any other Avis related organization including Avis's parent company, subsidiaries, holding companies, trusts, contractors or vendors. EMPLOYMENT STATUS should also indicate whether or not the PERSON(S) referred to voluntarily resigned, were terminated, or retired.

**PLAINTIFF'S INTERROGATORY NO. 1:** ***List all persons who were on duty working at Avis Budget Car Rental at the SFO Rental Center between 0500 am June 26, 2022 and 0700 am on June 27, 2022 as Gate Rental Agents (at the rental counter), as Exit Booth personnel (at the exit gate), as Car Rental Return Personnel (who processed cars returned to Avis and who were also responsible for cleaning the vehicles), as onsite Managers, Supervisors or Team leaders (who operated in any leadership position whatsoever on site during the period***

***designated), and as Vehicle or Asset Loss and/or Security Personnel (who were responsible for monitoring/managing the security of the fleet housed onsite at the Avis Budget lot at the SFO Rental Center) during the period designated. If you had PERSONS executing duties similar to those described above under a title that is different from those listed above, please provide the information for those PERSONS.***

***A. If you are unable to provide the information requested above, then please state clearly why.***

***B. If you are unable to provide the information requested in section 1, then provide the same information for those who worked in June of 2022.***

***C. If you are unable to provide the information requested for June of 2022, then provide the same information for those who worked in the year 2022.***

***D. If you are unable to provide the information requested for the year 2022, then please provide the same information for those who were working in the same roles designated from June 1, 2025 through June 30, 2025.***

***E. Please provide the contact information for, titles, dates of employment, employment status, and official job descriptions for any PERSON listed in any of your responses to this interrogatory inclusive of all sections asked regardless of whether or not the PERSON is still employed by Avis Budget Car Rental, LLC, or any other AVIS RELATED ENTITY including the PV Holding Group, Avis Budget Group, or any other parent company, subsidiary, trust, holding company, contractor or vendor working for, with, at the behest of Avis Budget Car Rental, LLC or its designees or assignees.***

**<u>PLAINTIFF'S INTERROGATORY NO. 2:</u>** ***Did Avis pay any of the employees working in any of the roles listed in Interrogatory 1(inclusive of all sections)?***

A. ***Does Avis have payroll records for the employees listed in Interrogatory 1 (inclusive of all sections) as required under IRS rules requiring businesses to retain payroll records for four years?***

B. ***If the Defendant states that it had no records of any employees who worked for Avis in June of 2022, as it the Defense has stated to the Plaintiff in the past, please explain in detail why the Defendant or its designees (e.g. payroll processor) cannot use payroll records to construct a list of employees from the time periods requested. Please note that the Plaintiff is NOT requesting social security numbers.***

**<u>PLAINTIFF'S INTERROGATORY NO. 3:</u>** ***Describe in detail all of the steps involved in renting a vehicle to a customer from the time the customer arrives at the Avis rental counter at SFO Rental Center to the time that they exit the security gate from the Avis lot at the SFO Rental Center. The response must be based on Avis Budget Car Rental's enterprise level or organizationally endorsed standard operating procedures, protocols, and/or training materials for the process of renting cars.***

A. ***Please state the source of your response to the question above in terms of where the Rental procedures are inscribed regardless of whether said procedures are kept in tangible or electronic form.***

B. ***List the name, title, dates of employment for, and contact information for the PERSONS who were responsible for training the individuals listed in Interrogatory 1 (inclusive of all sections) above.***

**<u>PLAINTIFF'S INTERROGATORY NO. 4:</u>** ***Provide the full name, title, dates of employment, employment status (whether the PERSON is currently employed, resigned, fired, retired, or transferred), contact information for current or former employees "KENNETH" and "MERLYN" and "AIRENE" all of whom rented vehicles to the Plaintiff during the course of her rentals with Avis Budget Car Rental at the SFO Rental Center. Please see Appendix A for documentation on these employees sent initially under separate cover.***

**<u>PLAINTIFF'S INTERROGATORY NO. 5:</u>** ***Provide the name, contact information for, dates of employment, employment status, and official job descriptions for all leadership personnel, including all directors, managers, assistant managers, supervisors, and team leads, (who would not have not been listed in your responses to Interrogatories 1 through 4) who were employed by the Defendant Avis (or its parent company or subsidiaries or an outside vendor or contractor) to work at or who had leadership authority over any aspect of the car rental process or personnel working (from the rental counter to the exit gate) for Avis at the SFO Rental Center site in June of 2022.***

***A. If you do not have this information for June of 2022, please state the reason why in your response.***

***B. If you cannot provide this information for June of 2022, then provide the same information for the year 2022.***

***C. If you cannot provide this information for the year 2022, then provide the same information for the year 2025.***

***D. If you cannot provide this information for the year 2025, please state the reason why.***

**PLAINTIFF'S INTERROGATORY NO. 5:** ***Provide the name, titles, contact information, dates of employment, employment status, and job descriptions for Avis Budget Car Rental, LLC's managers and members in 2022 regardless of whether or not that PERSON or AVIS RELATED ENTITY is still in that role today.***

**PLAINTIFF'S INTERROGATORY NO. 6:** ***Who was responsible for oversight over and/or management of operations and human resources at Avis at the SFO Rental Center at the highest corporate level within Avis Budget Car Rental LLC or any of the Avis Related Entities, including the corporate parent, Avis Budget Group in 2022?***

***A. Provide the name, title, contact information, dates of employment, employment status, and job descriptions for this PERSON or PERSONS if that information has not already been provided in a response elsewhere within Interrogatories 1 through 6.***

**CERTIFICATION**

This request is made in good faith, is not unduly burdensome, and seeks relevant materials proportional to the needs of this case.

DATED: This 7th day of July 2025

Respectfully submitted,

/s/Avia Turner-Gray

Avia Turner-Gray, Esquire
Plaintiff Pro Per

3538 Cumberland Road
East Point, GA 30344
aviaturnergrayattyatlaw@gmail.com

## APPENDIX A

**DOCUMENTS LISTING THE NAMES OF RENTAL AGENTS MERLYN, KENNETH, AND AIRENE WHO INTERFACED WITH PLAINTIFF AT THE AVIS RENTAL COUNTERAT SFO (ATTACHED)**

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the within and foregoing document upon all parties by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage there on to insure delivery thereof and/or by sending a copy by email to the email addresses of and to opposing counsel for Avis Budget Car Rental, LLC as follows :

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT AVIS BUDGET CAR RENTAL, LLC**

Christopher Lee, Esquire
clee@everettdorey.com
Patrick Albasha, Esquire
palbasha@everettdorey.com
Counsel for Defendant
Avis Budget Car Rental, LLC
Everett Dorey, LLP
2030 Main Street
Suite 1200
Irvine, CA 92614

This 7TH day of July, 2025

Respectfully submitted,

/s/Avia Turner-Gray____________
Avia Turner-Gray, Esquire
Plaintiff In Pro Per

3538 Cumberland Road
East Point, GA 30344
(404)444-6561

aviaturnergrayattyatlaw@gmail.com