**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
severett@everettdorey.com
Samantha E. Dorey, SBN 281006
sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
clee@everettdorey.com
Patrick Albasha, SBN 316610
palbasha@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIA TURNER-GRAY,

Plaintiff,

vs.

AVIS BUDGET GROUP, INC., AMN HEALTHCARE SERVICES, INC., B.E. SMITH,

Defendants.

**Case No. 3:23-cv-05507-SI**

*[The Honorable Susan Illston, Courtroom 1]*

**DEFENDANT AVIS BUDGET CAR RENTAL, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES**

Trial Date: July 6, 2026

PROPOUNDING PARTY: Plaintiff AVIA TURNER-GRAY

RESPONDING PARTY: Defendant AVIS BUDGET CAR RENTAL LLC

SET NO.: One (Part 1 of 2)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant AVIS BUDGET CAR RENTAL LLC ("Responding Party" and/or "Defendant") hereby submits these objections and responses to the First Request for Interrogatories propounded by Plaintiff AVIA TURNER-GRAY ("Propounding Party" and/or "Plaintiff").

**PRELIMINARY STATEMENT**

Responding Party has not completed its investigation of the facts relating to this case, its

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

discovery or its preparation for trial. All responses and objections contained herein are based only upon information that is presently available to and specifically known by Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to substantial additions to, changes in and variations from the responses set forth herein.

These responses, while based on diligent inquiry and investigation by Responding Party, reflect only the current state of Responding Party's knowledge, understanding, and belief, based upon the information reasonably available to it at this time. As this action proceeds, and further investigation and discovery are conducted, additional or different facts and information could be revealed to Responding Party. Moreover, Responding Party anticipates that Propounding Party may make legal or factual contentions presently unknown to and unforeseen by Responding Party which may require Responding Party to adduce further facts in rebuttal to such contentions. Consequently, Responding Party may not yet have knowledge and may not fully understand the significance of information potentially pertinent to these responses. Accordingly, these responses are provided without prejudice to Responding Party's right to rely upon and use any information that it subsequently discovers, or that was omitted from these responses as a result of mistake, inadvertence, surprise, or excusable neglect. Without in any way obligating itself to do so, Responding Party reserves the right to modify, supplement, revise, or amend these responses, and to correct any inadvertent errors or omissions which may be contained herein, in light of the information that Responding Party may subsequently obtain or discover.

Nothing in this response should be construed as an admission by Responding Party with respect to the admissibility or relevance of any fact or document, or of the truth or accuracy of any characterization or statement of any kind contained in Propounding Party's interrogatories.

Each of the following responses is made solely for the purpose of this action. Each response is subject to all objections as to relevance, materiality, and admissibility, and to any and all objections on any ground that would require exclusion of any response if it were introduced in court. All objections and grounds are expressly reserved and may be interposed at the time of

trial, hearing, or otherwise. Furthermore, each of the objections contained herein is incorporated by reference as though fully set forth in each response.

The following objections and responses are made without prejudice to Responding Party's right to produce at trial, or otherwise, evidence regarding any subsequently discovered information. Responding Party accordingly reserves the right to modify and amend any and all responses herein as research is completed and contentions are made.

Nothing contained herein is to be construed as a waiver of any attorney-client privilege, work product doctrine, or any other applicable privilege or doctrine. To the extent any interrogatory may be construed as calling for disclosure of information protected from discovery by the attorney-client privilege, the work product doctrine, or any other privilege or protection, a continuing objection to each and every such interrogatory is hereby interposed.

## GENERAL OBJECTIONS

Responding Party generally objects to the Interrogatories as follows:

1. Responding Party objects generally to the Interrogatories to the extent that they seek to elicit information that is neither relevant to the subject matter of this action, nor reasonably calculated to lead to the discovery of admissible evidence.

2. Responding Party objects generally to the Interrogatories to the extent that they are unreasonably overbroad in scope, and thus burdensome and oppressive, in that each such request seeks information pertaining to items and matters that are not relevant to the subject matter of this action, or, if relevant, so remote therefrom as to make its disclosure of little or no practical benefit to Propounding Party, while placing a wholly unwarranted burden and expense on Responding Party in locating, reviewing and producing the requested information.

3. Responding Party objects generally to the Interrogatories to the extent that they are burdensome and oppressive, in that ascertaining the information necessary to respond to them would require the review and compilation of information from multiple locations, and voluminous records and files, thereby involving substantial time of employees of Responding Party and great expense to Responding Party, whereas the information sought to be obtained by Propounding Party would be of little use or benefit to Propounding Party.

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

4. Responding Party objects generally to the Interrogatories to the extent that they are vague, uncertain, overbroad, and without limitation as to time or specific subject matter.

5. Responding Party objects generally to the Interrogatories to the extent that they seek information at least some of which is protected by the attorney-client privilege or the attorney work-product doctrine, or both.

6. Responding Party objects generally to the Interrogatories to the extent that they seek to have Responding Party furnish information that is a matter of the public record, and therefore is equally available to the Propounding Party as they are to Responding Party.

7. Responding Party objects generally to the Interrogatories to the extent that they seek to have Responding Party furnish information that is proprietary to Responding Party and contain confidential information.

8. Responding Party objects to the interrogatories, and to any individual interrogatory set forth therein, to the extent that they are compound and constitute an impermissible effort to circumvent the 25 interrogatory limit set by Rule 33 of the Federal Rules of Civil Procedure.

9. Responding Party expressly incorporates each of the foregoing General Objections into each specific response to the requests set forth below as if set forth in full therein. An answer to a request is not intended to be a waiver of any applicable specific or general objection to such request.

Without waiver of the foregoing, Responding Party further responds as follows:

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

***List all persons who were on duty working at Avis Budget Car Rental at the SFO Rental Center between 0500 am June 26, 2022 and 0700 am on June 27, 2022 as Gate Rental Agents (at the rental counter), as Exit Booth personnel (at the exit gate), as Car Rental Return Personnel (who processed cars returned to Avis and who were also responsible for cleaning the vehicles), as onsite Managers, Supervisors or Team leaders (who operated in any leadership position whatsoever on site during the period designated), and as Vehicle or Asset Loss and/or Security Personnel (who were responsible for monitoring/managing the security of the fleet***

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

***housed onsite at the Avis Budget lot at the SFO Rental Center) during the period designated. If you had PERSONS executing duties similar to those described above under a title that is different from those listed above, please provide the information for those PERSONS.***

***A. If you are unable to provide the information requested above, then please state clearly why.***

***B. If you are unable to provide the information requested in section 1, then provide the same information for those who worked in June of 2022.***

***C. If you are unable to provide the information requested for June of 2022, then provide the same information for those who worked in the year 2022.***

***D. If you are unable to provide the information requested for the year 2022, then please provide the same information for those who were working in the same roles designated from June 1, 2025 through June 30, 2025.***

***E. Please provide the contact information for, titles, dates of employment, employment status, and official job descriptions for any PERSON listed in any of your responses to this interrogatory inclusive of all sections asked regardless of whether or not the PERSON is still employed by Avis Budget Car Rental, LLC, or any other AVIS RELATED ENTITY including the PV Holding Group, Avis Budget Group, or any other parent company, subsidiary, trust, holding company, contractor or vendor working for, with, at the behest of Avis Budget Car Rental, LLC or its designees or assignees.***

**<u>RESPONSE TO INTERROGATORY NO. 1</u>:**

Objection, this interrogatory is vague and ambiguous with respect to the employees to be identified and overbroad as to the scope. This interrogatory is not proportional and not reasonably calculated to lead to admissible evidence. Objection to the extent the interrogatory violates privacy rights. Objection to the extent the interrogatory calls for information protected by attorney-client privilege or attorney work product.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

Responding Party will produce concurrently herewith non-privileged information

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

regarding Responding Party employees. Employees can be contacted through Responding Party's counsel of record.

| Last Name | First Name | Primary Job |
|---|---|---|
| Dalit | Merlyn | Rental Sales Associate - Avis |
| Xu | David | Shuttler Avis - On Airport |
| Yu | Elaine | Shuttler Avis - On Airport |
| Williams | Ronald | Shuttler Avis - On Airport |
| Jose | Noel | Shuttler Avis - On Airport |
| Walden | Charleen | Gate / Security Guard - Avis |
| Diaz | Henry | Shuttler Avis - On Airport |
| Siu | Lillian | Shuttler Avis - On Airport |
| Starkes | Robert | Shuttler Avis - On Airport |
| Phung | Khanhtuong | Shuttler Avis - On Airport |
| Jose | Angel | Shuttler Avis - On Airport |
| Mcqueen | Gino | Shuttler Avis - On Airport |
| He | Hongyou | Shuttler Avis - On Airport |
| Lalopu | William | Gate / Security Guard - Avis |
| Toyorada | Raymond | Shuttler Avis - On Airport |
| Angeldones | Ricardo | Service Agent - Avis |
| Zhang | YuJiang | Shuttler Avis - On Airport |
| Rodriguez | Santos | Gate / Security Guard - Avis |
| Rivera | Josephina | Return Agent - Avis |
| Castromero | Antonio | Service Agent - Avis |
| Bacuyani | George | Shuttler Avis - On Airport |
| Solares | Edgardo | Rental Sales Associate - Avis |
| Mak | YingCi | Shuttler Avis - On Airport |
| Echane | Randolf | Service Agent - Avis |
| Huls | Terry | Rental Sales Associate - Avis |
| Bernardino | Luisito | Service Agent - Avis |
| Ancheta | Angela | Return Agent - Avis |
| Solano | Mae | Rental Sales Associate - Avis |
| Lopez | Jose | Service Agent - Avis |
| Lucero | Emma | Return Agent - Avis |
| Romero | Joaquin | Miscellaneous Staff - Avis |
| Doakes | Terence | Service Agent - Avis |
| Liu | XingYao | Shuttler Avis - On Airport |
| MoralesHernandez | Ana | Shuttler Avis - On Airport |
| Zhou | Cai | Shuttler Avis - On Airport |
| Trinh | Tai | Service Agent - Avis |
| Zeng | Li | Shuttler Avis - On Airport |
| Gonzales | Jason | Miscellaneous Staff - Avis |
| Lu | Nancy | Shuttler Avis - On Airport |
| To | KyVay | Shuttler Avis - On Airport |
| NavidadGodinez | Vilma | Gate / Security Guard - Avis |
| Toyorada | Sonia | Return Agent - Avis |

| | | |
|---|---|---|
| FloresMejia | Eddy | Service Agent - Avis |
| Noble | Rolando | Return Agent - Avis |
| Au | Arthur | Shuttler Avis - On Airport |
| Chen | WenYong | Service Agent - Avis |
| Chow | Wilson | Shuttler Avis - On Airport |
| Yu | JunMing | Service Agent - Avis |
| Chen | JianYan | Service Agent - Avis |
| Xu | GuoGuang | Service Agent - Avis |
| Wu | Liping | Shuttler Avis - On Airport |
| Li | David | Rental Sales Associate - Avis |
| Mendoza | Jerome | Return Agent - Avis |
| Borge | Joanne | Shuttler Avis - On Airport |
| Rismal | Joseph | Gate / Security Guard - Avis |
| Singh | Deneshwar | Shuttler Avis - On Airport |
| Khan | Mohammed | Gate / Security Guard - Avis |
| Valdehuesa | Consuelo | Return Agent - Avis |
| Huang | Wanni | Shuttler Avis - On Airport |
| Wu | Qiaoyan | Service Agent - Avis |
| Kwan | ManChung | Shuttler Avis - On Airport |
| Kang | Wei | Shuttler Avis - On Airport |
| Goh | Sebastian | Shuttler Avis - On Airport |
| Tong | JingciLi | Shuttler Avis - On Airport |
| GuzmanDeArzate | Graciela | Shuttler Avis - On Airport |
| DeCastro | Joseph | Shuttler Avis - On Airport |
| Majan | Amado | Shuttler Avis - On Airport |
| Vega | Vince | Rental Sales Associate - Avis |
| Barrozo | Edita | Gate / Security Guard - Avis |
| Chen | Hong | Shuttler Avis - On Airport |
| Lualhati | Marcus | Shuttler Avis - On Airport |
| Wang | Tsui | Shuttler Avis - On Airport |
| Zheng | Chuming | Shuttler Avis - On Airport |
| Lei | Chaoqi | Service Agent - Avis |
| Majan | Caezar | Shuttler Avis - On Airport |
| Valverde | Claudia | Shuttler Avis - On Airport |
| Catam | Rodel | Return Agent - Avis |
| Huang | Nianji | Shuttler Avis - On Airport |
| Feng | Yanling | Shuttler Avis - On Airport |
| Wong | Cam | Shuttler Avis - On Airport |
| Lei | KimSin | Shuttler Avis - On Airport |
| Lee | Antonia | Shuttler Avis - On Airport |
| Villahermosa | Mirian | Gate / Security Guard - Avis |
| Ramirez | Reynaldo | Shuttler Avis - On Airport |
| Mendenhall | Mimi | Gate / Security Guard - Avis |
| Zhang | Yueteng | Service Agent - Avis |
| Ng | Chung | Shuttler Avis - On Airport |
| Climaco | Eduardo | Return Agent - Avis |

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

| | | |
|---|---|---|
| Sen | Robertson | Rental Sales Associate - Avis |
| Velasquez | Pedro | Rental Sales Associate - Avis |
| Mak | LaiTing | Shuttler Avis - On Airport |
| Roman | Patzy | Rental Sales Associate - Avis |
| Wong | Gilbert | Service Agent - Avis |
| Tang | QingZhong | Service Agent - Avis |
| Liao | Jinlian | Shuttler Avis - On Airport |
| Yang | Elva | Shuttler Avis - On Airport |
| Omura | Maritza | Rental Sales Associate - Avis |
| Chan | Peter | Shuttler Avis - On Airport |
| Feng | JianXun | Shuttler Avis - On Airport |
| Zhang | Lillian | Shuttler Avis - On Airport |
| Zeng | Gu | Service Agent - Avis |
| Ko | Calvin | Shuttler Avis - On Airport |
| Hu | Mingzhu | Shuttler Avis - On Airport |
| Lu | Peishi | Shuttler Avis - On Airport |
| Zhao | Haiwen | Service Agent - Avis |
| Ren | Huabang | Service Agent - Avis |
| Lei | Weijian | Service Agent - Avis |
| Cheung | Joyce | Shuttler Avis - On Airport |
| Zhen | Wenyao | Shuttler Avis - On Airport |
| Tsang | YuenLingLoretta | Shuttler Avis - On Airport |
| Huang | Jianfa | Service Agent - Avis |
| Zheng | ZhaoXiong | Service Agent - Avis |
| Luo | JianXin | Service Agent - Avis |
| Bao | JianChang | Service Agent - Avis |
| Ha | Kevin | Service Agent - Avis |
| Guan | ShuBing | Service Agent - Avis |
| Yu | Jinhua | Shuttler Avis - On Airport |
| Zeng | Yongxian | Service Agent - Avis |
| Leung | Kwan | Service Agent - Avis |
| Dwyer | Darren | Return Agent - Avis |
| Li | JianChang | Service Agent - Avis |
| Lo | ChunKi | Shuttler Avis - On Airport |
| Arif | Subhan | Rental Sales Associate - Avis |
| Zheng | Kanfu | Service Agent - Avis |
| Zhong | Rishen | Service Agent - Avis |
| Xiao | Lijin | Shuttler Avis - On Airport |
| Fiorentini | Christian | Gate / Security Guard - Avis |
| Zhou | Zewen | Service Agent - Avis |
| Shen | Yueji | Shuttler Avis - On Airport |
| Wen | Mingbin | Rental Sales Associate - Avis |
| Lau | PikYuk | Shuttler Avis - On Airport |
| Ye | CrystalXiuJing | Shuttler Avis - On Airport |
| Leung | Kenneth | Rental Sales Associate - Avis |

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

| | | |
|---|---|---|
| Laylo | Airene | RO - Station Manager - Hourly - Avis |
| Wu | Shengping | Service Agent - Avis |
| Rodriguez | Jaime | Service Agent - Avis |
| Oday | Baron | Rental Sales Associate - Avis |
| Pascual | Michael | Rental Sales Associate - Avis |
| Yu | Yaowei | Service Agent - Avis |
| Ma | Xiaohong | Service Agent - Avis |
| Indalecio | Ricky | Service Agent - Avis |
| Haro | Jesus | Service Agent - Avis |
| Taplet | Hodges | Service Agent - Avis |
| Harris | Marsella | Rental Sales Associate - Avis |
| David | CarlBryonne | Rental Sales Associate - Avis |
| Chen | XiongQiang | Service Agent - Avis |
| Fakhraei | Masoud | Return Agent - Avis |
| Wong | Ken | Service Agent - Avis |
| chen | jiahua | Service Agent - Avis |
| Cheng | Langwei | Shuttler Avis - On Airport |
| Burriel | Patrick | Service Agent - Avis |
| Zhang | ShaoHua | Shuttler Avis - On Airport |
| Thomas | Shamara | Service Agent - Avis |
| Miller | Griffin | Service Agent - Avis |
| Peng | Yongxiong | Shuttler Avis - On Airport |
| Huang | Jinzhao | Service Agent - Avis |

**<u>INTERROGATORY NO. 2</u>:**

***Did Avis pay any of the employees working in any of the roles listed in Interrogatory 1(inclusive of all sections)?***

***A. Does Avis have payroll records for the employees listed in Interrogatory 1 (inclusive of all sections) as required under IRS rules requiring businesses to retain payroll records for four years?***

***B. If the Defendant states that it had no records of any employees who worked for Avis in June of 2022, as it the Defense has stated to the Plaintiff in the past, please explain in detail why the Defendant or its designees (e.g. payroll processor) cannot use payroll records to construct a list of employees from the time periods requested. Please note that the Plaintiff is NOT requesting social security numbers.***

**<u>RESPONSE TO INTERROGATORY NO. 2</u>:**

Objection, this interrogatory is vague and ambiguous with respect to "pay." This

interrogatory is not proportional and not reasonably calculated to lead to admissible evidence. Objection, this interrogatory violates privacy rights. Objection to the extent the interrogatory calls for information protected by attorney-client privilege or attorney work product.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

Responding Party pays its employees and maintains required payroll records. Payroll information of Responding Party's employees is irrelevant to Propounding Party's claims and violates third-party privacy rights and thus is not subject to discovery.

**INTERROGATORY NO. 3:**

***Describe in detail all of the steps involved in renting a vehicle to a customer from the time the customer arrives at the Avis rental counter at SFO Rental Center to the time that they exit the security gate from the Avis lot at the SFO Rental Center. The response must be based on Avis Budget Car Rental's enterprise level or organizationally endorsed standard operating procedures, protocols, and/or training materials for the process of renting cars.***

***A. Please state the source of your response to the question above in terms of where the Rental procedures are inscribed regardless of whether said procedures are kept in tangible or electronic form.***

***B. List the name, title, dates of employment for, and contact information for the PERSONS who were responsible for training the individuals listed in Interrogatory 1 (inclusive of all sections) above.***

**RESPONSE TO INTERROGATORY NO. 3:**

Objection, this interrogatory is vague, ambiguous, and unduly burdensome. This interrogatory is unintelligible. This interrogatory is not proportional and not reasonably calculated to lead to admissible evidence. Objection, this interrogatory violates privacy rights. Objection to the extent the interrogatory calls for information protected by attorney-client privilege or attorney work product.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

When customers present themselves to a rental checkout counter and inquire about renting a vehicle, the rental agent will answer appropriate questions, facilitate the requested rental, and process the rental. The customer is given confirming paperwork of the rental, takes the paperwork to the designated vehicle, drives the vehicle to the exit, and provides the paperwork on exit of the facility for confirmation. The customer is responsible for confirming the accuracy of the rental, paperwork, vehicle, return date and terms and conditions of the rental.

Employees are trained by their respective supervisors.

**<u>INTERROGATORY NO. 4</u>:**

***Provide the full name, title, dates of employment, employment status (whether the PERSON is currently employed, resigned, fired, retired, or transferred), contact information for current or former employees "KENNETH" and "MERLYN" and "AIRENE" all of whom rented vehicles to the Plaintiff during the course of her rentals with Avis Budget Car Rental at the SFO Rental Center. Please see Appendix A for documentation on these employees sent initially under separate cover.***

**<u>RESPONSE TO INTERROGATORY NO. 4</u>:**

Objection, this interrogatory is vague, ambiguous, overbroad in scope and time, not proportional and not reasonably calculated to lead to the discovery of admissible evidence. Objection, this interrogatory violates privacy rights. Objection to the extent the interrogatory calls for information protected by attorney-client privilege or attorney work product.

Subject to and without waiving the foregoing objections, Responding Party responds as follows:

Responding Party will produce under confidential protective order non-privileged information regarding the individuals listed.

**<u>INTERROGATORY NO. 5</u>:**

***Provide the name, contact information for, dates of employment, employment status, and official job descriptions for all leadership personnel, including all directors, managers, assistant managers, supervisors, and team leads, (who would not have not been listed in your responses to Interrogatories 1 through 4) who were employed by the Defendant Avis (or its parent***

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

***company or subsidiaries or an outside vendor or contractor) to work at or who had leadership authority over any aspect of the car rental process or personnel working (from the rental counter to the exit gate) for Avis at the SFO Rental Center site in June of 2022.***

***A. If you do not have this information for June of 2022, please state the reason why in your response.***

***B. If you cannot provide this information for June of 2022, then provide the same information for the year 2022.***

***C. If you cannot provide this information for the year 2022, then provide the same information for the year 2025.***

***D. If you cannot provide this information for the year 2025, please state the reason why.***

**RESPONSE TO INTERROGATORY NO. 5:**

Objection, this interrogatory is vague, ambiguous, overbroad in scope and time, not proportional and not reasonably calculated to lead to the discovery of admissible evidence. Objection, this interrogatory violates privacy rights. Objection to the extent the interrogatory calls for information protected by attorney-client privilege or attorney work product.

**INTERROGATORY NO. 6:**

***Who was responsible for oversight over and/or management of operations and human resources at Avis at the SFO Rental Center at the highest corporate level within Avis Budget Car Rental LLC or any of the Avis Related Entities, including the corporate parent, Avis Budget Group in 2022?***

***A. Provide the name, title, contact information, dates of employment, employment status, and job descriptions for this PERSON or PERSONS if that information has not already been provided in a response elsewhere within Interrogatories 1 through 6.***

**RESPONSE TO INTERROGATORY NO. 6:**

Objection, this interrogatory is vague and ambiguous as to "oversight" and "management of operations and human resources." Objection, this interrogatory is vague, ambiguous, overbroad in scope and time, not proportional and not reasonably calculated to lead to the discovery of

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

admissible evidence. Objection, this interrogatory violates privacy rights. Objection to the extent the interrogatory calls for information protected by attorney-client privilege or attorney work product.

DATED: August 5, 2025

EVERETT DOREY LLP

By: [signature]

Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Patrick Albasha
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

File No. 1115-02

## PROOF OF SERVICE

**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On August 5, 2025, I served true copies of the following document(s) described as

**DEFENDANT AVIS BUDGET CAR RENTAL, LLC'S RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES**

I served the documents on the interested parties in this action as follows:

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>3538 Cumberland Road<br>East Point, GA 30344<br>(404) 444-6561<br>aviaturnergrapyattyatlaw@gmail.com | In Pro Per |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address nshannon@everettdorey.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 5, 2025, at Irvine, California.

Nydia Shannon

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110