UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>Defendant. | Case No. 23-cv-05507-SI<br><br>**ORDER RE: DISCOVERY**<br><br>Re: Dkt. Nos. 81, 82 |

On September 12 and 25, 2025, plaintiff Avia Turner-Gray filed two motions regarding discovery. Those motions are noticed for a hearing on October 17, 2025. To date, defendant Avis Budget Car Rental has not filed a response to the motions. However, on September 26, the parties emailed the Court's clerk regarding their discovery disputes, and in those emails defense counsel stated that the parties were in the midst of meeting and conferring.

The Court directs the parties to engage in a further meet and confer via zoom or telephone (an exchange of emails will not suffice) no later than **October 10, 2025**. If the parties are able to resolve their disputes, plaintiff is directed to withdraw the pending motions. If the parties are unable to resolve their disputes, they shall file by **October 15, 2025,** a **joint statement** of no more than 10 pages setting forth their positions. After review of the joint statement, the Court will determine whether the October 17, 2025 hearing is needed.

**IT IS SO ORDERED**.

Dated: October 7, 2025

SUSAN ILLSTON
United States District Judge