avis budget group

# Start Date Details

Welcome Aboard!

We are excited to embark on this journey with you. Prior to your first day, you'll receive email notifications with system login information. We're committed to equipping you with all the tools and resources you need to succeed in your new role.

To ensure a smooth transition, we've curated a few key items to help you get started seamlessly.

# Before Your First Day

Workday is one of our most important tools as it allows us to manage key information about you. Your ability to access this system on your first day of employment is critical. Upon the successful completion of the background check, you will receive emails directly from avisbudget@myworkday.com with your username and temporary password.

Once you have the information from the emails, you will be able to log into Workday and reset your password. Access step-by-step instructions here to log in.

# Reminders

WATCH FULL VIDEO ▶

## What to Wear on Your First Day

Reminder to follow the dress code by wearing the following attire on your first day and until your uniforms arrive.

- Black pants (no workout clothing, sweatpants, or jeans)
- Red, white, or dark blue solid-colored shirt

- Comfortable black low heeled, closed-toed sneakers/shoes

## What to Bring on Your First Day

- **Driver's License** – as part of the requirements for your role, please remember to bring your valid driver's license
- **Acceptable I-9** documents to establish your identity and work authorization in the United States - Please review the list of acceptable documents
- **Lunch**: As your first day will involve a full day of training, we recommend bringing lunch to ensure you have the energy to make the most of your introduction to our organization

# First Day Schedule

Please be prepared to work an eight (8) hour shift on your first day.

# Activities

- Arrival, meet and greet, paperwork, and other HR essentials
- Onboarding presentation
- Onboarding training in Workday (break as needed)
- Lunch
- Onboarding training in Workday, continued (break as needed)
- Location tour
- Wrap up and next steps

# Schedule

You will be provided with a working schedule after your onboarding and role-based training are completed.

Following the completion of your 90-day probationary period, there will be a shift bid where you will select from available shifts in the order of your seniority with

the company. Shift assignments cannot be guaranteed. Please be aware that you may need to work evening and weekend shifts once your training is completed.

# Importance of Training

We have designed a comprehensive computer-based onboarding training program tailored to help you be successful at Avis Budget Group. We believe that a strong foundation is key to success. That's why our onboarding training is designed to focus on four crucial aspects.

## Company Culture

Through our onboarding training, you'll gain insights into our values, mission, and vision, which serve as the guiding principles for everything we do.

## Workplace Safety

Your safety is our top priority! By equipping you with this knowledge, we aim to create a safe and secure working environment for everyone.

## Policies and Procedures

Every organization operates based on certain policies and procedures to ensure efficiency, compliance, and fairness. Our onboarding training will familiarize you with important policies related to areas such as HR, IT, security, and ethics. Understanding these guidelines will help you navigate your role with confidence and clarity.

## Role-Based Training

We are committed to giving you the information you need to be successful in your

role and maximize your potential. Based on your role and location, we offer Learning Curriculums automatically assigned to you in Workday. These courses are customized just for your role and cover the most important tasks and topics you will need to know to succeed. Be sure to complete all your courses to prepare for your role, connect with your team, and drive customer satisfaction.

**We understand that starting a new job can be overwhelming, yet know that we are here to support you every step of the way.**

**Once again, welcome to Avis Budget Group! We are excited to see all the great things you'll accomplish here.**

Avis Budget Group participates in E-Verify    Know Your Rights

FMLA    EPPA    Recruitment Fraud Alert

Please note that accommodations are available upon request for applicants in all aspects of the recruitment process. If you require a disability accommodation during any point of the recruitment process, please call 1-844-710-4748 or email Hr4uSupport@avisbudget.com or notify your Recruiter.

Avis Budget Group is an Equal Opportunity Employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, or protected veteran status and will not be discriminated against on the basis of disability.

Disability Inclusions Starts With You: Why we ask applicants and employees to voluntarily self-identify if they have a disability and the important role that self-identifying plays in ensuring equal employment opportunity for people with disabilities.

Copyright ©2025 Avis Budget Group - All rights reserved.