EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIA TURNER-GRAY,

Plaintiff,

vs.

AVIS BUDGET GROUP, INC., *et al.*,

Defendants.

**Case No. 3:23-cv-05507-SI**

*[The Honorable Susan Illston, Courtroom 1]*

**ORDER *AS AMENDED BY THE COURT* GRANTING JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL DATE AND ALL RELATED DEADLINES**

Having considered the Joint Application for Stipulation of Plaintiff Avia Turner-Gray and Defendant Avis Budget Car Rental, LLC, and good cause appearing therefor, IT IS HEREBY ORDERED that:

The Scheduling Order in this matter is amended as follows:

| | |
|---|---|
| Designation of Experts: | May 7, 2026 |
| Fact Discovery Cutoff: | July 23, 2026 |
| Expert Discovery Cutoff: | July 23, 2026 |
| Last day to file Dispositive | August 21, 2026 |

| | |
|---|---|
| Motion:<br>Opposition Due:<br>Reply Due: | <br>September 4, 2026<br>September 11, 2026 |
| Last Day to hear Dispositive Motion: | ***September 25, 2026 at 10:00 a.m.*** |
| Pre-Trial paperwork due | ***October 13, 2026*** |
| Pre-Trial Conference: | ***October 20, 2026*** at 1:30 p.m. |
| Jury Trial: | ***October 26, 2026*** at 9:00 a.m. |

IT IS SO ORDERED.

DATED: February 4, 2026 By: Susan Illston

Honorable Susan Illston
United States District Judge

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110