**EVERETT DOREY LLP**
Seymour B. Everett, III, SBN 223441
severett@everettdorey.com
Samantha E. Dorey, SBN 281006
sdorey@everettdorey.com
Christopher D. Lee, SBN 280738
clee@everettdorey.com
Patrick Albasha, SBN 316610
palbasha@everettdorey.com
2030 Main Street, Suite 1200
Irvine, California 92614
Phone: 949-771-9233
Fax: 949-377-3110

Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>vs.<br><br>AVIS BUDGET GROUP, INC., *et al.*,<br><br>Defendants. | **Case No. 3:23-cv-05507-SI**<br><br>*[The Honorable Susan Illston, Courtroom 1]*<br><br>**JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL DATE AND CONTINUE ALL RELATED DEADLINES; [PROPOSED] ORDER** |

This Joint Application and Stipulation is made and entered into between Plaintiff Avia Turner-Gray ("Plaintiff") and Defendant Avis Budget Car Rental, LLC. ("Avis" and, collectively with Plaintiff, the "Parties"), requesting that this Court continue the current trial date of October 26, 2026 to **March 1, 2027** and that all related deadlines and dates be continued by approximately four months in accordance with the new trial date as set forth below. A proposed order is lodged with this Application.

There is good cause to grant this Joint Application because Plaintiff and Avis

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

are currently involved in discovery disputes that Plaintiff is attempting to resolve through discovery dispute resolution and/or motion to compel; further discovery is needed depending on the resolution of the current discovery dispute; expert retention and designations depend on the resolution of the current discovery dispute and further discovery; the Parties have agreed that it would be a potential saving of judicial resources; the Parties are diligently engaged in ongoing discovery but anticipate that additional time is needed in order to complete discovery within the deadlines; and that there is no prejudice to the Parties if the continuance is granted.

The Parties stipulate and agree that a continuance would allow the Parties sufficient time to complete meaningful discovery. Percipient witnesses and Parties have not yet been fully deposed.

The Court ordered [Dkt. 91] the following dates pursuant to the Parties' February 4, 2026 Joint Stipulation to Continue Trial and all Related Deadlines [Dkt. 90]:

| | |
|---|---|
| Designation of Experts: | May 7, 2026 |
| Fact Discovery Cutoff: | July 23, 2026 |
| Expert Discovery Cutoff: | July 23, 2026 |
| Last day to file Dispositive Motion:<br>Opposition Due:<br>Reply Due: | August 21, 2026<br>September 4, 2026<br>September 11, 2026 |
| Last Day to hear Dispositive Motion: | September 25, 2026 at 10 a.m. |
| Pre-Trial paperwork due | October 13, 2026 |
| Pre-Trial Conference: | October 20, 2026 at 1:30 p.m. |
| Jury Trial: | October 26, 2026 at |

| | |
|---|---|
| | 9:00 a.m. |

With this Court's leave, the Parties stipulate and request that the current litigation schedule be continued to the following:

| | |
|---|---|
| Designation of Experts: | September 5, 2026 |
| Fact Discovery Cutoff: | November 23, 2026 |
| Expert Discovery Cutoff: | November 23, 2026 |
| Last day to file Dispositive Motion:<br>Opposition Due:<br>Reply Due: | December 23, 2026<br><br>January 8, 2027<br>January 15, 2027 |
| Last Day to hear Dispositive Motion: | January 29, 2027 at 10 a.m. |
| Pre-Trial paperwork due | February 23, 2027 |
| Pre-Trial Conference: | February 23, 2027 at 1:30 p.m. |
| Jury Trial: | March 1, 2027 at 9:00 a.m. |

Accordingly, there is good cause to grant this Joint Application.

IT IS SO STIPULATED.

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

DATED: May 5, 2026

EVERETT DOREY LLP

By: /s/ Christopher D. Lee
Seymour B. Everett, III
Samantha E. Dorey
Christopher D. Lee
Patrick Albasha
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

DATED: May 5, 2026

IN PRO PER

By: /s/ Avia Turner-Gray
Avia Turner-Gray
Plaintiff (IN PRO PER)

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

# PROOF OF SERVICE

**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On May 6, 2026, I served true copies of the following document(s) described as

**JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL DATE AND CONTINUE ALL RELATED DEADLINES; [PROPOSED] ORDER**

I served the documents on the interested parties in this action as follows:

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>3538 Cumberland Road<br>East Point, GA 30344<br>(404) 444-6561<br>aviaturnergrapyattyatlaw@gmail.com | In Pro Per |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2026, at Irvine, California.

/s/ Christine Delgado
Christine Delgado