EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

AVIA TURNER-GRAY,

Plaintiff,

vs.

AVIS BUDGET GROUP, INC., *et al.*,

Defendants.

**Case No. 3:23-cv-05507-SI**

*[The Honorable Susan Illston, Courtroom 1]*

**[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL DATE AND ALL RELATED DEADLINES**

Having considered the Joint Application for Stipulation of Plaintiff Avia Turner-Gray and Defendant Avis Budget Car Rental, LLC, and good cause appearing therefor, IT IS HEREBY ORDERED that:

The Scheduling Order in this matter is amended as follows:

| | |
|---|---|
| Designation of Experts: | September 5, 2026 |
| Fact Discovery Cutoff: | November 23, 2026 |
| Expert Discovery Cutoff: | November 23, 2026 |
| Last day to file Dispositive Motion: | December 23, 2026 |

| | |
|---|---|
| Opposition Due:<br>Reply Due: | January 8, 2027<br>January 15, 2027 |
| Last Day to hear Dispositive Motion: | January 29, 2027 at 10 a.m. |
| Pre-Trial paperwork due | February 23, 2027 |
| Pre-Trial Conference: | February 23, 2027 at 1:30 p.m. |
| Jury Trial: | March 1, 2027 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: _______________________ By: ______________________________

Honorable Susan Illston
United States District Judge

EVERETT DOREY LLP
2030 MAIN STREET, 12TH FLOOR
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

EVERETT DOREY LLP
2030 MAIN STREET, SUITE 1200
IRVINE, CALIFORNIA 92614
TELEPHONE 949-771-9233 ♦FAX 949-377-3110

# PROOF OF SERVICE

**Turner-Gray, Avia v. Avis Budget, Inc., et al.**
**USDC (Northern) Case No. 3:23-cv-05507-SI**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of . My business address is 2030 Main Street, Suite 1200, Irvine, CA 92614.

On May 6, 2026, I served true copies of the following document(s) described as

**[PROPOSED] ORDER GRANTING JOINT APPLICATION AND STIPULATION TO CONTINUE TRIAL DATE AND ALL RELATED DEADLINES**

I served the documents on the interested parties in this action as follows:

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>3538 Cumberland Road<br>East Point, GA 30344<br>(404) 444-6561<br>aviaturnergrapyattyatlaw@gmail.com | In Pro Per |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2026, at Irvine, California.

/s/ Christine Delgado
Christine Delgado