Avia Turner-Gray, Esquire
3538 Cumberland Road
East Point, GA 30344
(404)444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**AVIA TURNER-GRAY**

Plaintiff,

vs.

**AVIS BUDGET CAR RENTAL LLC**

Defendant,

JOHN Does 1-50

Defendants.

**Case No. 3:23-CV-05507-SI**

**PLAINTIFF'S NOTICE OF ADMINSTRATIVE MOTION TO CONTINUE ALL TRIAL DATES TO RESOLVE SERIOUS DISCOVERY DISPUTE ISSUES; DECLARATION OF PLAINTIFF IN SUPPORT THEREOF**

Hearing Date: Emergency Hearing Requested
Otherwise June 13, 2026
Hearing Time: 10:00 am
Judge: Honorable Susan Illston
Courtroom: 1

**TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the United States District Court for the Northern District of California, located at San Francisco Courthouse, 17th Floor, 450 Golden Gate Avenue San Francisco, CA 94102 or via Zoom, Plaintiff Avia Turner-Gray moves this Court for an Order to

Continue all Trial Dates to all Discovery Dispute Issues to Proceed and to discuss the possibility of compelling Defendant, Avis Budget Car Rental, LLC, to respond and produce documents and pursuant to Plaintiff's Request for the Production of Documents, Set One and to schedule depositions requested by Plaintiff under the discovery Dispute Process.

This Administrative Motion is made pursuant to Federal Rule of Civil Procedure 26 and 37(a)(1) and Local Rule 7-11 on the grounds that:

1. The information sought by the Plaintiff's discovery is material, probative, and relevant, and proportional to facts at issue in this case and is reasonably calculated to lead to the discovery of evidence, and it related to discoverable, nonprivileged matters;
2. Defendant has failed to provide acceptable responses and production of Documents, electronic or otherwise, to a majority of the requests listed in the Plaintiff's First Requests for the Production of Documents to the Defendant;
3. Parties have met and conferred on the issue without resolution, and the Defendant appears steadfast in their intent to unlawfully withhold relevant, probative documents from the Plaintiff ad infinitum.
4. Defendant has willfully violated an Order Re: Discovery from this Court (Dkt. 86) dated October 16, 2025 to produce all discovery requested by Plaintiff and to schedule depositions of Avis employees requested by Plaintiff.
5. Defendant's actions have substantially impaired Plaintiff's case. Plaintiff's experts do not have the information they need to complete their expert reports as of May 1, 2026.
6. Defendant's actions have frustrated Plaintiff's attempts to identify and name Doe Defendants.
7. Defendant is the sole cause of these delays.

This Motion is made based upon this Notion of Motion, Administrative Motion,

Declaration, and any and all other pleadings, papers, and records on file herein, and upon any and all other oral and documentary evidence that may be presented at the hearing on this matter.

Plaintiff certifies that prior to filing this Notion of Administrative Motion to Continue, she in good faith conferred and attempted to confer with counsel for the Defendant, Avis Budget Car Rental, LLC to resolve this matter by agreement, but parties have been unable to do so.

Respectfully submitted,

DATED: May 5, 2026 AVIA TURNER-GRAY

By: /s/Avia Turner-Gray
Avia Turner-Gray
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

**Turner-Gray v Avis Budget car Rental LLC, et. Al.**
**USDC Northern District Vase No. 3:23-CV-05507-SI**

This is to certify that I have this day served the within and foregoing document upon all parties via counsel's email on record with the Court.

**Notice of Administrative Motion for Continuance of all Trial Deadlines to Resolve Underlying Discovery Dispute**

**Notice sent to Counsel of Record:**

Christopher Lee, Esquire
Clee@everettdorey.com
Patrick Albasha, Esquire
Palbasha@everettdorey.com
Everertt Dorey, LLP
2030 Main Street
Suite 1200
Irvine, CA 92614

This 7th day of May, 2026

Respectfully submitted,

/s/Avia Turner-Gray, Esquire
Avia Turner-Gray
Plaintiff Pro Per

3538 Cumberland Road
East Point, GA 30344
(404)444-6561
aviaturnergrayattyatlaw@gmail.com