Gmail

Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>

**Re: Turner-Gray v Avis: Follow up Meet and Confer 05-01-26 on Defendant Avis Failure to Produce Documents and Failure to Answer Interrogatories 04162026**

**Avia Turner-Gray** <aviaturnergrayattyatlaw@gmail.com> Fri, May 1 at 14:03
To: Christopher Lee <clee@everettdorey.com>, Patrick Albasha <palbasha@everettdorey.com>

Mr. Lee:

We are set to have a meeting for at 11 AM this morning, May 1, 2026 ,to discuss continuing noncompliance in submitting the documents listed in the letter below and attached.

I received your last document drop, and I acknowledge that I did receive another copy of the rules of the road memo and some schedules for the SFO Avis rental counter and rental return personnel on June 26, 2022. However, I have not received the following:

1) updated clock in and clock out records.

2) I still have not received training manuals, policies and procedures for all of the positions that were noted in the letter below.

3) Request for Production #4 required the submission of documents including the personnel files for individuals who were involved in the investigation of the theft or loss of this vehicle up to October 27, 2022. I never received this information. I did receive some emails among various Avis personnel regarding the missing car, but no information was provided on those individuals themselves.

4) You have not submitted information on your training department. You stated that training responsibilities were with the manager, but as both you and I know, there is an entire human resources department that manages these individuals. Human resource responsibilities are pushed out of corporate at the Avis budget group down to the rental car counters through human resources partners. None of those individuals are listed in your responses to my request for the production of documents

Regardless, there's a long list of documents that you have failed to provide. You are impeding my progress in the case. I have experts who could not finish up their expert reports because they don't have the underlying information to analyze