On Thu, Mar 5, 2026 at 20:45 Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com> wrote:

March 5, 2026

Christopher Lee, Esquire
Patrick Albasha, Esquire
Everett Dorey, LLP
2030 Main Street
Suite 1200
Irvine, CA 92614

RE: Turner-Gray v. Avis Budget Rent-a Car: 3:23-CV-05507-SI

**1) Follow Up to Meet and Confer Held on February 11, 2026**

**2) Renewed Demand for the Immediate Production of Documents with a Due Date of March 12, 2026**

Dear Mr Lee:

Pursuant to the conversation that we had during our Meet and Confer on February 11, 2026, and per your request, I am forwarding a list of documents that I demanded in a Request for the Production of Documents submitted to your client on February 19, 2025. These same documents were the subject of a discovery dispute which resulted in a court order for your client to produce said documents. See attachments. To date, your client has not produced the bulk of these documents. I can only assume that your client's failure to produce is willful and complicit. If these requested documents are not submitted to me by March 12, 2026, I will notify the court of your client's willful failure to produce the documents that they were ordered to turn over to me.

I have highlighted in red below some of the exact documents that I requested. This list is incomplete.

## I. FAILURE TO PRODUCE COMPLETE POLICIES, PROCEDURES AND GUIDELINES

I requested **Avis's policy and procedure manuals, the employee handbook,**

**workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees, 4) Security/Asset Management personnel, and 5) human resources and training personnel.** I am deeply concerned about your failure to submit complete policies and procedures undergirding the rental processes at Avis.

Specifically, **I asked for the policies and procedures for renting, returning, and exchanging a rental vehicle at Avis SFO.** I have received some information that is incomplete. Specifically, you produced several documents entitled ***Work Rules* : *Some examples of behaviors that are unacceptable at work***. Please see attachment 2. This document lists acts and/or omissions that are specifically deemed unacceptable under company guidelines. Specifically, the document states that employees are expected to comply with the company standards of work performance, business conduct and personal responsibility.

The documents that you submitted to me, including multiple copies of the ***Work Rules***, are incomplete. There appears to be a second page that is missing from the document. For example, in a performance evaluation/disciplinary letter sent to employee [redacted] on August 30, 2023, the airport manager, Mike Bessoni, wrote that the employee engaged in behavior that was prohibited by the ***Work Rules*: *Some examples of behaviors that are unacceptable at work***. See attachment 3. He specifically cited the policy prohibiting employee "misuse of the vehicle rental or check-in procedures such as rate structures, customer qualifying procedures and cash handling." When I cross reference the language in that disciplinary letter against the ***Work Rules*** that I received, it is nowhere to be found. You have given me incomplete documentation. **I immediately demand that you produce the *Work Rules*: *Some examples of behaviors that are unacceptable at work* that was in effect for the year 2022 in its entirety. I also demand that you provide the undergirding policies for this document.** It appears that the ***Work Rules*** provide examples of behaviors that are unacceptable under work performance standard policies and procedures. **I have asked for the policies and procedures. I am again asking for the full text of the policies and procedures that undergird these documents.**

I also received another document as part of the production entitled ***Rules of the Road.*** I have multiple copies and versions of that document. None of the copies that I received are complete. Please see attachment 4. On September 9, 2009, the VP of Human Resources for the Avis Budget Group, Gina Bruzzichesi, sent a memo highlighting the ***Rules of the Road*** out to all of the Avis Budget Group counter sales managers and associates. That memo stated that:

> to ensure consistency and compliance in our ABG Customer Service and Sales Process Initiative, the following rules of the road will serve to clarify

the docs and the documents as it relates to how we conduct business at our counters. Listed items are not all inclusive but do cover those areas where we have had concerns in the past.

This document is a training tool for Avis's counter employees. The ABG Customer Service and Sales Process Initiative is a more detailed and expansive copy of the work performance standards, guidelines, policies, and procedures referenced in the document. ***I need a complete copy of the Rules of the Road.*** **I need a complete copy of those policies and procedures referenced in the *Rules of the Road* including WEB/APPLICANT Account Procedures including:**

**Avis TR08-017**

**SB07-081**

**Budget TR08-020**

**HS 07-073**

**the entire ABG Customer Service and Sales process**

**Avis standard mini-lease procedures (Avis SB08-084, Budget HS08-074).**

**I need a complete copy of the documents that were effective for the year 2022.**

Again, this list is incomplete. Your client has willfully withheld these documents and others. I expect your client to turn these documents over by March 12, 2026.

Sincerely,

***ATG***

Avia Turner-Gray, Esquire
In Pro Per