Gmail Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>

**Re: Turner-Gray v Avis: 323-CV-05507-SI: Meet and Confer Schedled on April 16, 2026 at 3pm and Follow Up to Meet and Confer Held on February 11, 2026 and Renewed Demand for the Immediate Production of Documents with a Due Date of March 12, 2026**

**Avia Turner-Gray** <aviaturnergrayattyatlaw@gmail.com> Thu, Apr 16 at 15:32
To: Christopher Lee <clee@everettdorey.com>, Patrick Albasha <palbasha@everettdorey.com>

Mr. Lee:

We are scheduled to have a Meet band Confer today at 3 PM. You may call me at phone number [redacted] at that time. In addition to the items that you want to discuss regarding my alleged noncompliance with your request for the production of documents, I'd like to discuss the items your willful noncompliance with my request for the production of documents and request for interrogatories. Some of the items that we will discuss include the items listed in the letter below dated March 5, 2026 including your failure to produce the following:

**Avis's policy and procedure manuals, the employee handbook, workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees, 4) Security/Asset Management personnel, and 5) human resources and training personnel.** I am deeply concerned about your failure to submit complete policies and procedures undergirding the rental processes at Avis.

As you know, you are under in a court order to produce to produce documents for my case. And I found you continually willfully noncompliant. It is become exhausting looking through thousands of pages of material to find that your client and your team are removing pages out of critical documents, only providing half of the material., Or simply not producing any of the material at all. You're in willful noncompliance with the courts order. Failure to produce all of the information that I've requested below Will result in a motion motion to compel production with a request for sanctions sanction. We can discuss this this afternoon.

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
[redacted]