# EXHIBIT 11

**Patrick Albasha**

| | |
|---|---|
| **From:** | Christopher Lee |
| **Sent:** | Monday, October 6, 2025 4:33 PM |
| **To:** | Avia Turner-Gray |
| **Cc:** | Patrick Albasha |
| **Subject:** | RE: Turner-Gray v Avis: 3:23-CV-05507-SI: Response Submission of a Statement on Discovery Dispute Letter Superseding and Replacing a Previously Submitted Joint Statement on Discovery Dispute |
| **Attachments:** | Revised TURNER-GRAYVAVISJOINT STATEMENTDISCOVERYDISPUTE091925 FINAL (2).docx |

Ms. Turner-Gray,

I disagree with the accusations of bad faith that you have levied.

As I have previously stated, we would like to have the model protective order in place before producing confidential documents with third-party privacy rights implicated. With respect to the document production dispute, attached is a revised version with Defendant's position. On September 25, 2025, you sent a pdf of a dispute letter. I cannot edit the pdf. Please insert the Defendant's position into a final word version and circulate for approval before filing.

With respect to the dispute regarding interrogatory responses, please send a separate Joint Statement of Discovery Dispute with your position and I will add in Defendant's position. Please ensure that your portion is within the Court-ordered page limits and that there is adequate space for Defendant's portion to be added.

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP
2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, October 2, 2025 4:35 PM
**To:** Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Re: Turner-Gray v Avis: 3:23-CV-05507-SI: Response Submission of a Statement on Discovery Dispute Letter Superseding and Replacing a Previously Submitted Joint Statement on Discovery Dispute

Mr. Lee,

On July 30, 2025, you sent me a draft of the discovery dispute letter with your defensive position included. Your defensive position included deceptive and misleading statements. I did not accept your

draft. I addressed those misleading statements in my response. You clearly do not like the fact that I did that.

To date, you have not handed over the additional discovery that you promised to provide. You have not handed over unprivileged and nonconfidential documents requested in the original request for the production of documents. You have not handed over unprivileged and nonconfidential information requested in the original request for interrogatories. You are still withholding requested discovery without authority, precedent, and in bad faith.

You have not responded to a detailed letter that I sent you on September 23, 2025 memorializing the details of our Meet and Confer session held on September 19, 2025. In that letter, I requested that you completely answer the interrogatories that you were sent. You have not responded to that letter

It appears to me that your response to my complaints is to not respond to my complaints. You are withholding ALL documents and information in an attempt to strong arm me into signing a broad confidentiality agreement for nonconfidential, relevant information. This is unacceptable.

Also, I have initiated the process of setting up depositions with Avis's employees. You have not responded to my requests. You have not even turned over all of the names of the managers, employees, and contractors that have been requested. Your actions are the living definition of bad faith.

Please advise and respond.

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Thu, Sep 25, 2025 at 23:52 Christopher Lee <clee@everettdorey.com> wrote:

Ms. Turner-Gray,

I sent you an approved joint statement to be filed on July 30, 2025 (see attached email). You never responded to the attached email, you refused to file the draft I sent, and instead you filed unapproved documents with this Court without even circulating or giving notice beforehand, including one such unapproved document on September 12, 2025.

**CHRISTOPHER LEE**

PARTNER

EVERETT DOREY LLP

2030 Main Street

Suite 1200

Irvine CA 92614

D: 949.774.2006

M: 818.571.5085

F: 949.377.3110

E: clee@everettdorey.com

www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, September 25, 2025 8:45 PM
**To:** Christopher Lee <clee@everettdorey.com>
**Cc:** SI CRD <SICRD@cand.uscourts.gov>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Re: Turner-Gray v Avis: 3:23-CV-05507-SI: Submission of a Statement on Discovery Dispute Letter Superseding and Replacing a Previously Submitted Joint Statement on Discovery Dispute

Dear Ms. Chung,

I stand by my newly submitted Plaintiff's side Statement on Discovery Dispute. The dispute is centered on the Defendant's failure to produce documents as requested in my original Request for the Production of Documents served on February 20, 2025. The Defendant filed supplementary discovery on April 15, 2025 that was unresponsive to the RFPD. We have had three Met and Confers since then, but I still do not have the documents that I need to advance my case. This is hindering my case preparation. I have experts available, but I do not have documents for them to review. I need to have depositions, but I do not have any discovery documents to review ahead of time.

The letter that opposing counsel is referring to was the memorialization of my concerns and complaints with regard to the Defendant's failure to answer interrogatories as asked. That was the subject of our last Meet and Confer held last week. I am drafting a second discovery dispute letter to have those deficiencies addressed by the Court. Regardless, the defense is wrongfully withholding documents and

interrogatory responses. Opposing counsel will not even give me the names of the managers, leaders, and trainers involved in this matter. There is no excuse.

I will cycle you out of this email chain, but please let this matter proceed as it regards the failure to produce documents. I assure you that opposing counsel has not and did not sign the Joint Statement on Discovery Dispute (regarding the RFPD) despite the fact that I made several revisions to the statement at his request, and I included his drafted defense position into the statement verbatim.

Thank you,

Avia Turner-Gray

Plaintiff Pro Se

On Thu, Sep 25, 2025 at 6:28 PM Christopher Lee <clee@everettdorey.com> wrote:

> Apologies Ms. Chung to have to include you in an ongoing dispute between the parties, but I must correct the record that we did not refuse to sign any joint discovery dispute document. We are still in the process of meeting and conferring, with a lengthy meet and confer email sent by Ms. Turner-Gray at 4:10pm on Tuesday, September 23, 2025, to which I have not yet had the opportunity to respond as I have been engaged in trial filings in another matter this week. I intend to respond shortly.

**CHRISTOPHER LEE**

PARTNER

EVERETT DOREY LLP

2030 Main Street

Suite 1200

Irvine CA 92614

D: 949.774.2006

M: 818.571.5085

F: 949.377.3110

E: clee@everettdorey.com

www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, September 25, 2025 6:24 PM
**To:** SI CRD <SICRD@cand.uscourts.gov>
**Cc:** Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Turner-Gray v Avis: 3:23-CV-05507-SI: Submission of a Statement on Discovery Dispute Letter Superseding and Replacing a Previously Submitted Joint Statement on Discovery Dispute

Dear Ms. Chung:

Today, I submitted a Discovery Dispute letter in Pacer/ECF under my own signature. It supersedes and replaces a previously submitted Joint Statement on Discovery Dispute filed on September 12, 2025. I have removed opposing counsel's previous drafted and integrated response from my letter as he will not sign the document. The initial Joint Statement on Discovery Dispute is withdrawn. We are at an impasse. I have attached all supporting documents in the Appendix except for one file that I am having problems uploading. I will try again tomorrow to upload that one outstanding file. I ask for a hearing on this matter, but I do understand that granting said hearing is at the Court's discretion.

Thank you,

Avia Turner-Gray
Plaintiff Pro Se

(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

--

# EXHIBIT 12

**Patrick Albasha**

| | |
|---|---|
| **From:** | Christopher Lee |
| **Sent:** | Thursday, February 5, 2026 11:21 AM |
| **To:** | Avia Turner-Gray |
| **Cc:** | Nydia Shannon; Patrick Albasha |
| **Subject:** | RE: Meet and Confer - Turner-Gray v. Avis 3:23-CV-05507-SI - Issues with the Latest Discovery, Demand for Documents Requested, Request to Meet and Confer, Request for Availability to Schedule Depositions, Request to Stipulation to Move C |

Monday at 3pm works for me. Please call me then.

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP

2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, February 5, 2026 10:26 AM
**To:** Christopher Lee <clee@everettdorey.com>
**Subject:** Re: Meet and Confer - Turner-Gray v. Avis 3:23-CV-05507-SI - Issues with the Latest Discovery, Demand for Documents Requested, Request to Meet and Confer, Request for Availability to Schedule Depositions, Request to Stipulation to Move C

Mr. Lee,

Can we do the the Meet and Confer on Monday, February 9, 2026 after 3pm? What time works for you?

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Wed, Feb 4, 2026 at 11:40 Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com> wrote:

> Hello Mr. Lee,

I apologize for my delay in getting back to you. I just saw this email. I have reviewed the documents and the stipulation is fine. Please submit with my signature.

Sincerely,

ATG

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Mon, Feb 2, 2026 at 19:53 Christopher Lee <clee@everettdorey.com> wrote:

Ms. Turner-Gray,

We are agreeable to a stipulation to continue all dates 3 months, please see attached proposed stipulation and order. If you approve, please authorize us to add your electronic signature and file. **Please confirm by tomorrow so that the Court has time to consider and grant before the Friday deadline in this case.**

As to the discovery issues you raise, I am available to meet and confer on Wednesday 2/4, after 2pm, or Friday 2/6, after 2 pm. I am also generally available in the afternoons next week as well. Please let me know when you prefer to schedule the meet and confer call.

**CHRISTOPHER LEE**

PARTNER

EVERETT DOREY LLP

2030 Main Street

Suite 1200

Irvine CA 92614

D: 949.774.2006

M: 818.571.5085

F: 949.377.3110

E: clee@everettdorey.com

www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Friday, January 30, 2026 8:24 PM
**To:** Christopher Lee <clee@everettdorey.com>
**Cc:** Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Turner-Gray v. Avis 3:23-CV-05507-SI - Issues with the Latest Discovery, Demand for Documents Requested, Request to Meet and Confer, Request for Availability to Schedule Depositions, Request to Stipulation to Move C

RE: Turner-Gray v. Avis Budget Rent-a Car: 3:23-CV-05507-SI

1) **Response to Defendant's Latest Discovery Document Drop: Documents Submitted Nonconforming to Plaintiff 's Request for the Production of Documents with Additional Documents Improperly Withheld From Production;**
2) **Renewed Demand for the Immediate Production of Documents;**
3) **Request to Schedule Depositions (Need Availability) (Third request);**
4) **Request to Meet and Confer;**
5) **Request to Agree to Stipulate Move Court Calendar Out 2 to 3 Months.**

Mr. Lee:

I've had an opportunity to review the latest discovery document drop that you made in the above stated case. While I do appreciate the fact that you produced some of the documents that I enumerated in my Request for the Production of Documents and in my Discovery Dispute letter, the fact remains that many of the documents that you submitted are nonconforming and incomplete. A number of pertinent documents in your possession were not sent over.

The following is a short and incomplete list of issues that I have with the most recent document production. Some of the documents requested are more urgently needed. I request that you get these documents to me in next seven calendar days. You should have this information already in your possession. I also request that we have a meet and confer within the next 10 days to discuss fully the nonconforming nature of the production that you made.

I also request that you make the following employees available for depositions:

1) Armondo Cruz
2) Gary Russell
3) Airene Laylo
4) Merlyn Dalit
5) Kenneth Leung
6) Rodel Catam
7) Mike Bessoni

I would like to depose these individuals in person under videotape during a two week period in the San Francisco Bay area within the next 6 weeks. Please provide their availability.

Furthermore, given the absence of some of the documents that I need to advance this case and with court deadlines approaching, I suggest that we agree to stipulate to move the entire calendar back around 3 months to accommodate for the production of additional documents and depositions. Please advise

**Issues with Defendant's Latest Discovery Document Drop**

Again, I want to emphasize that my list of issues with the latest discovery drop as enumerated below is incomplete. I will send you a second memo on the other outstanding issues with the document drop. We need to discuss these issues in an upcoming Meet and Confer.

## I. INCOMPLETE FILES/INFORMATION PRODUCED FOR "MANAGERS"

I was sent a list of manager's names with photos including the following:

Dewayne Miles, Jr

Adriana Reich,

Min Thant,

Wallace Murphy,

Loc Huynh,

Nicole Nelson,

Armando Cruz, SFO Production Manager?

Airene Laylo, Station Manager?

See attachment 1. What units or divisions do these individuals manage? What are their exact job titles? Were they employed and/or on duty on June 26 through June 27, 2022. Where are the requested job descriptions for these individuals? I need job descriptions (preferably signed) for the title of every employee that is sent to me.

**II. INCOMPLETE FILES INFORMATION PROVIDED FOR HUMANN RESOURCE AND TRAINING PERSONNEL**

I was not provided with a list of training and human resource officers as requested. I do see random names of airport managers listed on various documents over the years in various incomplete personnel files sent over including:

Autumn Poti, 2024

Mike Bessoni, 2023

Joshua Melton, 2016

Tom Yee, 2010

These individuals appear to have human resource officer duties at the SFO Avis site. Which one of these individuals functioned as Airport Manager in June 2022. I need the individual's exact title, dates of employment, job description, personnel file, current employment status as requested in my original RFPD. I need to depose this/these individual(s).

**III. FAILURE TO PRODUCE COMPLETE POLICIES, PROCEDURES AND GUIDELINES**

I requested Avis's policy and procedure manuals, the employee handbook, workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees. I am deeply concerned about your failure to submit complete policies and procedures undergirding the rental processes at Avis.

Specifically, I asked for the policies and procedures for renting, returning, and exchanging a rental vehicle at Avis SFO. I have received some information that is incomplete. Specifically, you produced several documents entitled ***<u>Work Rules</u>*: *Some examples of behaviors that are unacceptable at work***. Please see attachment 2.

This document lists acts and/or omissions that are specifically deemed unacceptable under company guidelines. Specifically, the document states that employees are expected to comply with the company standards of work performance, business conduct and personal responsibility.

The documents that you submitted to me, including multiple copies of the ***Work Rules***, are incomplete. There appears to be a second page that is missing from the document. For example, in a performance evaluation/disciplinary letter sent to employee Rodel Catam on August 30, 2023, the airport manager, Mike Bessoni, wrote that the employee engaged in behavior that was prohibited by the ***Work Rules: Some examples of behaviors that are unacceptable at work***. See attachment 3. He specifically cited the policy prohibiting employee “misuse of the vehicle rental or check-in procedures such as rate structures, customer qualifying procedures and cash handling.” When I cross reference the language in that disciplinary letter against the ***Work Rules*** that I received, it is nowhere to be found. You have given me incomplete documentation. I immediately demand that you produce the ***Work Rules: Some examples of behaviors that are unacceptable at work*** that was in effect for the year 2022 in its entirety. I also demand that you provide the undergirding policies for this document. It appears that the ***Work Rules*** provide examples of behaviors that are unacceptable under work performance policies, and procedures. I have asked for the policies and procedures. I am again asking for the full text of the policies and procedures that undergird that document

I also received another document as part of the production entitled ***Rules of the Road.*** I have multiple copies and versions of that document. None of the copies that I received are complete. Please see attachment 4. On September 9, 2009, the VP of Human Resources for the Avis Budget Group, Gina Bruzzichesi, sent a memo highlighting the ***Rules of the Road*** out to all of the Avis Budget Group counter sales managers and associates. That memo stated that:

> to ensure consistency and compliance in our ABG Customer Service and Sales Process Initiative, the following rules of the road will serve to clarify the dues and the do nots as it relates to how we conduct business at our counters. Listed items are not all inclusive, but do cover those areas where we have had concerns in the past.

This document is a training tool for Avis counter employees. The ABG Customer Service and Sales Process Initiative is a more detailed and expansive copy of the work performance standards, guidelines, policies, and procedures referenced in the document. I need a complete copy of those policies and procedures referenced in the ***Rules of the Road*** including WEB/APPLICANT Account Procedures (including Avis TR08-017, SB07-081, Budget TR08-020, HS 07-073), the entire ABG Customer Service and Sales process, Avis standard mini-lease procedures (Avis SB08-084, Budget HS08-074). I need a complete copy of the document that was effective for the year 2022.

This list of issues is incomplete. Please reach out to me with your availability to do a Meet and Confer within the next 7 to 10 days.

Thank you,

*ATG*

Avia Turner-Gray, Esquire

Plaintiff

In Pro Per

Copy to file

--

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O

(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

# EXHIBIT 13

**Patrick Albasha**

| | |
|---|---|
| **From:** | Christopher Lee |
| **Sent:** | Wednesday, March 11, 2026 10:38 PM |
| **To:** | Avia Turner-Gray |
| **Cc:** | Patrick Albasha; Nydia Shannon |
| **Subject:** | RE: Turner-Gray v Avis: 323-CV-05507-SI: Follow Up to Meet and Confer Held on February 11, 2026 and Renewed Demand for the Immediate Production of Documents with a Dute Date of March 12, 2026 |
| **Attachments:** | Turner-Gray - Supp. Doc. Prod. 03.11.26.pdf |

Ms. Turner-Gray,

Please see attached document supplemental document production.

Please provide an update on your willingness to submit to a neuropsychiatric Independent Medical Exam. If you are unwilling, we will need to seek an Order from the Court.


**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP

2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com


This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, March 5, 2026 8:46 PM
**To:** Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Turner-Gray v Avis: 323-CV-05507-SI: Follow Up to Meet and Confer Held on February 11, 2026 and Renewed Demand for the Immediate Production of Documents with a Dute Date of March 12, 2026

March 5, 2026

Christopher Lee, Esquire
Patrick Albasha, Esquire
Everett Dorey, LLP
2030 Main Street
Suite 1200
Irvine, CA 92614

RE: Turner-Gray v. Avis Budget Rent-a Car: 3:23-CV-05507-SI

**1) Follow Up to Meet and Confer Held on February 11, 2026**

**2) Renewed Demand for the Immediate Production of Documents with a Due Date of March 12, 2026**

Dear Mr Lee:

Pursuant to the conversation that we had during our Meet and Confer on February 11, 2026, and per your request, I am forwarding a list of documents that I demanded in a Request for the Production of Documents submitted to your client on February 19, 2025. These same documents were the subject of a discovery dispute which resulted in a court order for your client to produce said documents. See attachments. To date, your client has not produced the bulk of these documents. I can only assume that your client's failure to produce is willful and complicit. If these requested documents are not submitted to me by March 12, 2026, I will notify the court of your client's willful failure to produce the documents that they were ordered to turn over to me.

I have highlighted in red below some of the exact documents that I requested. This list is incomplete.

## I. FAILURE TO PRODUCE COMPLETE POLICIES, PROCEDURES AND GUIDELINES

I requested **Avis's policy and procedure manuals, the employee handbook, workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees, 4) Security/Asset Management personnel, and 5) human resources and training personnel.** I am deeply concerned about your failure to submit complete policies and procedures undergirding the rental processes at Avis.

Specifically, **I asked for the policies and procedures for renting, returning, and exchanging a rental vehicle at Avis SFO.** I have received some information that is incomplete. Specifically, you produced several documents entitled ***Work Rules* : *Some examples of behaviors that are unacceptable at work***. Please see attachment 2. This document lists acts and/or omissions that are specifically deemed unacceptable under company guidelines. Specifically, the document states that employees are expected to comply with the company standards of work performance, business conduct and personal responsibility.

The documents that you submitted to me, including multiple copies of the ***Work Rules***, are incomplete. There appears to be a second page that is missing from the document. For example, in a performance evaluation/disciplinary letter sent to employee Rodel Catam on August 30, 2023, the airport manager, Mike Bessoni, wrote that the employee engaged in behavior that was prohibited by the ***Work Rules*: *Some examples of behaviors that are unacceptable at work***. See attachment 3. He specifically cited the policy prohibiting employee "misuse of the vehicle rental or check-in procedures such as rate structures, customer qualifying procedures and cash handling." When I cross reference the language in that disciplinary letter against the ***Work Rules*** that I received, it is nowhere to be found. You have given me incomplete documentation. **I immediately demand that you produce the *Work Rules*: *Some examples of behaviors that are unacceptable at work* that was in effect for the year 2022 in its entirety. I also demand that you provide the undergirding policies for this document.** It appears that the ***Work Rules*** provide examples of behaviors that are unacceptable under work performance standard policies and procedures. **I have asked for the policies and procedures. I am again asking for the full text of the policies and procedures that undergird these documents.**

I also received another document as part of the production entitled ***Rules of the Road.*** I have multiple copies and versions of that document. None of the copies that I received are complete. Please see attachment 4. On September 9, 2009, the VP of Human Resources for the Avis Budget Group, Gina Bruzzichesi, sent a memo highlighting the ***Rules of the Road*** out to all of the Avis Budget Group counter sales managers and associates. That memo stated that:

> to ensure consistency and compliance in our ABG Customer Service and Sales Process Initiative, the following rules of the road will serve to clarify the dues and the do nots as it relates to how we conduct business at our counters. Listed items are not all inclusive but do cover those areas where we have had concerns in the past.

This document is a training tool for Avis's counter employees. The ABG Customer Service and Sales Process Initiative is a more detailed and expansive copy of the work performance standards, guidelines, policies, and procedures referenced in the document. ***I need a complete copy of the Rules of the Road.*** **I need a complete copy of those policies and procedures referenced in the** ***Rules of the Road*** **including WEB/APPLICANT Account Procedures including:**

**Avis TR08-017**

**SB07-081**

**Budget TR08-020**

**HS 07-073**

**the entire ABG Customer Service and Sales process**

**Avis standard mini-lease procedures (Avis SB08-084, Budget HS08-074).**

**I need a complete copy of the documents that were effective for the year 2022**.

Again, this list is incomplete. Your client has willfully withheld these documents and others. I expect your client to turn these documents over by March 12, 2026.

Sincerely,

ATG

Avia Turner-Gray, Esquire
In Pro Per

# EXHIBIT 14

**Patrick Albasha**

**From:** Christopher Lee
**Sent:** Tuesday, April 28, 2026 1:45 PM
**To:** Avia Turner-Gray
**Cc:** Patrick Albasha; Nydia Shannon
**Subject:** RE: Turner-Gray v Avis: Follow up Meet and Confer on Defendant Avis Failure to Produce Documents and Failure to Answer Interrogatories 04162026

Yes, you can call me then.

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP
2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Tuesday, April 28, 2026 1:36 PM
**To:** Christopher Lee <clee@everettdorey.com>
**Subject:** Re: Turner-Gray v Avis: Follow up Meet and Confer on Defendant Avis Failure to Produce Documents and Failure to Answer Interrogatories 04162026

Mr. Lee,

Can we speak at 12 o'clock on Friday, May 1, 2026?

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Tue, Apr 28, 2026 at 13:33 Christopher Lee <clee@everettdorey.com> wrote:

> I am not available tomorrow. I have some availability before 1pm on Friday.

**CHRISTOPHER LEE**

PARTNER

EVERETT DOREY LLP

2030 Main Street

Suite 1200

Irvine CA 92614

D: 949.774.2006

M: 818.571.5085

F: 949.377.3110

E: clee@everettdorey.com

www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Tuesday, April 28, 2026 12:24 PM
**To:** Christopher Lee <clee@everettdorey.com>
**Subject:** Re: Turner-Gray v Avis: Follow up Meet and Confer on Defendant Avis Failure to Produce Documents and Failure to Answer Interrogatories 04162026

Mr Lee,

We need to have a another Meet and Confer to

follow up the discovery issues that were outstanding on our last meeting held April 16, 2026. Do you have availability tomorrow, April 29, 2026 after 3 PM to speak?

Avia Turner-Gray

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O

(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Mon, Apr 27, 2026 at 15:27 Christopher Lee <clee@everettdorey.com> wrote:

Ms. Turner-Gray,

Below is a link to Avis' further document production in this matter.

https://www.dropbox.com/scl/fo/kvfcifbl8tdkenye1vk2q/AHaTWDVBu6JZi8AzCznF-30?rlkey=d0zi854cgalko2spe6ieukzas&st=9859xj0y&dl=0

Pursuant to our meet and confer call, you stated you would give us the dates you planned to be in California so that we can schedule your IME accordingly. **Please provide us these dates by Wednesday, April 29, 2026**.

**CHRISTOPHER LEE**

PARTNER

EVERETT DOREY LLP

2030 Main Street

Suite 1200

Irvine CA 92614

D: 949.774.2006

M: 818.571.5085

F: 949.377.3110

E: clee@everettdorey.com

www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, April 16, 2026 2:44 PM
**To:** Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Turner-Gray v Avis: Meet and Confer on Defendant Avis Failure to Produce Documents and Failure to Answer Interrogatories 04162026

April 16, 2026

Christopher Lee, Esquire

Patrick Albasha, Esquire

Everett Dorey, LLP

2030 Main Street

Suite 1200

Irvine, CA 92614

RE: Turner-Gray v. Avis Budget Rent-a Car: 3:23-CV-05507-SI

**1) Response to Defendant's Latest Discovery Document Drop: Documents Submitted Nonconforming to Plaintiff 's Request for the Production of Documents with Additional Documents Improperly Withheld From Production;**

**2) Renewed Demand for the Immediate Production of Documents;**

**3) Request to Schedule Depositions (Need Availability) (Third request);**

Mr. Lee:

We are scheduled to have a Meet and Confer today at 3 PM. You may call me at phone number 703-819-9682 at that time. In addition to the items that you want to discuss regarding my alleged noncompliance with your request for the production of documents, I would like to discuss your willful noncompliance with my request for the production of documents and request for interrogatories. Some of the items that we will discuss include the items listed in the letter below dated March 5, 2026 including your failure to produce the following:

> Avis's policy and procedure manuals, the employee handbook, workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees, 4) Security/Asset Management personnel, and 5) human resources and training personnel.

I am deeply concerned about your failure to submit ***COMPLETE*** policies and procedures undergirding the rental processes at Avis.

Your production did not include policy and procedure manuals, workplace operations guidelines, and training materials for 1) rental return agents, 2) exit gate employees, 3) security and asset management personnel, and 4) human resources and training personnel.

On February 19, 2025, Plaintiff requested that the Defendant:

> **REQUEST FOR PRODUCTION NO. 5:**
>
> Produce ***time clock (punch) records*** and DOCUMENTS for all Avis employees, managers, and contractors who reported for work or who were working at the Avis Budget rental location at the SFO Rental Center located 780 Mcdonnell Road in San Francisco, California on June 26, 2022 between 0700 am and 11pm that day. ***DOCUMENTS should indicate the employee's or contractor's name, title, job description, and the hours they worked that day.***

I requested the ***clock in and clock out records*** for all of the employees who worked on June 26, 2022. I asked for the punch times. I do see records for a number of individuals, and I see that some of them have shift differentials. I see that you deceitfully left out the shift that these individuals worked on. You deceitfully only told me the number of hours they worked without giving me the most critical information which is their clock in and clock out times. This is unacceptable. I demand that you resend all the information with the exact time that those individuals clocked in and the exact time that those individuals clocked out.

I also requested job descriptions for all of the employees who are involved in this case.

Please see the following interrogatory that was submitted to you on July 6, 2025.

**<u>PLAINTIFF'S INTERROGATORY NO. 1:</u> List all persons who were on duty working at Avis Budget Car Rental at the SFO Rental Center between 0500 am June 26, 2022 and 0700 am on June 27, 2022 as Gate Rental Agents (at the rental counter), as Exit Booth personnel (at the exit gate), as Car Rental Return Personnel (who processed cars returned to Avis and who were also responsible for cleaning the vehicles), as onsite Managers, Supervisors or Team leaders (who operated in any leadership position whatsoever on site during the period designated), and as Vehicle or Asset Loss and/or Security Personnel (who were responsible for monitoring/managing the security of the fleet housed onsite at the Avis Budget lot at the SFO Rental Center) during the period designated.** If you had PERSONS executing duties similar to those described above under a title that is different from those listed above, please provide the information for those PERSONS.

A. If you are unable to provide the information requested above, then please state clearly why.

B. If you are unable to provide the information requested in section 1, then provide the same information for those who worked in June of 2022.

C. If you are unable to provide the information requested for June of 2022, then provide the same information for those who worked in the year 2022.

D. If you are unable to provide the information requested for the year 2022, then please provide the same information for those who were working in the same roles designated from June 1, 2025 through June 30, 2025.

E. **Please provide the contact information for, titles, dates of employment, employment status, and official job descriptions for any PERSON listed in any of your responses to this interrogatory inclusive of all sections asked regardless of whether or not the PERSON is still employed by Avis Budget Car Rental, LLC,** or any other AVIS RELATED ENTITY including the PV Holding Group, Avis Budget Group, or any other parent company, subsidiary, trust, holding company, contractor or vendor working for, with, at the behest of Avis Budget Car Rental, LLC or its designees or assignees.

I appreciate the fact that you did send at least three job descriptions: one for the airport manager, one for the unit production manager, and one for the sales performance manager. You did not include job descriptions for service leads, rental sales associates, rental gate agents, security and asset management individuals, and training personnel. You are in willful noncompliance with the request for interrogatories, and I demand that you send all of the requested information now.

On February 19, 2025, Plaintiff requested that the Defendant:

**<u>REQUEST FOR PRODUCTION NO. 31:</u>**

**Produce DOCUMENTS in the form of a list of those individuals who were employed by the Defendant, Avis Budget Car Rental LLC, or its parent company or subsidiaries or an outside contractor, to work at the SFO Rental Center site in the training department and/or in human resources (who had training responsibilities) in 2022. Produce DOCUMENTS including their complete personnel files including their applications for employment, job descriptions, professional licenses, background checks, performance evaluations, disciplinary records, training records, and if applicable, termination documents.** Produce all DOCUMENTS including employment contracts, agreements, or offer letters for any individual referenced above. Identify whether or not any of these individuals were outside or independent contractors. If they were outside contractors or independent contractors, please provide a DOCUMENT listing the name, address, and phone number for the agency or company that the person was employed for. If training responsibilities were not vested in a training department or with human resources, please state this fact in your discovery response. Please provide a DOCUMENT with a list of the individuals and the titles of those individuals who were responsible for training rental counter agents, exit gate employees, managers, and supervisors at Avis rental counter at the SFO Rental Center in 2022.

None of this information was sent over. This is willful noncompliance, and I demand that you send this information over immediately.

Another item that I would like to discuss in today's meet and confer was referenced in the letter below dated March to you and your office dated March 5, 2026. In that letter, I stated that I needed:

> a complete copy of the rules of the road. I need a complete copy of those policies and procedures referenced in the Rules of the Road including web/applicant account procedures, including: Avis TR08–017, SB07–081, BUDGET TR08–020, HS 07–073, the entire ABG Customer Service and sales process, Avis standard Minilease procedures (Avis SB08–084, Budget HS08–074. I need a complete copy of the documents that were effective for the year 2022.

You did not send the information that I requested above. You willfully and wrongfully withheld the bulk of the requested material. I acknowledge that you did send me what appears to be screenshots of a PowerPoint of the ABG Customer Service and sales process for the year 2024. You did not provide me the information for the year 2022. You provided none of the policies that I requested above. You did not provide any of the minilease procedures that I requested above. You are in full noncompliance with my request. You violated the terms of the order of the court. We need to discuss this. If you do not immediately provide the material that I requested, I will file a motion to compel requesting sanctions with the court.

**REQUEST FOR PRODUCTION NO. 6:**

**Produce DOCUMENTS listing the names of all leadership personnel, including all directors, managers, assistant managers, supervisors, and team leads, (who would not have been listed in**

**RFP No. 5) who were employed by the Defendant Avis (or its parent company or subsidiaries) to work at the SFO Rental Center site on June 26, 2022. Produce these employees' complete personnel files including DOCUMENTS of their applications for employment, job descriptions, professional licenses, background checks, performance evaluations, disciplinary records, training records, and if applicable, termination documents.** Produce all DOCUMENTS including employment contracts, agreements, or offer letters for any individual referenced above. Identify whether or not any of these individuals were outside or independent contractors. If they were outside contractors or independent contractors, please provide DOCUMENTS listing the name, address, and phone number for the agency or company that the person was employed for. Produce DOCUMENTS listing the name and title of the individual who had overall authority at the highest level for Avis operations at the SFO rental center. Produce DOCUMENTS listing the name and title of that leader's supervisor. Produce DOCUMENTATION of the name and title of the individual who was number two in command over Avis operations at the SFO rental center. Provide DOCUMENTATION of the name and title of the individual who managed or supervised Avis counter rental operations on site on the evening of June 26, 2022 from 0830 pm to 1030 pm.

None of this information was sent over. I demand that you send it over now.

I also requested the following:

**REQUEST FOR PRODUCTION NO. 9:**

**Produce all DOCUMENTS listing every employee or contractor who worked for Avis's loss prevention group (car theft prevention or car loss group) during the year 2022. Please include any employee or contractor who had car loss prevention responsibilities** even if those employees were directly employed by a Avis related agent, subsidiary, contractor, or corporate parent including the PV Holding Corp. or the Avis Budget Group. Produce DOCUMENTS listing the name, address, phone number, email address, and state license number for each of these individuals. **Produce DOCUMENTATION including these employees' complete personnel files including their applications for employment, job descriptions, professional licenses, background checks, performance evaluations, disciplinary records, training records, and if applicable, termination documents. Produce all DOCUMENTS including employment contracts, agreements, or offer letters for any individual referenced above.** Identify whether or not any of these individuals were outside or independent contractors. If they were outside contractors or independent contractors, please provide DOCUMENTATION list the name, address, and phone number for the agency or company that the person was employed for.

**REQUEST FOR PRODUCTION NO. 10:**

**Produce DOCUMENTS comprising the complete policy and procedure manual without exception governing the step-by-step management, handling, and investigation of cars alleged to have stolen or lost by Avis's Loss Prevention Group.**

You are in full noncompliance. You have not provided any information about the individuals who are in your asset protection and loss prevention department overseeing the theft of cars at the SFO airport Avis facility. You have not provided any of their personnel files, job, descriptions, or personnel records. I also asked for a policy and procedure manual covering the step-by-step process they engage in to investigate missing cars. I demand that you hand that material over at once.

I also requested the schedule for 06/26/2022 for the SFO Avis facility. You deceitfully sent me only half of the schedule. The SFO Avis counter and facilities are staffed 24 hours. I have attached below a copy of the incomplete schedule here and I need the other half of the schedule for that day. I need that document immediately.

As you know, you are under in a court order to produce to produce documents for my case. And I found you continually willfully noncompliant. It is exhausting looking through thousands of pages of material to find that your client and your team have willfully and strategically removed pages out of critical documents thereby only providing half of the material requested. Most of the time you simply do not provide any information at all.

You are in willful noncompliance with the court's order. Failure to produce all of the information that I have requested will result in me filing a Motion to Compel with a request for sanctions. We can discuss this this afternoon.

Avia Turner-Gray
Attorney-at-Law
(703)819-9682 C

aviaturnergrayattyatlaw@gmail.com

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O

(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

**Patrick Albasha**

| | |
|---|---|
| **From:** | Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com> |
| **Sent:** | Thursday, April 16, 2026 12:32 PM |
| **To:** | Christopher Lee; Patrick Albasha |
| **Subject:** | Re: Turner-Gray v Avis: 323-CV-05507-SI: Meet and Confer Schedled on April 16, 2026 at 3pm and Follow Up to Meet and Confer Held on February 11, 2026 and Renewed Demand for the Immediate Production of Documents with a Due Date of March 12, 2026 |

Mr. Lee:

We are scheduled to have a Meet band Confer today at 3 PM. You may call me at phone number 703-819-9682 at that time. In addition to the items that you want to discuss regarding my alleged noncompliance with your request for the production of documents, I'd like to discuss the items your willful noncompliance with my request for the production of documents and request for interrogatories. Some of the items that we will discuss include the items listed in the letter below dated March 5, 2026 including your failure to produce the following:

**Avis's policy and procedure manuals, the employee handbook, workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees, 4) Security/Asset Management personnel, and 5) human resources and training personnel.** I am deeply concerned about your failure to submit complete policies and procedures undergirding the rental processes at Avis.

As you know, you are under in a court order to produce to produce documents for my case. And I found you continually willfully noncompliant. It is become exhausting looking through thousands of pages of material to find that your client and your team are removing pages out of critical documents, only providing half of the material., Or simply not producing any of the material at all. You're in willful noncompliance with the courts order. Failure to produce all of the information that I've requested below Will result in a motion motion to compel production with a request for sanctions sanction. We can discuss this this afternoon.

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

# EXHIBIT 15

**Patrick Albasha**

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Friday, May 1, 2026 11:04 AM
**To:** Christopher Lee; Patrick Albasha
**Subject:** Re: Turner-Gray v Avis: Follow up Meet and Confer 05-01-26 on Defendant Avis Failure to Produce Documents and Failure to Answer Interrogatories 04162026

Mr. Lee:

We are set to have a meeting for at 11 AM this morning, May 1, 2026 ,to discuss continuing noncompliance in submitting the documents listed in the letter below and attached.

I received your last document drop, and I acknowledge that I did receive another copy of the rules of the road memo and some schedules for the SFO Avis rental counter and rental return personnel on June 26, 2022. However, I have not received the following:

1) updated clock in and clock out records.

2) I still have not received training manuals, policies and procedures for all of the positions that were noted in the letter below.

3) Request for Production #4 required the submission of documents including the personnel files for individuals who were involved in the investigation of the theft or loss of this vehicle up to October 27, 2022. I never received this information. I did receive some emails among various Avis personnel regarding the missing car, but no information was provided on those individuals themselves.

4) You have not submitted information on your training department. You stated that training responsibilities were with the manager, but as both you and I know, there is an entire human resources department that manages these individuals. Human resource responsibilities are pushed out of corporate at the Avis budget group down to the rental car counters through human resources partners. None of those individuals are listed in your responses to my request for the production of documents

Regardless, there's a long list of documents that you have  failed to provide. You are impeding my progress in the case. I have experts who could not finish up their expert reports because they don't have the underlying information to analyze

Therefore, I am requesting that we again stipulate to move out the due dates in this case. I am aware of the fact that the court wants Move forward in this litigation, but I cannot move forward without documents. Avis has been wrongfully withholding them. My suggestion is that we stipulate to a continuance, pending another discovery dispute in this matter. I'm suggesting that we at least stipulate a four month extension.

# EXHIBIT 16

**Patrick Albasha**

**From:** Christopher Lee
**Sent:** Monday, May 4, 2026 4:16 PM
**To:** SI CRD; Avia Turner-Gray
**Cc:** Patrick Albasha; Nydia Shannon
**Subject:** RE: Turner-Gray v. Avis: 3:23-CV-05507-SI: Motion for Continuance

Thank you Ms. Chung. I have met and conferred and will continue to do so, and will participate in a joint submission. I won't go into detail here, but we dispute the representations made.

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP
2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** SI CRD <SICRD@cand.uscourts.gov>
**Sent:** Monday, May 4, 2026 3:51 PM
**To:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>; Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Re: Turner-Gray v. Avis: 3:23-CV-05507-SI: Motion for Continuance

This would be an administrative motion, and any discovery dispute should be submitted as a joint letter. If you cannot get the opposing counsel to meet and confer then you can submit your discovery dispute with proof of your attempts to meet and confer in lieu of a joint submission.

Respectfully yours,

**Esther Chung**
Courtroom Deputy to the Hon. Susan Illston
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
United States District Court
Northern District of California
https://cand.uscourts.gov
Esther_Chung@cand.uscourts.gov
Office: (415) 522-2028

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Monday, May 4, 2026 3:45 PM
**To:** SI CRD <SICRD@cand.uscourts.gov>; Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>
**Subject:** Turner-Gray v. Avis: 3:23-CV-05507-SI: Motion for Continuance

**CAUTION - EXTERNAL:**

Ms. Chung:

Opposing counsel and I are currently involved in a discovery dispute that requires Court intervention to resolve. There is a Court order regarding discovery in place dated October 16, 2025. The defendant has not complied with that order despite multiple requests by this Plaintiff. I am aware that I need to submit another discovery dispute joint letter with opposing counsel. The current discovery dispute has affected my ability to get information to my experts so that they can appropriately prepare their reports in conformity with the FRCP. I am filing a motion for continuance to allow for resolution of the underlying discovery dispute. Opposing counsel and I last conferred on May 1, 2026. I have asked for a stipulation to continue all dates. They have not yet responded to my request. My expert designation date is coming up. Should I submit this motion for continuance as an administrative motion or does it go on the regular motions calendar? I appreciate your response. Please advise as to how you would like for me to proceed.

Opposing counsel is CCed on this email.

Thank you,

Avia Turner-Gray

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT 17

Outlook

# RE: Turner-Gray v. Avis: Response on Depositions Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve the Underlying Discovery Dispute Issues and Supporting Documentation

**From** Christopher Lee <clee@everettdorey.com>
**Date** Mon 5/18/2026 4:33 PM
**To** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Cc** Patrick Albasha <palbasha@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Christine Delgado <cdelgado@everettdorey.com>

Ms. Turner-Gray,

Avis is producing further documents pursuant to our meet and confer at the following link:

https://www.dropbox.com/scl/fo/m1anuz0ye64x389hroe04/AGU9koP6HieraF2ldf4B7C8?rlkey=fh0zmk416536k2ocfzqp7nep9&st=z3q70868&dl=0

If you believe further documents are needed, please describe them succinctly and specifically, and we will make an effort to further locate and produce, if appropriate.

With respect to scheduling depositions, I below wrote:
"The deponents Gary Russell and Avis' 30b6 representative, and my office, have some availability the first week of June for their depositions. Will you be conducting them remotely, or in-person? If in-person, where will you be conducting them?"
You did not answer my question about the location. And your response about "live and in-person", did that apply to Avis depositions or just Sheriff depositions or both?

Please choose a day or two the first week of June and notice the depositions of Gary Russell and Avis' 30(b)(6) deponent. Perhaps June 4 and 5? Or just June 5, depending on how long you intend the depositions to take?

With respect to the other deponents you identified, Armando Cruz and Airene Laylo, we are still working on their availability for their depositions. Mr. Cruz is out of the country for the next couple of weeks.

As you indicated at the Status Conference, you were working with your court reporter/videographer to set up hybrid remote links for the depositions of the Sheriffs that you noticed. Please provide us your court reporter and videographer's contact information so that we can confirm the remote set up.

Lastly, you indicated at the Status Conference that you preferred to be in-person at the July 10 motion hearing. Our medical expert has availability to conduct your IME around that time. Will you agree to submit to the IME in July around the hearing date? I am checking the exact availability.

Thank you,

**CHRISTOPHER LEE**
PARTNER

EVERETT DOREY LLP

2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Christopher Lee <clee@everettdorey.com>
**Sent:** Wednesday, May 13, 2026 4:39 PM
**To:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Cc:** Patrick Albasha <palbasha@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>; Christine Delgado <cdelgado@everettdorey.com>
**Subject:** RE: Turner-Gray v. Avis: Response on Depositions Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve the Underlying Discovery Dispute Issues and Supporting Documentation

Ms. Turner-Gray,

I understand you will be in-person for the depositions. Will you agree to having a hybrid remote option available – the videographer can bring an extra laptop and set a zoom link so we can appear remotely while you are in person with the witness. I just had such a hybrid deposition today and it works for all parties. If we agree to pay any extra fee from the court reporter/videographer for the remote setup, will you agree?

**CHRISTOPHER LEE**
PARTNER

EVERETT DOREY LLP

2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Wednesday, May 13, 2026 3:02 PM
**To:** Christopher Lee <clee@everettdorey.com>
**Subject:** Re: Turner-Gray v. Avis: Response on Depositions Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve the Underlying Discovery Dispute Issues and Supporting Documentation

Mr. Lee,

Depositions for the Sheriffs are going forward. Depositions are confirmed for May 27 and 28 at 9am. I am working on scheduling the court reporter, videography, and the conference room now. I should have that done by the end of this week. The depositions will be live and in person

I have availability from June 2 through June 5.
Do your witnesses have better availability the week of June 8 through the 12th

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Wed, May 13, 2026 at 02:20 Christopher Lee <clee@everettdorey.com> wrote:

> Ms. Turner-Gray,

Are the depositions of the sheriffs that you subpoenaed going forward as scheduled? Will you be providing remote access links to the depositions?

The deponents Gary Russell and Avis' 30b6 representative, and my office, have some availability the first week of June for their depositions. Will you be conducting them remotely, or in-person? If in-person, where will you be conducting them? And what days in the first week of June, besides Wendeday June 3, are you available?

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP
2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Christopher Lee
**Sent:** Monday, May 11, 2026 3:52 PM
**To:** 'Avia Turner-Gray' <aviaturnergrayattyatlaw@gmail.com>
**Cc:** Patrick Albasha <palbasha@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>
**Subject:** RE: Turner-Gray v. Avis: Plaintiff's Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve the Underlying Discovery Dispute Issues and Supporting Documentation

Ms. Turner-Gray,

I don't believe we need a formal stipulation for the extension to expert disclosures until May 21, 2026.

There are depositions scheduled and going forward on May 14 at 9am and May 15 at 10am. We will forward you remote links to appear at the depositions shortly.

**CHRISTOPHER LEE**
PARTNER
EVERETT DOREY LLP
2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Thursday, May 7, 2026 3:42 PM
**To:** Christopher Lee <clee@everettdorey.com>; Patrick Albasha <palbasha@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>
**Subject:** Re: Turner-Gray v. Avis: Plaintiff's Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve the Underlying Discovery Dispute Issues and Supporting Documentation

Mr. Lee,

Yes. I have not researched the issue, and I'm not sure if we will be allowed to do this, but lets try.

I will have all of the outstanding discovery that I owe you that I have within my possession to you by Monday.

I need your full policy and procedure books/manuals as previously described as soon as possible.

Where are you in scheduling those depositions that I asked for? Do you have any potential dates for me preferably at the beginning of June?

We also have a deposition I think scheduled for May 15. Is that deposition going to continue as scheduled? Are we rescheduling the deposition?

Please draft the stipulation.

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Thu, May 7, 2026 at 16:59 Christopher Lee <clee@everettdorey.com> wrote:

Ms. Turner-Gray,

I don’t think the Court is going to grant the stipulation prior to the May 15 status conference. So do you want to agree to the expert disclosure continuance until May 21?

**CHRISTOPHER LEE**
PARTNER

2030 Main Street
Suite 1200
Irvine CA 92614
D: 949.774.2006
M: 818.571.5085
F: 949.377.3110
E: clee@everettdorey.com
www.EverettDorey.com

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Tuesday, May 5, 2026 7:10 PM
**To:** Christopher Lee <clee@everettdorey.com>
**Cc:** Patrick Albasha <palbasha@everettdorey.com>; Nydia Shannon <nshannon@everettdorey.com>
**Subject:** Turner-Gray v. Avis: Plaintiff's Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve the Underlying Discovery Dispute Issues and Supporting Documentation

Counsel,

Please find attached a copy of the Plaintiff’s Administrative Motion for Continuance of all Court Deadlines to Allow Time to Resolve Underlying Discovery Dispute Issues filed under seal because there is now a protective order governing this matter. I filed under seal in an abundance of caution because I submitted copies of our meet and confer emails to you as proof of my diligence in seeking resolution of the underlying discovery dispute to the Court. A number of employee names were in

those emails. Is that information not confidential? If the information is not confidential, then I will have the Court unseal the documents.
I was not kidding when I said that I had been experiencing technical difficulties in submitting documents. I spent hours on the phone trying to get a Pacer representative on the line. Even after spoke with both them and ECF, it still took another 30+ attempts to get the documents to attach. I was not ignoring you. I was working.

I filed my Administrative motion as an alternative to the Joint Stipulation because somehow did not think that the Stipulation was going to be filed. I see that it has not been filed. Are you going to file it? If not, I will.

I advised you to add my signature and submit hours ago. Yes, I agree to the additional time to disclose experts.

I am very angry right now because I believe that you have substantially compromised my case by wrongfully withholding requested documents. I have had enough of the antics here.

Avia Turner-Gray
Attorney-at-Law
(404)444-6561 O
(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com