Avia Turner-Gray, Esquire
3538 Cumberland Road
East Point, GA 30344
(404)444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AVIA TURNER-GRAY**<br><br>Plaintiff,<br><br>vs.<br><br>**AVIS BUDGET CAR RENTAL LLC,**<br><br>**JOHN DOES 1 - 50**<br><br>Defendants. | **Case No. 3:23-CV-05507-SI**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS AND TO RESPOND TO QUESTIONS ASKED PURSUANT TO FED. R. CIV. P. 26, 30, 33, 34 and 37**<br><br>Hearing Date: July10, 2026<br>Hearing Time: 10:00 am<br>Judge: Honorable Susan Illston<br>Courtroom: 1<br><br>*Trial Date: October 26, 2026* |

**TO DEFENDANT AVIS BUDGET CAR RENTAL, LLC, ITS ATTORNEYS OF RECORD, AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that on July 10, 2026, at 10:00 a.m., in Courtroom 1 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, or via Zoom, Plaintiff Avia Turner-Gray, appearing pro se, will and hereby does move this Court

pursuant to Federal Rules of Civil Procedure 26, 30, 34, and 37, and Civil Local Rules 37-1 and 37-2 of the United States District Court for the Northern District of California Court for an Order compelling Defendant, Avis Budget Car Rental, LLC, to produce documents, electronic or otherwise, fully responsive to and fully compliant with Plaintiff's Request for the Production of Documents and Plaintiff's Request For Interrogatories. Plaintiff notes that:

1. The information sought by the Plaintiff's discovery is material, probative, relevant, and proportional to facts at issue in this case and is reasonably calculated to lead to the discovery of evidence and is critically necessary to the advancement of Plaintiff's case;

2. Defendant has failed to provide acceptable responses to and produce Documents, electronic or otherwise, to many of the requests listed in the Plaintiff's First Requests for the Production of Documents and Plaintiff's First Request for Interrogatories;

3. Defendant has willfully violated an Order Re: Discovery from this Court (Dkt. 86) dated October 16, 2025 to produce all discovery requested by Plaintiff and to schedule depositions of Avis employees requested by Plaintiff;

4. Defendant's actions have substantially impaired Plaintiff's case. Plaintiff's experts do not have the information they need to complete their expert reports as of May 29, 2026.

5. Defendant's actions have frustrated Plaintiff's attempts to identify and name Doe Defendants.

6. Defendant is the sole cause of these delays.

7. Defendant has failed to produce multiple witnesses for deposition in a timely manner;

8. To date, Plaintiff has not deposed ***ANY*** of the Defendant's employees, managers, or executives. Defendant has not provided honest and acceptable reasons for their collective unavailability;

9. Therefore, Plaintiff moves this Court to issue an order:

   A. Compelling Defendant to immediately produce Armando Cruz and Airene Laylo and all other requested Avis deponents for deposition in this action immediately;

   B. Compelling Defendant to produce complete, unredacted, and unaltered documents responsive to Plaintiff's pending Requests for Production, including but not limited to the specific categories identified herein;

C. Compelling Defendant to produce complete Wizard system metadata and employee login/logout records for June 26, 2022;

D. Compelling Defendant to produce complete, unaltered personnel files for all employees identified in Plaintiff's discovery requests, including the production of all disciplinary records which Plaintiff has reason to believe were removed from Armando Cruz's personnel file prior to production;

E. Compelling Defendant to produce SFO rental car center security and surveillance footage for June 26, 2022;

F. Compelling Defendant to produce complete training records for all requested employee categories;

G. Compelling Defendant to produce its policies governing reporting of vehicles as stolen to law enforcement;

H. Compelling Defendant to identify Avis Budget Group human resources executives responsible for managing SFO counter employees, all employees who worked at Avis SFO rental counter, private contractors, and provide complete TIMESTAMP clock-in and clock-out records for June 26, 2022;

I. Compelling Defendant to produce records of all prior incidents involving vehicles falsely reported as stolen, including all such incidents at the SFO location and nationwide;

J. Imposing terminating, evidentiary, or monetary sanctions against Defendant for its pattern of intentional discovery delays, concealment of evidence, and destruction of records, sufficient to deter further misconduct and to compensate Plaintiff for the prejudice sustained;

K. Awarding Plaintiff her reasonable expenses and attorney-equivalent fees incurred in bringing this motion; and

L. Granting such other and further relief as this Court deems just and proper.

This Motion is made based upon this Notice of Motion, the Memorandum of Points and Authorities, and any and all other pleadings, papers, and records on file herein, and upon any and all other oral and documentary evidence that may be presented at the hearing on this matter.

Plaintiff made good faith efforts to meet and confer with Defendant's counsel regarding the discovery failures identified in this motion. Plaintiff has engaged in multiple Meet and Confer communications, including telephone conferences and written correspondence. Despite these

efforts over a period of months, Defendant has failed to produce critical witnesses for deposition, has produced incomplete and materially altered document productions, and has refused to produce entire categories of documents responsive to Plaintiff's requests, and has engaged in a pattern of delay and stall tactics designed to thwart Plaintiff's case. Parties continue to Meet and Confer, but are at an impasse on issues contained herein.

Respectfully submitted,

DATED: May 29, 2026 AVIA TURNER-GRAY

By: /s/Avia Turner-Gray
Avia Turner-Gray
Plaintiff In Pro Per

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing document upon all parties by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage there on to insure delivery thereof and/or by sending a copy by email to the email addresses of and to opposing counsel for Avis Budget Car Rental, LLC as follows :

Christopher Lee, Esquire
clee@everettdorey.com
Patrick Albasha, Esquire
palbasha@everettdorey.com
Counsel for Defendant
Avis Budget Car Rental, LLC
Everett Dorey, LLP
2030 Main Street
Suite 1200
Irvine, CA 92614

This 29th day of May 2026

Respectfully submitted,

/s/Avia Turner-Gray____________
Avia Turner-Gray, Esquire
Plaintiff In Pro Per

3538 Cumberland Road
East Point, GA 30344
(404)444-6561

aviaturnergrayattyatlaw@gmail.com