Avia Turner-Gray, Esquire
3538 Cumberland Road
East Point, GA 30344
(404)444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AVIA TURNER-GRAY**<br><br>Plaintiff,<br><br>vs.<br><br>**AVIS BUDGET CAR RENTAL LLC,**<br><br>**JOHN DOES 1 THROUGH 50**<br><br>Defendants. | Case No. 3:23-CV-05507-SI<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS AND TO RESPOND TO QUESTIONS ASKED PURSUANT TO FED. R. CIV. P. 26, 30, 34, 37<br><br>Hearing Date: July 10, 2026<br>Hearing Time: 10:00 am<br>Judge: Honorable Susan Illston<br>Courtroom: 1<br><br>Trial Date: October 26, 2026 |

**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

I, Avia Turner-Gray, declare:

1. I am the Plaintiff in the above-captioned action. I am a licensed attorney and nursing executive. I have personal knowledge of all facts stated herein and could testify competently thereto.

2. I was wrongfully arrested at gunpoint on October 26, 2022, based on a false stolen vehicle report filed by Defendant's employee Armando Cruz. A Section 851.8 Finding of Factual Innocence was subsequently issued. I have been a plaintiff in this federal action since 2023.

3. I have requested the deposition of Armando Cruz, Defendant's SFO Production Manager who filed the false CHP 180. Defendant has refused to produce him.

4. I have requested the deposition of Airene Laylo, now Station Manager at Avis SFO, who told investigators this was 'not a mini-lease' — a statement demonstrably false based on Defendant's own Wizard system records. Defendant has refused to produce her.

5. Defendant produced personnel records for Armando Cruz from which I believe disciplinary records covering approximately ten years were removed prior to production. The produced file lacks the disciplinary history that I would expect to be present given the pattern of conduct reflected in the documentary record.

6. Defendant has not produced security or surveillance footage from the SFO Rental Car Center for June 26, 2022, despite my requests. Such footage would show the vehicle exchange transaction and the employees involved.

7. Defendant has refused to produce Wizard system metadata and employee login records for June 26, 2022. These records would identify which agent ID was used to process my transaction and would show whether the B.E. Smith contract was deliberately terminated that evening.

8. Defendant has not produced complete personnel records for all requested employee categories, has not produced its complete stolen vehicle reporting policies (policies authorizing Avis loss prevention experts to report cars as stolen including timelines) and missing car investigation processes and procedures and has not provided a complete employee roster with TIMESTAMPED clock-in/clock-out times for June 26, 2022.

9. Defendant has not produced records of prior incidents involving false stolen vehicle reports. Defendant's own internal documents reference prior 'bad paper' incidents at the SFO location.

10. Defendant has not produced the complete Mini-lease processes, procedures, protocols, policies.

11. A car rental industry expert has been retained to analyze Defendant's failures and provide expert testimony on industry standards, corporate negligence, and the systemic nature of the fraud at issue. My expert cannot complete his expert report because Defendant has withheld the core documents and deposition testimony necessary for his analysis.

12. When this action was filed, opposing counsel represented that the correct defendant was the subsidiary Avis Budget Car Rental, LLC. In reliance on that representation, I amended my complaint. Subsequent discovery of Defendant's STIP documents, VP HR memo, and Work Rules establishes that Avis Budget Group, Inc. and PV Holding Corp should also be renamed as defendants. I intend to file a separate motion to amend.

13. All meet and confer efforts have been exhausted. The parties are at an impasse on issues raised in this motion.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2026 in San Ramon, California

/s/ Avia Turner-Gray

________________________________________

AVIA TURNER-GRAY

Declarant