# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVIA TURNER-GRAY**<br><br>Plaintiff,<br><br>vs.<br><br>**AVIS BUDGET CAR RENTAL LLC,**<br><br>**JOHN DOES 1 THROUGH 50**<br><br>Defendants. | **Case No. 3:23-CV-05507-SI**<br><br>**Order Re: Motion to Compel**<br><br>Hearing Date: July10, 2026<br>Hearing Time: 10:00 am<br>Judge: Honorable Susan Illston<br>Courtroom: 1<br><br>*Trial Date: October 26, 2026* |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

The Court, having considered Plaintiff's Motion to Compel, the Declaration of Avia Turner-Gray, all papers and arguments submitted in connection therewith, and good cause appearing, hereby ORDERS as follows:

1. Plaintiff's Motion to Compel is GRANTED.
2. Defendant shall produce Armando Cruz for deposition within fourteen (14) days of the date of this Order. Failure to comply shall result in the facts identified in this Order being deemed established for all purposes in this action.
3. Defendant shall produce Airene Laylo for deposition within fourteen (14) days of the date of this Order.
4. Defendant shall produce complete, unaltered personnel files for Armando Cruz, including all disciplinary records, within seven (7) days. Defendant shall file a declaration under penalty of perjury within seven (7)

days identifying all records removed before prior production and the identity of the person who authorized their removal.

**5.** Defendant shall produce all available SFO surveillance footage for June 26, 2022 (20:00–22:00) within seven (7) days. If such footage has been destroyed, Defendant shall file a declaration under penalty of perjury within seven (7) days identifying the date of destruction, the authorizing person, and the circumstances of destruction.

**6.** Defendant shall produce all Wizard system metadata, agent login/logout records, and transaction logs for the B.E. Smith account (AWD G0079000) and MVA 98978342 for June 26, 2022, within seven (7) days.

**7.** Defendant shall produce complete training records for all requested employee categories within fourteen (14) days.

**8.** Defendant shall produce its policies governing reporting of vehicles as stolen to law enforcement within seven (7) days.

**9.** Defendant shall produce a complete roster of all employees at SFO Avis counter on June 26, 2022, with clock-in and clock-out times, identification of all relevant ABG HR executives, and identification of all private contractors, within seven (7) days.

**10.** Defendant shall produce records of all prior incidents involving vehicles reported as stolen that were subsequently determined to have been legitimately possessed by the renter within twenty-one (20) days.

**11.** Defendant shall pay Plaintiff's reasonable expenses, including attorney-equivalent fees, incurred in bringing this motion, in an amount to be determined upon submission of a declaration of costs within fourteen (14) days of this Order.

**12.** All expert report deadlines applicable to Plaintiff are extended by ninety (20) days from the date complete production is made and the depositions of Cruz and Laylo are completed.

**13.** Defendant shall produce all mini-lease policies, procedures and protocols within (7) days of this Order.

**13.** Defendant is admonished that further discovery violations will result in terminating sanctions including striking Defendant's answer and entering default.

IT IS SO ORDERED.

Dated: ______________________________

________________________________________

Hon. Susan Y. Illston

Senior United States District Judge

Northern District of California