UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVIA TURNER-GRAY,
Plaintiff,
v.
AVIS BUDGET CAR RENTAL, LLC,
Defendant.

Case No. 23-cv-05507-SI

**ORDER RE: DISCOVERY**

Re: Dkt. Nos. 81, 82, 84

The Court has reviewed the parties' joint discovery letter brief filed on October 14, 2025. Although the parties disagree about the adequacy of both plaintiff's discovery requests and defendant's responses thereto, they do agree that a barrier to defendant's production has been their inability to agree on the terms of a protective order. Avis has requested that Turner-Gray agree to the entry of the Northern District of California's model protective order for civil cases because some of the requested discovery includes material proprietary to Avis, as well as private information about third party employees, such as personnel files. Turner-Gray has refused to agree to the model protective order, asserting that no discovery is confidential and that if Avis wishes to assert confidentiality, it must seek such protection from the Court on a document-by-document basis.

The Court finds that it is appropriate to enter the model protective order in this case, and the Court will do so in a separate order. The model protective order is routinely entered in civil cases, including to address situations involving production of proprietary business documents and information, as well as personnel records of employees that contain private information about those individuals. Requiring a party to affirmatively seek relief on a document by document basis is unduly onerous for both the producing party and the Court. The model protective order instructs parties to use "restraint and care" in making confidentiality designations, and states that "[d]esignations that are shown to be clearly unjustified or that have been made for an improper purpose (e.g., to unnecessarily

United States District Court
Northern District of California

United States District Court
Northern District of California

encumber or retard the case development process or to impose unnecessary expenses and burdens on other parties) expose the Designating Party to sanctions." Model Protective Order ¶ 5.1 In addition, the model protective order allows a party to challenge a confidentiality designation. *Id.* ¶ 6.

The Court directs Avis to respond to all outstanding discovery requests within two weeks of the entry of the Protective Order. The Court also directs the parties to cooperate regarding scheduling of depositions, and any other discovery matters. Prior to seeking relief from the Court, the parties must engage in meet and confer efforts by zoom or telephone, and must file joint letter briefs.

**IT IS SO ORDERED**.

Dated: October 16, 2025

SUSAN ILLSTON
United States District Judge