Gmail

Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>

**Turner-Gray v. Avis 3:23-CV-05507-SI - Issues with the Latest Discovery, Demand for Documents Requested, Request to Meet and Confer, Request for Availability to Schedule Depositions, Request to Stipulation to Move C**

**Avia Turner-Gray** <aviaturnergrayattyatlaw@gmail.com> Fri, Jan 30 at 23:24
To: Christopher Lee <clee@everettdorey.com>
Cc: Patrick Albasha <palbasha@everettdorey.com>

RE: Turner-Gray v. Avis Budget Rent-a Car: 3:23-CV-05507-SI

1) **Response to Defendant's Latest Discovery Document Drop: Documents Submitted Nonconforming to Plaintiff 's Request for the Production of Documents with Additional Documents Improperly Withheld From Production;**
2) **Renewed Demand for the Immediate Production of Documents;**
3) **Request to Schedule Depositions (Need Availability) (Third request);**
4) **Request to Meet and Confer;**
5) **Request to Agree to Stipulate Move Court Calendar Out 2 to 3 Months.**

Mr. Lee:

I've had an opportunity to review the latest discovery document drop that you made in the above stated case. While I do appreciate the fact that you produced some of the documents that I enumerated in my Request for the Production of Documents and in my Discovery Dispute letter, the fact remains that many of the documents that you submitted are nonconforming and incomplete. A number of pertinent documents in your possession were not sent over.

The following is a short and incomplete list of issues that I have with the most recent document production. Some of the documents requested are more urgently needed. I request that you get these documents to me in next seven calendar days. You should have this information already in your possession. I also request that we have a meet and confer within the next 10 days to discuss fully the nonconforming nature of the production that you made.

I also request that you make the following employees available for depositions:

1) Armondo Cruz

2) Gary Russell
3) Airene Laylo
4) Merlyn Dalit
5) Kenneth Leung
6) Rodel Catam
7) Mike Bessoni

I would like to depose these individuals in person under videotape during a two week period in the San Francisco Bay area within the next 6 weeks. Please provide their availability.

Furthermore, given the absence of some of the documents that I need to advance this case and with court deadlines approaching, I suggest that we agree to stipulate to move the entire calendar back around 3 months to accommodate for the production of additional documents and depositions. Please advise

**Issues with Defendant's Latest Discovery Document Drop**

Again, I want to emphasize that my list of issues with the latest discovery drop as enumerated below is incomplete. I will send you a second memo on the other outstanding issues with the document drop. We need to discuss these issues in an upcoming Meet and Confer.

## I. INCOMPLETE FILES/INFORMATION PRODUCED FOR "MANAGERS"

I was sent a list of manager's names with photos including the following:

Dewayne Miles, Jr

Adriana Reich,

Min Thant,

Wallace Murphy,

Loc Huynh,

Nicole Nelson,

Armando Cruz, SFO Production Manager?

Airene Laylo, Station Manager?

See attachment 1. What units or divisions do these individuals manage? What are their

exact job titles? Were they employed and/or on duty on June 26 through June 27, 2022. Where are the requested job descriptions for these individuals? I need job descriptions (preferably signed) for the title of every employee that is sent to me.

## II. INCOMPLETE FILES INFORMATION PROVIDED FOR HUMAN RESOURCE AND TRAINING PERSONNEL

I was not provided with a list of training and human resource officers as requested. I do see random names of airport managers listed on various documents over the years in various incomplete personnel files sent over including:

Autumn Poti, 2024

Mike Bessoni, 2023

Joshua Melton, 2016

Tom Yee, 2010

These individuals appear to have human resource officer duties at the SFO Avis site. Which one of these individuals functioned as Airport Manager in June 2022. I need the individual's exact title, dates of employment, job description, personnel file, current employment status as requested in my original RFPD. I need to depose this/these individual(s).

## III. FAILURE TO PRODUCE COMPLETE POLICIES, PROCEDURES AND GUIDELINES

I requested Avis's policy and procedure manuals, the employee handbook, workplace operations guidelines, and training materials for 1) rental gate agents, 2) rental return agents, 3) exit gate employees. I am deeply concerned about your failure to submit complete policies and procedures undergirding the rental processes at Avis.

Specifically, I asked for the policies and procedures for renting, returning, and exchanging a rental vehicle at Avis SFO. I have received some information that is incomplete. Specifically, you produced several documents entitled ***Work Rules**: Some examples of behaviors that are unacceptable at work*. Please see attachment 2. This document lists acts and/or omissions that are specifically deemed unacceptable under company guidelines. Specifically, the document states that employees are expected to comply with the company standards of work performance, business conduct and personal responsibility.

The documents that you submitted to me, including multiple copies of the ***Work Rules***, are incomplete. There appears to be a second page that is missing from the document. For example, in a performance evaluation/disciplinary letter sent to employee [redacted] on August 30, 2023, the airport manager, Mike Bessoni, wrote that the employee engaged in behavior that was prohibited by the ***Work Rules**: Some examples of behaviors that are unacceptable at work*. See attachment 3. He specifically cited the policy prohibiting

employee "misuse of the vehicle rental or check in procedures such as rate structures, customer qualifying procedures and cash handling." When I cross reference the language in that disciplinary letter against the ***Work Rules*** that I received, it is nowhere to be found. You have given me incomplete documentation. I immediately demand that you produce the ***Work Rules*: *Some examples of behaviors that are unacceptable at work*** that was in effect for the year 2022 in its entirety. I also demand that you provide the undergirding policies for this document. It appears that the ***Work Rules*** provide examples of behaviors that are unacceptable under work performance policies, and procedures. I have asked for the policies and procedures. I am again asking for the full text of the policies and procedures that undergird that document

I also received another document as part of the production entitled ***Rules of the Road***. I have multiple copies and versions of that document. None of the copies that I received are complete. Please see attachment 4. On September 9, 2009, the VP of Human Resources for the Avis Budget Group, Gina Bruzzichesi, sent a memo highlighting the ***Rules of the Road*** out to all of the Avis Budget Group counter sales managers and associates. That memo stated that:

> to ensure consistency and compliance in our ABG Customer Service and Sales Process Initiative, the following rules of the road will serve to clarify the dues and the do nots as it relates to how we conduct business at our counters. Listed items are not all inclusive, but do cover those areas where we have had concerns in the past.

This document is a training tool for Avis counter employees. The ABG Customer Service and Sales Process Initiative is a more detailed and expansive copy of the work performance standards, guidelines, policies, and procedures referenced in the document. I need a complete copy of those policies and procedures referenced in the ***Rules of the Road*** including WEB/APPLICANT Account Procedures (including Avis TR08-017, SB07-081, Budget TR08-020, HS 07-073), the entire ABG Customer Service and Sales process, Avis standard mini-lease procedures (Avis SB08-084, Budget HS08-074). I need a complete copy of the document that was effective for the year 2022.

This list of issues is incomplete. Please reach out to me with your availability to do a Meet and Confer within the next 7 to 10 days.

Thank you,