CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

AVIA TURNER-GRAY,

Plaintiff,

v.

AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,

Defendants.

Case No.: 3:23-cv-05507-SI

*[The Honorable Susan Illston, Courtroom 1]*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS

Based upon the papers submitted and argument by counsel, GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Interrogatories and First Request for the Production of Documents is DENIED with prejudice.

IT IS SO ORDERED.

DATED:______________________________

________________________________________
HON. SUSAN ILLSTON
United Stated District Judge