**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**AVIA TURNER-GRAY**

Plaintiff,

vs.

**AVIS BUDGET CAR RENTAL LLC,**

**JOHN DOES 1 THROUGH 50**

Defendants.

Case No. 3:23-CV-05507-SI

**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Hearing Date: July 10, 2026
Hearing Time: 10:00 am
Judge: Honorable Susan Illston
Courtroom: 1

Trial Date: October 26, 2026

## DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS

I, Avia Turner-Gray, declare:

1. I am the Plaintiff and appear in pro per. I have personal knowledge of the facts below and could testify to them competently.

2. I have served notices of deposition under Federal Rule of Civil Procedure 30(b)(1) for Armando Cruz, Airene Laylo, and Gary Russell, setting their depositions for June 30, July 1, and July 2, 2026, at a court reporter's office in San Ramon, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 22, 2026, at East Point, Georgia.

/s/ Avia Turner-Gray

AVIA TURNER-GRAY
Declarant
Plaintiff In Pro Per