Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH,
BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,<br><br>Defendants. | Case No.: 3:23-cv-05507-SI<br><br>**DECLARATION OF ASHLEY N. MEYERS RELATED TO THE COURT'S ORDER (DKT 106)**<br><br>Trial Date: October 26, 2026 |

I , ASHLEY N. MEYERS, do hereby declare and say as follows:

1. I am an attorney at law licensed to practice before this Court and all courts of the State of California, and am a Partner with the law firm of Clapp Moroney Vucinich Beeman + Scheley, attorneys of record for Defendant Avis Budget Car Rental, LLC. I am fully familiar with the facts of this case and if called as a witness regarding the matters set forth below, which are within my personal knowledge, I would so testify.

2. The Plaintiff noticed the depositions of Armando Cruz, Airene Laylo and Gary Russell for the first time to take place on June 30, July 1 and July 2 in person in San Ramon, California. Plaintiff conducted those depositions to completion as noticed.

///

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

3. Upon receipt of the Court's Order on the Motion to Compel I confirmed that all the training records discussed in the Order have been produced. This is addressed further in the Declaration of Chelsea Miller filed and served concurrently herewith.

4. Upon receipt of the Court's Order on the Motion to Compel I confirmed that there were performance reviews for Armando Cruz which were not produced previously because they were not saved in Workday to Cruz's personnel file. They were saved with a higher degree of security clearance than is obtained by HR due to Workday protocols for performance review records. These were obtained from records for the first time on July 1, 2026 and have been produced in their entirety. A heightened review process was undergone with the assistance of Workday to ensure that everything from Armando Cruz's personnel file had been produced. Nothing else in his record was missing from prior production. This is addressed further in the Declaration of Chelsea Miller filed and served concurrently herewith.

5. The declaration of Gary Russell is being produced herewith related to the under oath statement as to the length of time that the Avis rental lot camera footage was maintained. It is written over after approximately 30 days and when the vehicle was reported as stolen in October, 4 months had passed and the video would no longer have been accessible.

6. Upon receipt of the Court's Order on the Motion to Compel I confirmed that there was a raw punch record for the hourly employees who were working on the evening of June 26, 2022. This would not reflect salaried employees working but would reflect the punch records for the hourly workers. This is the closest thing to metadata and it was produced on July 2. It was not obtained previously because the other records produced more accurately reflect all employees present on June 26, 2022 as it included the salaried and hourly employees. Plaintiff has the identities of all the individuals who were working at the Avis SFO location on June 26, 2022. No one has been withheld due to independent contractor status. Upon information and belief, without having had the time to review the files of every single individual working on that date, none were independent contractors or private contractors.

7. Defendant has produced all written policies governing when and how a vehicle is reported as stolen to law enforcement.

8. HR Executives at the corporate level did not have authority over the compensation and discipline of Avis SFO Rental Car Center employees during the time period of the incident. This is further addressed in the Declaration of Chelsea Miller.

9. All training records for Gate Agents have been produced. This is further addressed in the Declaration of Chelsea Miller.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that if called to testify, I could and would testify thereto. Signed this 2 day of July, 2026 in San Ramon, California.

ASHLEY N. MEYERS

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**Avia Turner-Gray v. Avis Budget Group, Inc., et al.**
United States District Court, Northern District of California Case No. 3:23-cv-05507

## PROOF OF SERVICE

### METHOD OF SERVICE:

| | | |
|---|---|---|
| ☐ By Personal Service | ☐ By Mail | ☐ By Overnight Delivery |
| ☐ By Messenger Service | ☐ By Facsimile | ☒ By E-Mail/Electronic Transmission |

1. I am a citizen of the United States and am employed in the County of Alameda, State of CALIFORNIA. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 5860 Owens Drive, Suite 410, Pleasanton, California 94588.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as follows:

**DECLARATION OF ASHLEY N. MEYERS RELATED TO THE COURT'S ORDER (DKT 106)**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>Plaintiff in Pro Per<br>3538 Cumberland Road<br>East Point, GA 30344<br>Tel: 404-444-6561<br>Email: aviaturnergrayattyatlaw@gmail.com | |

4. The document(s) was served by the following means (specify):

a. ☐ **BY OVERNIGHT DELIVERY**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

b. ☐ **BY MESSENGER SERVICE**. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

c. ☐ **BY FAX TRANSMISSION**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used.

d. ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on an agreement or Case Management Order, I caused all of the above-entitled document(s) to be sent to the recipients listed by electronic mail. This service complies with C.C.P. §1010.6. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **(Federal)** declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2026 at Pleasanton, California.

*/s/ Richean Martin*
Richean Martin

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588