Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH,
BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,<br><br>Defendants. | Case No.: 3:23-cv-05507-SI<br><br>**DECLARATION OF GARY RUSSELL**<br><br>Trial Date: October 26, 2026 |

I, GARY RUSSELL, do declare as follows:

1. I am the Northwest Regional Security Manager for Avis Budget Car Rental, LLC.
2. I have personal knowledge of the statements set forth in this declaration, except for those stated on information and belief. If called as a witness in this matter, I could and would competently testify thereto.
3. The security footage for the Avis rental lot at SFO has a maximum data capacity of approximately 30 days and after 30 days the data is overwritten with newer footage.

//

//

//



CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

4. At the time that the determination was made to report the subject missing vehicle as stolen, any footage from the day that the Plaintiff left the lot with the subject vehicle would have been overwritten approximately 3 months before (approximately July 26, 2022).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 2, 2026

By: ______________________
Gary Russell

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588