Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

AVIA TURNER-GRAY,

Plaintiff,

v.

AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,

Defendants.

Case No.: 3:23-cv-05507-SI

**DECLARATION OF CHELSEA MILLER**

Trial Date: October 26, 2026

I, Chelsea Miller, do declare as follows:

1. I am an HR Business Partner employed by Avis Budget Car Rental, LLC.
2. I make this declaration as a corporate representative and have taken steps to apprise myself of the accuracy of the information contained herein. Based upon information and belief, the statements set forth in this declaration are true and correct and called as a witness in this matter, I could and would competently testify thereto.
3. Mr. Armando Cruz has been employed by Avis Budget Car Rental, LLC for approximately 33 years. His entire personnel file was previously requested in the HR system and was produced in this case in the course of discovery prior to the subject motion and appears in Defendant's production at AVIA03325-AVIA03559.

4. In response to this Order the entire file was requested again and nothing was included that was not part of prior production. Upon escalation of the concern related to the lack of performance reviews for Mr. Cruz in more recent years, a secondary search was initiated and it was determined that, due to a change in the Workday system, those reviews became subject to a higher level of security and are not maintained in a manner where HR can access them once complete without special security access being granted. That access was obtained and the additional performance review documents have been produced to Plaintiff.
5. In approximately 2019, Avis Budget Group, Inc. transitioned several HR functions including training to a Workday platform. The list of all training Mr. Cruz has undergone since 2019 is included in his personnel file and was previously produced. It includes 247 different trainings.
6. Defendant previously produced all training documents related to Anti-Harassment and Anti-Discrimination, Workplace Rules and Rules of Conduct, Lost and Found Procedures, Family and Medical Leave, Code of Conduct, Ethical Sales Practices, Short Term Incentive Plans, Completing Impound or Stolen Vehicle Forms, Investigating a Missing Vehicle, all Gate Agent Specific Training, Safeguarding the Fleet at the Exit Gate and the Complete Security and Loss Prevention Reference Guide. All training documents located during the several searches which have been conducted in response to Plaintiff's Requests have been produced in their entirety, with none having been withheld.
7. Defendant has produced all trainings given to anyone in the Gate Agent role who was working in June 2022, however, Defendant's records do not state who was the acting gate agent on June 26, 2022, and despite diligent efforts, Defendant has been unable to identify the specific individual.
8. During the relevant time period, Corporate HR Executives would not have had authority over compensation and discipline of Avis' employees at SFO. The individuals who would have had this authority were the Airport Manager, the District Manager and the Area Manager, all of whom have been identified. In the prior document production, the relevant individuals have been identified and disclosed to Plaintiff.
9. The Punch Records for all individuals working at the SFO had been produced in prior



CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

responses to discovery along with the schedule which was responsive to establish all individuals who would have been working on the evening of June 26, 2022.

10. In response to this Court's order the raw punch report data for the evening of June 26, 2022 was pulled and has been produced to Plaintiff. This data would not include salaried individuals who were working but they would be reflected in other documents already produced.

Dated: 07/02/2026

By: Chelsea Miller

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588