| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCR | CA0 | SFZ | SFF | SFO | SFO | Luo | JianXin | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 5.99 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Luo | JianXin | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Bao | JianChang | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 0.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Bao | JianChang | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Bao | JianChang | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 6.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Ha | Kevin | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Ha | Kevin | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 2.0X | 4.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Ha | Kevin | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 4.00 |
| | CA0 | SFZ | SFF | SFO | SFO | Guan | ShuBing | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 2.01 |
| | CA0 | SFZ | SFF | SFO | SFO | Guan | ShuBing | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| | CA0 | SFZ | SFF | SFO | SFO | Guan | ShuBing | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 2.02 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Yu | Jinhua | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Yu | Jinhua | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Daily OT - 1.5X | 2.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Yu | Jinhua | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Shift Differential | 10.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zeng | Yongxian | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 12.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zeng | Yongxian | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 4.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zeng | Yongxian | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 2.0X | 2.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zeng | Yongxian | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Leung | Kwan | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Leung | Kwan | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Dwyer | Darren | [redacted] | Return Agent - Avis | 1112 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Dwyer | Darren | [redacted] | Return Agent - Avis | 1112 | 06/26/2022 | Shift Differential | 2.99 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Li | JianChang | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Lo | ChunKi | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Daily OT - 1.5X | 0.06 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Lo | ChunKi | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Shift Differential | 14.11 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Lo | ChunKi | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Arif | Subhan | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Shift Differential | 8.02 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Arif | Subhan | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Arif | Subhan | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 1.5X | 0.02 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zheng | Kanfu | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zheng | Kanfu | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 2.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zhong | Rishen | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 2.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zhong | Rishen | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Xiao | Lijin | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Shift Differential | 10.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Xiao | Lijin | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Xiao | Lijin | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Daily OT - 1.5X | 2.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Fiorentini | Christian | [redacted] | Gate / Security Guard - Avis | 1115 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zhou | Zewen | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 0.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Zhou | Zewen | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Shen | Yueji | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Daily OT - 1.5X | 2.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Shen | Yueji | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Shift Differential | 10.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Shen | Yueji | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wen | Mingbin | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 1.5X | 0.03 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wen | Mingbin | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wen | Mingbin | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Shift Differential | 3.02 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Lau | PikYuk | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | ABG Regular | 8.00 |
| | CA0 | SFZ | SFF | SFO | SFO | Lau | PikYuk | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Shift Differential | 13.99 |
| | CA0 | SFZ | SFF | SFO | SFO | Ye | CrystalXiuJing | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | Shift Differential | 15.99 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Ye | CrystalXiuJing | [redacted] | Shuttler Avis - On Airport | 1116 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Leung | Kenneth | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 1.5X | 0.10 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Leung | Kenneth | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Shift Differential | 8.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Leung | Kenneth | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Laylo | Airene | [redacted] | RO - Station Manager - Hourly - Avis | 1106 | 06/26/2022 | Daily OT - 2.0X | 0.33 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Laylo | Airene | [redacted] | RO - Station Manager - Hourly - Avis | 1106 | 06/26/2022 | Daily OT - 1.5X | 4.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Laylo | Airene | [redacted] | RO - Station Manager - Hourly - Avis | 1106 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wu | Shengping | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 10.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wu | Shengping | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 10.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wu | Shengping | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 2.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wu | Shengping | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 2.0X | 4.02 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Rodriguez | Jaime | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Rodriguez | Jaime | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Oday | Baron | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Oday | Baron | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 1.5X | 4.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Oday | Baron | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 2.0X | 1.15 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Pascual | Michael | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 1.5X | 0.82 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Pascual | Michael | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Yu | Yaowei | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 2.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Yu | Yaowei | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 2.02 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Yu | Yaowei | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Ma | Xiaohong | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Ma | Xiaohong | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Indalecio | Ricky | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Indalecio | Ricky | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 0.15 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Indalecio | Ricky | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 8.15 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Haro | Jesus | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 4.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Haro | Jesus | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 2.0X | 4.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Haro | Jesus | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 14.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Haro | Jesus | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Taplet | Hodges | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 4.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Taplet | Hodges | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 4.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Harris | Marsella | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 5.60 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Harris | Marsella | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Shift Differential | 0.07 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | David | CarlBryonne | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | Daily OT - 1.5X | 0.99 |
| | CA0 | SFZ | SFF | SFO | SFO | David | CarlBryonne | [redacted] | Rental Sales Associate - Avis | 1111 | 06/26/2022 | ABG Regular | 8.00 |
| | CA0 | SFZ | SFF | SFO | SFO | Chen | XiongQiang | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCk | CA0 | SFZ | SFF | SFO | SFO | Chen | XiongQiang | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 7.99 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Fakhraei | Masoud | [redacted] | Return Agent - Avis | 1112 | 06/26/2022 | ABG Regular | 7.97 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wong | Ken | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 2.01 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wong | Ken | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 9.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | Wong | Ken | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | chen | jiahua | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Shift Differential | 10.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | chen | jiahua | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | ABG Regular | 8.00 |
| PCR | CA0 | SFZ | SFF | SFO | SFO | chen | jiahua | [redacted] | Service Agent - Avis | 1113 | 06/26/2022 | Daily OT - 1.5X | 2.00 |