# CERTIFICATE OF SERVICE

**Turner-Gray v. Avis Budget Car Rental, LLC, et al.**
**USDC Northern District of California, Case No. 3:23-CV-05507-SI**

I hereby certify that on the date set forth below, I served the foregoing **Declaration of Avia Turner-Gray** upon all parties via counsel of record by electronic mail and/or through the Court's CM/ECF system.

Counsel of Record for Defendant:

C. Beeman, Esquire
cbeeman@clappmoroney.com
A. Meyers, Esquire
ameyers@clappmoroney.com
Counsel for Defendant
Avis Budget Car Rental LLC
Clapp Moroney Vicinich Beeman + Scheley
5860 Owens Drive
Suite 410
Pleasanton, CA 94588

This 3rd day of July 2026

Respectfully submitted,

/s/Avia Turner-Gray___________
Avia Turner-Gray
Plaintiff In Pro Per

3538 Cumberland Road
East Point, GA 30344
(404)444-6561
aviaturnergrayattyatlaw@gmail.com