Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Phone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,<br><br>Defendants. | Case No.: 3:23-cv-05507-TSH<br><br>**The Honorable Thomas S. Hixson**<br><br>**JOINT STIPULATION REGARDING THE COURT ORDER DATED JULY 9, 2026; [PROPOSED] ORDER** |

This Joint Application and Stipulation is made and entered into between Plaintiff Avia Turner-Gray ("Plaintiff") and Defendant Avis Budget Car Rental, LLC ("Avis" and, collectively with Plaintiff, the "Parties"). A proposed order is lodged with this Application.

1. **Extension of Time for Defendant's Court-Ordered Production**. The Court's July 9, 2026 Order (Dkt. No. 110) directed Defendant to produce certain discovery by July 17, 2026. During the Status Hearing on July 10, 2026 Counsel for Defendant raised concern regarding the feasibility of

///

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

the ordered production by the date ordered. Judge Illston confirmed that the parties could meet and confer regarding amendment to the court ordered deadline.

Plaintiff granted an extension until July 29, 2026. On July 29, 2026 Counsel for Defendant served a Declaration regarding the efforts Defendant has made to identify the employee who rented the subject vehicle to the Plaintiff. Counsel for Defendant also updated Plaintiff on the status of obtaining documents related to other instances wherein a customer was arrested as a result of a rented vehicle being improperly reported as stolen and sought additional time to complete production due to the need to cull responsive documents from a very large database. Plaintiff agreed to a one-week extension until August 5, 2026.

**IT IS SO STIPULATED.**

DATED: __7/29/26_____, 2026

By: /s/ Avia Turner-Gray
Avia Turner-Gray
Plaintiff In Pro Per

DATED: __7/29/26_____, 2026

CLAPP MORONEY LLP

By: /s *Ashley Meyers*
Ashley N. Meyers, Esquire
Christopher Beeman, Esquire
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Application and Stipulation, and good cause appearing, the Court ORDERS as follows:

Defendant shall serve the remainder of the discovery ordered by the Court's July 9, 2026 Order on or before August 5, 2026.

**IT IS SO ORDERED.**

DATED: ______________, 2026

______________________________
Hon. Thomas S. Hixson
United States Magistrate Judge

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**Avia Turner-Gray v. Avis Budget Group, Inc., et al.**
United States District Court, Northern District of California Case No. 3:23-cv-05507-TSH

**PROOF OF SERVICE**

**METHOD OF SERVICE:**

| | | |
|---|---|---|
| ☐ By Personal Service | ☐ By Mail | ☐ By Overnight Delivery |
| ☐ By Messenger Service | ☐ By Facsimile | ☒ By E-Mail/Electronic Transmission |

1. I am a citizen of the United States and am employed in the County of Alameda, State of CALIFORNIA. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 5860 Owens Drive, Suite 410, Pleasanton, California 94588.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as follows:

**JOINT STIPULATION REGARDING THE COURT ORDER DATED JULY 9, 2026; [PROPOSED] ORDER**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>Plaintiff in Pro Per<br>3538 Cumberland Road<br>East Point, GA 30344<br>Tel: 404-444-6561<br>Email: aviaturnergrayattyatlaw@gmail.com | |

4. The document(s) was served by the following means (specify):

a. ☐ **BY OVERNIGHT DELIVERY**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

b. ☐ **BY MESSENGER SERVICE**. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

c. ☐ **BY FAX TRANSMISSION**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used.

d. ☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on an agreement or Case Management Order, I caused all of the above-entitled document(s) to be sent to the recipients listed by electronic mail. This service complies with C.C.P. §1010.6. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2026 at Pleasanton, California.

*/s/ Richean Martin*
Richean Martin

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588