Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Phone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH,
BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,<br><br>Defendants. | Case No.: 3:23-cv-05507-TSH<br><br>**The Honorable Thomas S. Hixson**<br><br>**JOINT STIPULATION REGARDING THE COURT ORDER DATED JULY 9, 2026; ~~[PROPOSED~~] ORDER** |

This Joint Application and Stipulation is made and entered into between Plaintiff Avia Turner-Gray ("Plaintiff") and Defendant Avis Budget Car Rental, LLC ("Avis" and, collectively with Plaintiff, the "Parties"). A proposed order is lodged with this Application.

1. **Extension of Time for Defendant's Court-Ordered Production**. The Court's July 9, 2026 Order (Dkt. No. 110) directed Defendant to produce certain discovery by July 17, 2026. During the Status Hearing on July 10, 2026 Counsel for Defendant raised concern regarding the feasibility of

///

the ordered production by the date ordered. Judge Illston confirmed that the parties could meet and confer regarding amendment to the court ordered deadline.

Plaintiff granted an extension until July 29, 2026. On July 29, 2026 Counsel for Defendant served a Declaration regarding the efforts Defendant has made to identify the employee who rented the subject vehicle to the Plaintiff. Counsel for Defendant also updated Plaintiff on the status of obtaining documents related to other instances wherein a customer was arrested as a result of a rented vehicle being improperly reported as stolen and sought additional time to complete production due to the need to cull responsive documents from a very large database. Plaintiff agreed to a one-week extension until August 5, 2026.

**IT IS SO STIPULATED.**

DATED: __7/29/26_____, 2026

By: */s/ Avia Turner-Gray*
Avia Turner-Gray
Plaintiff In Pro Per

DATED: __7/29/26_____, 2026

CLAPP MORONEY LLP

By: /s *Ashley Meyers*
Ashley N. Meyers, Esquire
Christopher Beeman, Esquire
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

**~~[PROPOSED]~~ ORDER**

Having reviewed the Parties' Joint Application and Stipulation, and good cause appearing, the Court ORDERS as follows:

Defendant shall serve the remainder of the discovery ordered by the Court's July 9, 2026 Order on or before August 5, 2026.

**IT IS SO ORDERED.**

DATED: _August 7, 2026

Hon. Thomas S. Hixson
United States Magistrate Judge

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588