Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Telephone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>JOHN DOES 1 through 50,<br><br>Defendants. | **Case No. 3:23-cv-05507-TSH**<br><br>*[Hon. Thomas S. Hixson]*<br><br>**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF RE DEFENDANT'S COMPLIANCE WITH THE COURT'S ORDER COMPELLING PRODUCTION (DKT. NO. 110** |

**DECLARATION OF AVIA TURNER-GRAY**

I, Avia Turner-Gray, declare as follows:

1. I am the Plaintiff in this action and appear In Pro Per. I have personal knowledge of the facts stated in this declaration and could testify competently to them.

2. This declaration is submitted in support of the Joint Discovery Letter Brief Re Defendant's Compliance With the Court's Order Compelling Production (Dkt. No. 110), filed at Docket No. 131, and is filed separately in accordance with the Court's Standing Order regarding exhibits to discovery disputes.

3. Attached as Exhibit A is a true and correct copy of Avis Budget Car Rental, LLC's Loss Prevention Manager job posting for Virginia Beach, Virginia, posted November 30, 2012, JobCircle Job Code 32758709, as obtained by me from the public internet.

4. Attached as Exhibit B is a true and correct copy of my Deficiency Analysis letter to Defendant's counsel dated August 11, 2026.

5. Attached as Exhibit C is a true and correct copy of an email chain consisting of the email of Ashley N. Meyers to me dated July 29, 2026, regarding the claims database and the

scope of Defendant's search, and my letter to Defendant's counsel dated July 28, 2026, listing publicly documented instances of vehicles falsely reported stolen.

6. Attached as Exhibit D is a true and correct copy of Plaintiff's letter to Defendant's counsel dated July 28, 2026, listing publicly documented instances of vehicles falsely reported stolen.

7. Attached as Exhibit E is a true and correct copy of my Nonconforming Production letter to Defendant's counsel dated August 7, 2026.

8. Attached as Exhibit F is a true and correct copy of a conferral email to Defendant's counsel dated September 4, 2026 regarding noncompliance and loss prevention personnel.

9. Attached as Exhibit G is a true and correct copy of a conferral email to Defendant's counsel dated September 4, 2026 regarding issue 2, incomplete files.

10. Attached as Exhibit H is a true and correct copy of representative files from Defendant's production, Bates AVIA004239 through AVIA005185, as produced to me, including the Gutierrez file with the settlement amount redacted by Defendant, with third party names redacted by me.

11. Attached as Exhibit I is a true and correct copy of Defendant's production Bates AVIA001807 through AVIA001809, as produced to me.

12. Attached as Exhibit J is a true and correct copy of the Definitions and Request Nos. 16, 20, and 34 from Plaintiff's First Set of Requests for Production of Documents, served February 20, 2025.

13. Attached as Exhibit K is a true and correct copy of Defendant's written responses and objections to Request Nos. 16, 20, and 34 of Plaintiff's First Set of Requests for Production.

14. Attached as Exhibit L is a true and correct copy of the Court's Order on Plaintiff's Motion to Compel, dated July 9, 2026, Dkt. No. 110.

15. Attached as Exhibit M is a true and correct copy of excerpts from the certified transcript of the deposition of Avis Budget Car Rental, LLC's Rule 30(b)(6) designee, taken July 17, 2026, including the cover page, the reporter's certification, and the pages cited in the Joint Discovery Letter Brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2026, at East Point, Georgia.

/s/ Avia Turner-Gray

______________________________

Avia Turner-Gray

Plaintiff In Pro Per

## CERTIFICATE OF SERVICE

**Turner-Gray v Avis Budget car Rental LLC, et. Al.**
**USDC Northern District Case No. 3:23-CV-05507-TSH**

I , Avia Turner-Gray, declare as follows:

I am the Plaintiff in this action and appear In Pro Per. I am over eighteen years of age. My address is 3538 Cumberland Road, East Point, Georgia 30344.

On September 9, 2026, I served the following documents by filing them through the Court's CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record registered with that system:

**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF RE DEFENDANT'S COMPLIANCE WITH THE COURT'S ORDER COMPELLING PRODUCTION (DKT. NO. 110), with Exhibits A through L attached.**

Service by CM/ECF was made on the following counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Civil L.R. 5-1(h):

Christopher J. Beeman (cbeeman@clappmoroney.com)
Ashley N. Meyers (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive
Suite 410
Pleasanton, California 94588
Attorneys for Defendant Avis Budget Car Rental

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 9, 2026, at East Point, Georgia.

Respectfully submitted,

/s/ Avia Turner-Gray

Avia Turner-Gray
Plaintiff In Pro Per

3538 Cumberland Road
East Point, Ga 30344
(404)444-6561