# US-VA: Virginia Beach-Loss Prevention Manager

1 view

JobCircle.Com
11/30/12
to
****************************************************************
JobCircle.com is the largest regional job board in the Mid-Atlantic region, with tens of thousands of job offerings in PA, NJ, DE, MD, NY, and Washington D.C. To learn more, visit http://www.jobcircle.com?source=ng
****************************************************************

Job Title: Loss Prevention Manager
Job Location: VA: Virginia Beach
Pay Rate: competitive
Job Length: full time
Start Date: 2012-11-30

Company Name: Avis Budget Group
Contact: Adam Arciniega
Phone: 817-420-9794
Fax: email only

Description: Job Code: 32758709

Avis Budget Car Rental, LLC is searching for a Loss Prevention Manager to establish operating policies and procedures in relation to field administration loss prevention processing, ensuring overdue, open rental agreement, missing/stolen and credit card verification reports, ISO reports, and 13 reports are reconciled and resolved timely for Avis, Budget and Budget Trucks. Oversee the day to day tracking of corporate fleet into licensee locations, as well as the utilization, fleet flow analysis, pricing and revenue per unit for the one-way program. Plans, establishes, directs, and controls the activities of the Loss Prevention teams, monitoring the recovery of the companys single largest asset, $6.6 billion in vehicles, with responsibilities including: * Monitoring direct loss prevention agent contact with rental customers in an attempt to recover overdue vehicles (cars/trucks) (7500/week) and resolve open rental agreements showing subsequent vehicle movements (10,000/week). NOTE: No revenue is generated by Avis or Budget until these contracts are closed. * Recommending to security managers which vehicles should be placed into missing status after performing recovery efforts including customer calls, credit card company contact, skip tracing, repossession requests, and submitting letters of demand. * Ensuring the timely placing of vehicles into missing and alarmed status in wizard/bart, and reviewing the completed police alarm paperwork to be filed with local police jurisdictions. * Reviewing the 13 report showing all missing/alarmed cars and monitoring the number of recoveries. * Monitoring the CCV/CCVBNEG report and Credit Card Decline reconciliation process to ensure minimal bad debt write off. * Manage and track all trucks in police hold status. These units must be monitored to be available to rent once legal concerns are cleared. * Manage and track all truck units that are reported stolen or impounded. Also ensure all customer goods are inventoried and placed in storage if left in the truck to minimize the companys liability once the customer asks for the items. * Manage GE Capital (roadside

assistance) report for all trucks. The truck is not considered off the list until it is on a shop agreement or generating revenue. * Developing and maintaining a Loss Prevention Agent training program, ensuring a consistent understanding of various support systems (Wizard Fleet Database, Bluezone, rental agreement database, rental agreement procedures, security files, collection procedures, Internet address locator sites, and credit card company contacts). Prepare the agents for future promotional opportunities, including lead agents, team leaders, and security managers. * Maintain communication with VAB-Security and state local police departments to ensure units recovered have been cleared from the national crime database. This is vital to decrease the potential for arrest of innocent renters due to the police departments or Avis/Budgets neglect to remove a police alarm from a recovered unit. * Develop and direct the supervision over all aspects of the Associate, Team Leader and Supervisor staff including daily workflow, training, counseling, disciplinary action and providing performance appraisals. * Act as liaison between Area Security Managers, WHQ Legal department, field personnel and the Internal Audit Department during Loss Prevention discussions; represent the Field Administration Department and participate in Security Manager meetings. * Assist with specific projects and analysis upon request, including but not limited to debit card rental studies, preparing true theft reports, analyzing missing from control vehicles, quarterly national crime database run, monthly department status reports, daily/weekly statistics of overdue, open movement, and missing/stolen reports, and generating stolen from customer reports. * Act as liaison for Avis National Accounts Sales Managers and the respective accounts relating to overdue vehicles. * Generate specific reports to assist national account customers in monitoring their outstanding rentals. * Monitor insurance replacement rentals and report overdue vehicles to third parties such as PHH and insurance companies. * Assist them in recovering respective vehicle. * Preparation of monthly journal entries for Avis and Budget 8440 write-offs and recoveries. * Monitor daily car impound logs to ensure units are not sold at auction and recovered in order to place the unit back into the fleet to be re-rented. * Set and manage twice a year inventory of Budget Truck fleet of 32,000 units. Send paperwork to locations, work with computer support staff to have all equipment programmed for the inventory, manager temporary staff to input information, manage temporary staff to find unreported trucks, report weekly to Sr. Management as well as present final reports to Sr. Management and accounting regarding trucks to be written off. * Manage Car Control & Licensee Inventory and Revenue personnel and responsibilities. Review varies reports to ensure utilization, pricing and inventory levels are met. Ensure proper billing and payment for invoice processing in accordance with the Inter-City Program. Act as a liaison between licensee and corporate location to address fleet and invoicing issues. * Manage Impound Team personnel and responsibilities. Ensure timely retrieval of impounded vehicles, as well as obtaining proper documentation for customer and insurance billing. Oversee the issuance of the monthly metrics reports. * Manage and oversee VAB Security team personnel and responsibilities. Ensure customer inquiries and do not rent issues are handled timely and in accordance with Company policies. Qualifications Required Experience: * College Degree Required. * 6 years business experience. * 4 years supervisory experience. * 3 years security or collections experience; ability to handle multiple tasks during constantly fluctuating volumes; demonstrated customer service skills; experience in Avis/Budget field operating environment beneficial. Required Knowledge, Skills and Abilities: * Demonstrate Advanced oral and written communication skills required. * Ability to communicate to all levels of employment (Sr. management, Field personnel, Security Managers, Directors, Team Leaders, Associates); in addition to internal and external customers in a clear, concise and professional manner. * Strong organizational and administrative skills required. * Knowledge of Wizard Fleet System and Easy-trieve required * Knowledge of Customer database, Wizard rental agreement database, master rental agreement database for Avis, GCS data base for Budget, Data Warehouse for all brands, and GE Capital roadside assistance reports for trucks preferred. * Solid PC skills including knowledge of MS Office (Word, Excel, Power point) Disclaimer The information on this posting has been designed to advertise the general nature and level of work performed by employees within this classification. It is not designed to contain or

be interpreted as a comprehensive inventory of all duties, responsibilities and qualifications required of employees assigned to this job. The actual essential duties, responsibilities and qualifications may vary by location, department, reporting structure or other business needs. No inference should be drawn that a specific job duty, responsibility or qualification is non-essential by its absence from this posting. This posting serves as an advertisement of an existing open position only and does not qualify as the job description. Employee Type: Full Time Required Experience: 3 Years Category: Management Career Level: Manager (Manager/Supervisor of Staff) Required Education: Graduate City: Virginia Beach State: Virginia Zip Code: 23462 Country: USA

Please refer to Job code 32758709 when responding to this ad.

For FASTEST PROCESSING of your resume, please
visit http://www.jobcircle.com/classifieds/11391641.html?source=ng to apply online.

**************************************************************
For fastest processing of your resume, this employer asks that
you apply to this job using the URL above.
**************************************************************

n

p