Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Telephone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>JOHN DOES 1 through 50,<br><br>Defendants. | **Case No. 3:23-cv-05507-TSH**<br><br>*[Hon. Thomas S. Hixson]*<br><br>**SUPPLEMENTAL FILING OF EXHIBITS G THROUGH M TO JOINT DISCOVERY LETTER BRIEF (DKT 131) AND SUPPORTING DECLARATION (DKT. 132)** |

/s/Avia Turner-Gray
______________________________
Avia Turner-Gray
Plaintiff In Pro Per