STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# VEHICLE REPORT

CHP 180 (Rev. 4-16) OPI 061

RECOVERED/LAPD FCN 2742307 601420

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

| REPORTING DEPARTMENT | LOCATION CODE | DATE / TIME OF REPORT | NOTICE OF STORED VEHICLE DELIVERED PERSONALLY | FILE NO. |
|---|---|---|---|---|
| LASD/CVS/EPD | 1901.12 | 03/23/23, 1040 | ✓ | 923-00516-1264-733 |

| LOCATION TOWED / STOLEN FROM | ODOMETER READING | VIN CLEAR IN SVS? / LIC. CLEAR IN SVS? | DATE / TIME DISPATCH NOTIFIED | LOG NO. |
|---|---|---|---|---|
| E/B 210 FREEWAY/ BERKSHIRE PL. LA CANADA | 54878 | VIN: ☐ YES ☐ NO; LIC.: ✓ YES ☐ NO | 03/23/23, 1040 | 63 |

| YEAR | MAKE | MODEL | BODY TYPE | COLOR | LICENSE NO. | ☐ ONE ✓ TWO | MONTH / YEAR | STATE |
|---|---|---|---|---|---|---|---|---|
| 2020 | NISSAN | ALTIMA | 4DR | GRY | 8RVY086 | TWO | 08/23 | CA |

| VEHICLE IDENTIFICATION NO. | ENGINE NO. | VALUATION BY | |
|---|---|---|---|
| 1 N 4 B L 4 B V 3 L C 2 4 4 5 1 1 | | ✓ OFFICER ☐ OWNER | ☐ 0-500 ☐ 501-4000 ☐ 4001+ ✓ $ 15,000 |

**REGISTERED OWNER**
PV HOLDINGS CORP
5721 W. 96TH ST
LOS ANGELES CA 90045

LARCIS By: GS 3-23-2023

☐ SAME AS R/O **LEGAL OWNER**
THE BANK OF NEW YORK TRUST
300 CENTRE POINT DR
VIRGINIA BEACH VA 23462

☐ **STORED** ☐ **IMPOUNDED** ✓ **RELEASED** ✓ **RECOVERED - VEHICLE / COMPONENT**

| TOWING / STORAGE CONCERN *(NAME, ADDRESS, PHONE)* | STORAGE AUTHORITY / REASON |
|---|---|
| | 22651(c) CVC |

| REASON FOR STOP | AIRBAG? | DRIVEABLE? | VIN SWITCHED? |
|---|---|---|---|
| 10851 CVC | ✓ YES ☐ NO ☐ 1 ☐ 2 | ✓ YES ☐ NO ☐ JUNK ☐ UNK | ☐ YES ✓ NO |

| CONDITION | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | YES | NO | TIRES / WHEELS | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | ✓ | SEAT (FRONT) | ✓ | | REGISTRATION | ✓ | | CAMPER | | ✓ | LEFT FRONT | FAIR |
| BURNED HULK per 431(c) CVC | | ✓ | SEAT (REAR) | ✓ | | ALT. / GENERATOR | ✓ | | VESSEL AS LOAD | | ✓ | RIGHT FRONT | FAIR |
| VANDALIZED | | ✓ | RADIO | ✓ | | BATTERY | ✓ | | FIREARMS | | ✓ | LEFT REAR | FAIR |
| ENG. / TRANS. STRIP | | ✓ | TAPE DECK | | ✓ | DIFFERENTIAL | ✓ | | OTHER | | ✓ | RIGHT REAR | FAIR |
| MISC. PARTS STRIP | | ✓ | TAPES | | ✓ | TRANSMISSION | ✓ | | | | | SPARE | YES |
| BODY METAL STRIP | | ✓ | OTHER RADIO | | ✓ | AUTOMATIC | ✓ | | | | | HUB CAPS | NO |
| SURGICAL STRIP per 431(b) CVC | | ✓ | IGNITION KEY | ✓ | | MANUAL | | ✓ | | | | SPECIAL WHEELS | NO |

| RELEASE VEHICLE TO: | GARAGE PRINCIPAL / AGENT STORING VEHICLE *(SIGNATURE)* | DATE / TIME |
|---|---|---|
| ☐ R/O OR AGENT ☐ AGENCY HOLD ☐ 22850.3 CVC | | |

| NAME OF PERSON / AGENCY AUTHORIZING RELEASE | I.D. NO. | DATE | CERTIFICATION |
|---|---|---|---|
| RUIZ, M LASD/CVS | 482463 | 03/23/23 | I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE. |

| SIGNATURE OF PERSON AUTHORIZING RELEASE | SIGNATURE OF PERSON TAKING POSSESSION |
|---|---|
| [signature] | [signature] |

☐ **STOLEN VEHICLE / COMPONENT** ☐ **EMBEZZLED VEHICLE** ☐ **PLATE(S) REPORT**

| DATE / TIME OF OCCURRENCE | DATE / TIME REPORTED | NAME OF REPORTING PARTY (R/P) | DRIVER LICENSE NO. / STATE |
|---|---|---|---|
| | | | |

| LAST DRIVER OF VEHICLE | DATE / TIME | ADDRESS OF R/P | TELEPHONE OF R/P |
|---|---|---|---|
| | | | |

| | SIGNATURE OF PERSON MAKING REPORT |
|---|---|
| I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT. | |

## REMARKS

[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

| DRIVER'S NAME | ARRESTED / SECTION? | REPORTED BY | CARGO / TYPE? | VALUE $ |
|---|---|---|---|---|
| [redacted] | ☐ YES ✓ NO | RUIZ | ☐ YES ✓ NO | ☐ BILL OF LANDING ATTACHED |




| SIGNATURE OF OFFICER TAKING REPORT | I.D. NO. | SUPERVISOR | REQUIRED NOTICES SENT TO REGISTERED AND LEGAL OWNERS PER 22852 CVC? | DATE NOTIFIED |
|---|---|---|---|---|
| RUIZ, M | 482463 | SGT. J. ARMSTRONG #546040 | ☐ YES ✓ NO | |

*An Internationally Accredited Agency*

AVIA004239

Chp180_0416.pdf

T23-00516-1207-733

## STOLEN / EMBEZZLED NARRATIVE

1. AREA ☐ RURAL ☐ URBAN

2. TAKEN FROM ☐ STREET ☐ PARKING LOT ☐ GARAGE ☐ DRIVEWAY ☐ OTHER ______

3. REGISTRATION IN VEHICLE? ☐ YES ☐ NO

4. WAS NEIGHBORHOOD CHECKED FOR VEHICLE, WITNESSES, CLUES, OTHER CRIMES? ☐ YES ☐ NO

5. PAYMENTS CURRENT? ☐ YES ☐ NO

6. DOORS LOCKED? ☐ YES ☐ NO

7. KEYS IN VEHICLE? ☐ YES ☐ NO

8. ALL KEYS ACCOUNTED FOR? ☐ YES ☐ NO

8. WHEN WAS VEHICLE LAST SERVICED?

10. WHERE?

11. IS THIS THE USUAL MECHANIC? ☐ YES ☐ NO

12. RECENTLY LEFT IN PARKING GARAGE OR PARKING VALET SERVICE? ☐ YES ☐ NO

13. IF YES, WHERE?

14. VEHICLE EQUIPPED WITH ORIGINAL ENGINE? ☐ YES ☐ NO ☐ UNK

15. ORIGINAL TRANSMISSION? ☐ YES ☐ NO

16. ORIGINAL PAINT? ☐ YES ☐ NO

17. IF ANSWER TO 14, 15, OR 16 IS NO, PROVIDE ADDITIONAL INFORMATION, SERIAL NO., ORIGINAL COLOR, ETC.

18. HAS VEHICLE BEEN PREVIOUSLY INVOLVED IN AN ACCIDENT? ☐ YES ☐ NO

19. IF YES, HAS DAMAGE BEEN FIXED? ☐ YES ☐ NO

20. PARTS DAMAGED

21. FACTORY EQUIPPED RADIO? ☐ YES ☐ NO

22. IF NO, MAKE AND SERIAL NO.

23. DOES VEHICLE HAVE LOCKING GAS CAP? ☐ YES ☐ NO

24. IS VEHICLE FULLY INSURED? ☐ YES ☐ NO

25. NAME / ADDRESS OF INSURANCE COMPANY

26. NAME / ADDRESS OF NEAREST RELATIVE NOT LIVING WITH R/P

27. IDENTIFYING MARKS, BUMPER STICKERS, ADD ON EQUIPMENT, ETC.

| 28. SUSPECT NAME | | DRIVER LICENSE NO. / STATE | ADDRESS | |
|---|---|---|---|---|
| | | | | |
| HEIGHT | WEIGHT | EYES | HAIR | MISC. |
| | | | | |

## RECOVERY NARRATIVE

29. NAME, DATE AND CASE NUMBER OF REPORTING AGENCY

LAPD/77TH DIVISION 231208546 03/17/23

30. AREA RECOVERED ☐ RURAL ☒ URBAN

31. DESCRIPTION OF RECOVERY AREA

FREEWAY

32. RECOVERY ☒ COMPLETE ☐ PARTIAL

33. ANY EVIDENCE LOCATED? ☐ YES ☒ NO

34. WITNESSES, CLUES AND OTHER CRIMES

35. HAVE MISSING, IDENTIFIABLE PARTS BEEN ENTERED IN SVS? ☐ YES ☒ NO

## COMPONENT RECOVERY

| 36. DESCRIPTION | 37. SERIAL NO. |
|---|---|
| | |

## NARRATIVE

THIS RECOVERY OFFSETS LAPD STOLEN OF 03/17/23 UNDER REPORT #231208546
R/O INFORMATION OBTAINED & VERIFIED VIA DMV/CLETS. NO OTHER WANTS
S.V.S. R/P WAS NOTIFIED AT 10:36 HOURS. PER AVIS MANAGER BAHRAN GERGEM/MICHAEL
EMP# 6449 COMPANY FAILED TO NOTIFY LAPD OF RECOVERY. VEHICLE ENTERED
AS RECOVERED BY STATION SECRETARY SANTIAGO AT 1058 HOURS

SGT. J. ARMSTRONG #40040

AVIA004240

723-00546-1264-733

## STOLEN / EMBEZZLED NARRATIVE

1. AREA ☐ RURAL ☐ URBAN
2. TAKEN FROM ☐ STREET ☐ PARKING LOT ☐ GARAGE ☐ DRIVEWAY ☐ OTHER ______
3. REGISTRATION IN VEHICLE? ☐ YES ☐ NO
4. WAS NEIGHBORHOOD CHECKED FOR VEHICLE, WITNESSES, CLUES, OTHER CRIMES? ☐ YES ☐ NO
5. PAYMENTS CURRENT? ☐ YES ☐ NO
6. DOORS LOCKED? ☐ YES ☐ NO
7. KEYS IN VEHICLE? ☐ YES ☐ NO
8. ALL KEYS ACCOUNTED FOR? ☐ YES ☐ NO
8. WHEN WAS VEHICLE LAST SERVICED?
10. WHERE?
11. IS THIS THE USUAL MECHANIC? ☐ YES ☐ NO
12. RECENTLY LEFT IN PARKING GARAGE OR PARKING VALET SERVICE? ☐ YES ☐ NO
13. IF YES, WHERE?
14. VEHICLE EQUIPPED WITH ORIGINAL ENGINE? ☐ YES ☐ NO ☐ UNK
15. ORIGINAL TRANSMISSION? ☐ YES ☐ NO
16. ORIGINAL PAINT? ☐ YES ☐ NO
17. IF ANSWER TO 14, 15, OR 16 IS NO, PROVIDE ADDITIONAL INFORMATION, SERIAL NO., ORIGINAL COLOR, ETC.
18. HAS VEHICLE BEEN PREVIOUSLY INVOLVED IN AN ACCIDENT? ☐ YES ☐ NO
19. IF YES, HAS DAMAGE BEEN FIXED? ☐ YES ☐ NO
20. PARTS DAMAGED
21. FACTORY EQUIPPED RADIO? ☐ YES ☐ NO
22. IF NO, MAKE AND SERIAL NO.
23. DOES VEHICLE HAVE LOCKING GAS CAP? ☐ YES ☐ NO
24. IS VEHICLE FULLY INSURED? ☐ YES ☐ NO
25. NAME / ADDRESS OF INSURANCE COMPANY
26. NAME / ADDRESS OF NEAREST RELATIVE NOT LIVING WITH R/P
27. IDENTIFYING MARKS, BUMPER STICKERS, ADD ON EQUIPMENT, ETC.
28. SUSPECT NAME | DRIVER LICENSE NO. / STATE | ADDRESS

HEIGHT | WEIGHT | EYES | HAIR | MISC.

## RECOVERY NARRATIVE

29. NAME, DATE AND CASE NUMBER OF REPORTING AGENCY
LAPD/77TH DIVISION 231208546 03/17/23
30. AREA RECOVERED ☐ RURAL ☒ URBAN
31. DESCRIPTION OF RECOVERY AREA
FREEWAY
32. RECOVERY ☒ COMPLETE ☐ PARTIAL
33. ANY EVIDENCE LOCATED? ☐ YES ☒ NO
34. WITNESSES, CLUES AND OTHER CRIMES
35. HAVE MISSING, IDENTIFIABLE PARTS BEEN ENTERED IN SVS? ☐ YES ☒ NO

## COMPONENT RECOVERY

36. DESCRIPTION
37. SERIAL NO.

## NARRATIVE

THIS RECOVERY OFFSETS LAPD STOLEN OF 03/17/23 UNDER REPORT #231208546
R/O INFORMATION OBTAINED & VERIFIED VIA DMV/CLETS. NO OTHER WANTS
S.V.S. R/P WAS NOTIFIED AT 10:36 HOURS. PER AVIS MANAGER BAHRAN CERGEMICHAEL
EMP# 6449 COMPANY FAILED TO NOTIFY LAPD OF RECOVERY. VEHICLE ENTERED
AS RECOVERED BY STATION SECRETARY SANTIAGO AT 1058 HOURS

SGT. J. ARMSTRONG #34640

PAGE 01 03/23/23 10:56:02 CVPM PRINT REQUESTED BY TERMINAL CV0M
TO: CV0M FROM: CLETS 03/23/23 10:55:55
4CVS0CV0MY.IV

923 - 00514 - 1264 - 733

DATE: 03/23/23 TIME: 10:55
03/17/23 DOJ STOP
INSURANCE INFORMATION UNKNOWN
POSSIBLE FILE CODES: A(8RVY086) S(8RVY086)
REG VALID FROM: 08/08/22 TO 08/08/23
LIC#:8RVY086 YRMD:20 MAKE:NISS BTM :4D VIN :1N4BL4BV3LC244511
R/O :P V HOLDING CORP, 5721 W 96TH ST CITY:LOS ANGELES C.C.:19
ZIP#:90045
SOLD:00/00/20 RCID:07/22/22 OCID:08/03/20 LOCD:8
L/O :THE BANK OF NEW YORK MELLON, TRUST COMPANY NA,
300 CENTRE POINTE DR, VIRGINIA BEACH CITY:VA ZIP :23462
TYPE:11 POWR:G VEH :12 BODY:0 CLAS:EB
REC STATUS:
05/11/2022 RENEWAL NOTICE EXTRACTED
08/04/20 SMOG DUE 08/08/28

CLEARANCE INFORMATION RECORDS:

| OFFICE | WORK DATE | TECH/ID | SEQ # | VALUE | FICHE DATE | TTC |
|---|---|---|---|---|---|---|
| V30 | 08/03/20 | A2 | 0155 | 00300.00 | 00/00/00 | A00 |
| V30 | 07/14/21 | A2 | 0357 | 00282.00 | 00/00/00 | H00 |
| V30 | 07/22/22 | A2 | 0159 | 00273.00 | 00/00/00 | H00 |

08/03/2020-ODOMETER: 7 MILES ACTUAL MILEAGE

END

*******

TO: CV0M FROM: NCIC 03/23/23 10:55:55
4CVS0CV0MY.IJ
CA0190012

MKE/STOLEN VEHICLE
ORI/CA0194212 LIC/8RVY086 LIS/CA LIY/2023 LIT/PC
VIN/1N4BL4BV3LC244511 VYR/2020
VMA/NISS VMO/ALT VST/4D VCO/GRY DOT/20230317
OCA/231208546
MIS/PR-SEWELL,DARYL
OPT/OUT
NIC/V284851075 DTE/20230317 1151 EDT DLU/20230317 1151 EDT
ORI IS LOS ANGELES PD 213 486-8260
IMMED CONFIRM RECORD WITH ORI

*******

TO: CV0M FROM: CLETS 03/23/23 10:55:55
4CVS0CV0MY.IA
QV.CA0190012.LIC/8RVY086.LIS/C

INQUIRY MATCH ON LIC/8RVY086
STOLEN VEHICLE

LIC/8RVY086 LIS/CA LIY/2023 LIT/PC
2020 NISS ALT 4D GRY VIN/1N4BL4BV3LC244511
ORI/CA0194212 OCA/231208546 FCN/2742307601420
DOT/20230317
NIC/V284851075
MIS/PR-SEWELL,DARYL
NOA/N
ENT/ON CALIF AND NCIC FILES
IMMEDIATELY CONFIRM WITH ORI/CA0194212 LAPD -77TH STREET MNE/LOP0
TELEPHONE 323 786-5070 IF NO ANSWER CALL TELEPHONE 213 486-8260

923-0051u-12a4-733

* * * * * * * * VICTIM DATA * * * * * * *
VNM/PVHOLDINGCORP,BUSINESS
VAD/1201 AMETHYST ST 10
VCY/REDONDO BEACH VSA/CA VZP/90277
VDP/(310) 567-9251 VEP/(310) 929-0738

********** END OF SVS MESSAGE **********

NO VEHICLE HIT IN WPS
********** END OF WPS MESSAGE **********

*******
TO: CV0M FROM: CWS IW 03/23/23 10:55:58
*INFO* - VLN# 8RVY086 CA NO HIT

*******

PAGE 01 03/23/23 10:58:42 CVPM PRINT REQUESTED BY TERMINAL CV0M
TO: CV0M FROM: CLETS 03/23/23 10:58:39 PAGE 001
4CVS0CV0MZ.UA
SVS LOCATE FCN/2742307601420
LIC/8RVY086
VIN/1N4BL4BV3LC244511

923-00516-Rd4-733

PAGE 01 03/23/23 10:59:00 CVPM PRINT REQUESTED BY TERMINAL CV0M
TO: CV0M FROM: CLETS 03/23/23 10:58:55
4CVS0CV0MA.IV

923-00516-1264-733

DATE: 03/23/23 TIME: 10:58
INSURANCE INFORMATION UNKNOWN
POSSIBLE FILE CODES: A(8RVY086) S(8RVY086)
REG VALID FROM: 08/08/22 TO 08/08/23
LIC#:8RVY086 YRMD:20 MAKE:NISS BTM :4D VIN :1N4BL4BV3LC244511
R/O :P V HOLDING CORP, 5721 W 96TH ST CITY:LOS ANGELES C.C.:19
ZIP#:90045
SOLD:00/00/20 RCID:07/22/22 OCID:08/03/20 LOCD:8
L/O :THE BANK OF NEW YORK MELLON, TRUST COMPANY NA,
300 CENTRE POINTE DR, VIRGINIA BEACH CITY:VA ZIP :23462
TYPE:11 POWR:G VEH :12 BODY:0 CLAS:EB
REC STATUS:
05/11/2022 RENEWAL NOTICE EXTRACTED
08/04/20 SMOG DUE 08/08/28

CLEARANCE INFORMATION RECORDS:

| OFFICE | WORK DATE | TECH/ID | SEQ # | VALUE | FICHE DATE | TTC |
|---|---|---|---|---|---|---|
| V30 | 08/03/20 | A2 | 0155 | 00300.00 | 00/00/00 | A00 |
| V30 | 07/14/21 | A2 | 0357 | 00282.00 | 00/00/00 | H00 |
| V30 | 07/22/22 | A2 | 0159 | 00273.00 | 00/00/00 | H00 |

08/03/2020-ODOMETER: 7 MILES ACTUAL MILEAGE

END

*******
TO: CV0M FROM: CLETS 03/23/23 10:58:55
4CVS0CV0MA.IA
QV.CA0190012.LIC/8RVY086.LIS/C

INQUIRY MATCH ON LIC/8RVY086
LOCATED STOLEN VEHICLE
LOCATED BY ORI/CA0190012 LASO CRESCENTA VAL./818 248-3464
IF NO ANSWER CALL TELEPHONE 213 229-2222
RCA/230051612 DOR/20230323
STA/VEH NOT DAMAGED/STRIPPED/BURNED NO PLATES MISSING
NO ONE IN CUSTODY
REF/VEH RELEASED TO RO IN THE FIELD IN AS IS CONDITION
LIC/8RVY086 LIS/CA LIY/2023 LIT/PC
2020 NISS ALT 4D GRY VIN/1N4BL4BV3LC244511
ORI/CA0194212 OCA/231208546 FCN/2742307601420
DOT/20230317
NIC/V284851075
MIS/PR-SEWELL,DARYL
NOA/N
ENT/ON CALIF AND NCIC FILES
IMMEDIATELY CONFIRM WITH ORI/CA0194212 LAPD -77TH STREET MNE/LOP0
TELEPHONE 323 786-5070 IF NO ANSWER CALL TELEPHONE 213 486-8260

* * * * * * * * VICTIM DATA * * * * * * * *
VNM/PVHOLDINGCORP,BUSINESS
VAD/1201 AMETHYST ST 10
VCY/REDONDO BEACH VSA/CA VZP/90277
VDP/(310) 567-9251 VEP/(310) 929-0738

923 - 00516 - 1264 - 733

********** END OF SVS MESSAGE **********

NO VEHICLE HIT IN WPS
********** END OF WPS MESSAGE **********

*******
TO: CV0M FROM: NCIC 03/23/23 10:58:55
4CVS0CV0MA.IJ
CA0190012

MKE/LOCATED STOLEN VEHICLE
ORI/CA0194212 LIC/8RVY086 LIS/CA LIY/2023 LIT/PC
VIN/1N4BL4BV3LC244511 VYR/2020
VMA/NISS VMO/ALT VST/4D VCO/GRY DOT/20230317
OCA/231208546 20230323 CA0190012 230051612
MIS/PR-SEWELL,DARYL
OPT/OUT
NIC/V284851075 DTE/20230317 1151 EDT DLU/20230323 1358 EDT
ORI IS LOS ANGELES PD 213 486-8260
IMMED CONFIRM RECORD WITH ORI

*******
TO: CV0M FROM: CWS IW 03/23/23 10:58:56
*INFO* - VLN# 8RVY086 CA NO HIT

*******

# CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT

This Confidential Settlement and Release Agreement (hereinafter, the "Agreement" or "Release") is entered into by [redacted] hereinafter "Releasor"); and Avis Rent A Car System, LLC, and all related "Avis" entities, including but not limited to PV Holding Corp., AESOP Leasing, L.P., Avis Budget Car Rental, LLC, and their respective affiliates and related entities, and any of their respective current and former agents actual or ostensible, servants, independent contractors, employees, insurers, officers, directors, stockholders, parent corporations, subsidiary corporations, related corporations, successors, predecessors, assignors, assignees, attorneys and representatives, insurance carriers, and all others acting by, through or in concert with them (hereinafter, collectively "Releasees"). Releasor and Releasees are collectively referred to herein as "the Parties."

## RECITALS

A. Releasor asserts claims relating to an incident that occurred on March 22, 2023 whereon Releasor allegedly rented a vehicle from Avis and was detained by police because said vehicle was reported stolen ("the Incident"). Releasor claims she was injured as a result of the Incident. The claim is currently in pre-litigation.

B. Releasees expressly deny all of the allegations made by Releasor, including claims that Releasees are liable to Releasor for damages in any capacity whatsoever. The Parties agree the releases and terms contained herein are given in connection with the settlement and compromise of disputed claims. Releasees, by agreeing to settle, do not admit liability or wrongdoing.

B. To avoid the time, expense, inconvenience, and uncertainties of litigation, the Parties now desire to settle any and all disputes, known or unknown, between them on the terms set forth in this Agreement and without any admission of wrongdoing or liability by the Releasees. On or about April 27, 2023, Releasor and Releasees reached a settlement of Releasor's claims, the terms of which are set forth below.

## AGREEMENT

NOW, THEREFORE, in consideration of the foregoing Recitals, together with other good and valuable consideration, the Parties agree as follows:

**1. <u>Payment.</u>**

Releasees, by and through their insurer, will pay Releasor [redacted] for full and final settlement of the above referenced matter and all claims related to or arising out of the Incident, by sending to a check payable to Releasee, [redacted], and her attorneys, Salazar Law Group, APC ("Payment"). Payment shall be made within 45 days after this Agreement is executed by Releasor and provided to counsel for Releasees.

Releasor acknowledges and agrees that: (1) Releasor would not otherwise be entitled to the Payment; and (2) Payment is not required by any contract, law, or otherwise. Releasor and Releasees understand and agree that each Party will bear their own fees, costs and expenses associated with this dispute.

2. **Release of All Claims and Liabilities.**

Releasor hereby forever releases, acquits and discharges Releasees, and each of them, from any and all past, present or future complaints, claims, demands, actions, causes of actions, liabilities, obligations, controversies, damages and suits, of any kind and nature whatsoever, whether known or unknown, suspected or unsuspected, in any manner arising out of, connected with, related to or incidental to any purported losses, or other purported damages arising out of, connected with, related to the Incident that Releasor, as an individual, now has, owns, or holds, or claims to have, own, or hold, or at any time had, owned, or held, against Releasees, including but not limited to any potential Motor Vehicle, Negligence, Personal Injury, False Arrest, or other claims relating to any outstanding medical bills or liens currently (or in the future) with respect to any and all of Releasor's alleged care or treatment for Releasor's claimed injuries; and claims relating to any tax obligations which currently exist or which may arise as a consequence of this settlement. It is the intention of Releasor that, in executing this Agreement, and receiving the consideration called for herein, the releases given by Releasor shall be effective as a full and final release of all potential complaints, claims, demands, actions, causes of actions, liabilities, obligations, controversies, damages and suits, known or unknown, suspected or unsuspected from Releasor to Releasees by reason of any acts, circumstances, or transactions occurring before the date of this Agreement.

3. **Waiver of California Civil Code Section 1542.**

It is the intention of the Parties executing this Agreement that it shall be effective as full and final resolution of all disputes between Releasor and Releasees related to the Incident and release of each and every matter specifically or generally referred to. The Parties Acknowledge each is familiar with California Civil Code Sections 1541 and 1542, and the Parties hereby waive any and all rights based upon the provisions of California Civil Code Section 1542 that reads, in pertinent part, as follows:

> "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY."

The release herein granted shall be and remain in effect as full and complete release of the matters released herein, notwithstanding the discovery or existence of any such additional or different claims or facts. Releasor further represents and warrants that she has had adequate opportunity to discuss with an attorney of her choice the effect on their legal rights of the waiver of this Section 1542 of the California Civil Code.

4. **Indemnification.**

Consistent with the releases in Section 2, Releasor agrees that she is solely responsible for any and all outstanding medical bills or liens currently (or in the future) arising out of any and all of Releasor's care and treatment relating to the Incident. Releasor agrees to hereby forever release,

acquit, discharge, defend, hold harmless and indemnify Releasees, and each of them, from any and all demands, claims, liabilities, obligations, legal actions and liens (including, but not limited to, any and all medical liens from MediCare and/or Medi-Cal or other medical facilities, wage loss or workers' compensation liens, and any liens from previous legal representation), including from all liens presently in existence and from all liens which may hereafter accrue, in any manner arising out of any purported medical care or treatment relating to this Matter.

In addition, consistent with the releases in Section 2, Releasor agrees that she is solely responsible for any tax obligations which currently exist or which may arise as a consequence of this settlement. If it is ever claimed or determined that any portion of the Payment constitutes or represents taxable earnings and/or that Releasees should have withheld, deducted, made contribution towards, and/or paid any taxes to any federal, state or local governmental body as a result thereof, Releasor warrants and agrees to release, acquit, discharge, defend, hold harmless and indemnify Releasees, and each of them, from costs, assessments, penalties, damage, fees, or interest, arising from any tax obligations to which Releasees are, or may be subject to, by reason of the characterization of any portion of the Payment. Releasor acknowledges that she is not relying upon the advice or representations of Releasees or their agents, representatives, or attorneys concerning the treatment of taxes of the Payment and that Releasor will consult a tax professional of her own choosing, if necessary, regarding the taxability of the Payment.

**5. <u>No Lawsuit Will Be Filed.</u>**

Releasor agrees that under no circumstances will she file a lawsuit with respect to any and all potential complaints, claims, demands, actions, causes of actions, liabilities, obligations, controversies, damages and suits, known or unknown, suspected or unsuspected from Releasor to Releasees by reason of any acts, circumstances, or transactions occurring before the date of this Agreement, any will not file a lawsuit against any Releasees with respect to all past, present or future complaints, claims, demands, actions, causes of actions, liabilities, obligations, controversies, damages and suits, of any kind and nature whatsoever, whether known or unknown, suspected or unsuspected, in any manner arising out of, connected with, related to or incidental to any purported losses, or other purported damages arising out of, connected with the Incident.

**6. <u>Compromise of Disputed Claims; No Admission of Liability.</u>**

Releasor and Releasees understand and agree that this is a compromise settlement of disputed claims, and that this Agreement shall not be deemed or construed to be an admission of any liability or of the existence of any obligation of any kind whatsoever by any Party to this Agreement.

**7. <u>Successors and Assigns.</u>**

Releasor and Releasees understand and agree that the agreements, undertakings, acts and other things done or to be done by them in this Agreement shall run to and be binding upon their heirs, successors, executors, administrators and assigns.

**8. Attorneys' Fees and Costs.**

Should Releasees retain counsel for the purpose of enforcing or preventing the breach of any provision hereof including, but not limited to, instituting any action or proceeding (1) to enforce any provision hereof, (2) for damages by reason of any alleged breach of any provision hereof, (3) for a declaration of such Party's rights or obligations hereunder, or (4) for any other judicial remedy, then, if such matter is resolved by judicial determination, including arbitration, Releasees shall be entitled to be reimbursed by Releasor for all costs and expenses incurred thereby including, but not limited to, reasonable attorneys' and accountant's fees.

**9. Entire Agreement.**

All agreements, covenants, representations and warranties, express and implied, oral and written, of the Parties to this Agreement concerning its subject matter are contained herein. No other agreements, covenants, representations or warranties, express or implied, oral or written, have been made by any Party to any other Party concerning the subject matter of this Agreement. All prior and contemporaneous conversations, negotiations, possible and alleged agreements, representations, covenants and warranties concerning the subject matter of this Agreement are merged herein. This is an integrated Agreement.

**10. Independent Advice of Counsel.**

Releasor and Releasees represent and declare that, in executing this Agreement, they relied solely upon their own judgment, belief and knowledge, and the advice and recommendations of their own independently selected counsel concerning the nature, extent and duration of their rights and claims. The Parties represent and acknowledge that in executing this Agreement they do not rely and have not relied upon any representation or statement not set forth in this Agreement, whether made by the Parties, or any other person, with regard to the subject matter, basis or effect of this Agreement or otherwise. The Parties understand that the facts as to the matters released in this Agreement may be different than the facts now known or believed to be true and that the Parties each assume the risk of such different facts and agree that this Agreement shall be and remain effective in all respects notwithstanding any such difference in facts and shall not be subject to termination, modification or rescission by reason of any such difference in facts.

**11. No Construction Against Drafter.**

Releasor and Releasees acknowledge that this Agreement has been reviewed and has been approved as to its form and content. Releasor and Releasees agree that this Agreement is to be construed and interpreted without regard to the identity of the Party drafting this Agreement.

**12. Assignment of Claims.**

Releasor and Releasees represent and warrant that no portion of any complaints, claims, demands, actions, causes of actions, liabilities, obligations, controversies, damages and suits that they have or might have arising out of, connected with, related or incidental to the Incident allegations and all related claims, nor any portion of any recovery or settlement to which they might be entitled,

has been assigned or transferred to any other person, firm or corporation including, without limitation, any parent, subsidiary or affiliate of any Party, in any manner, including by way of subrogation or operation of law or otherwise.

**13. Confidentiality of Terms.**

In consideration for the promises set forth herein in this Agreement, Releasor and Releasees and all agents thereof, and each of them, agree that the terms and conditions of this Agreement, and the rights and duties of the Parties hereby extinguished or created, are strictly confidential. The Parties agree that they have not disclosed and will not disclose the terms of this Agreement to any individual or entity, including but not limited to any news outlets, media sources, print or electronic, periodicals, jury sheets (with or without case identification), and will not publish a writing (hard copy or on the internet, including "blogging"), give a speech, act as a source (attributable or not), or otherwise communicate the terms or amount of the Agreement to any individual or entity. Releasor expressly agrees she will not make any statement or engage in any discussion regarding the facts of the alleged Incident, even where the terms of this Agreement are not specifically mentioned.

The only exceptions to this agreement regarding total confidentiality are: (1) Releasor is allowed to advise her financial planner and or accountant regarding the settlement proceeds; (2) Releasees may disclose information regarding the Agreement to those institutionally associated with Releasees who reasonably need to know such information as part of normal business operations, including their insurers; (3) Releasees may disclose information regarding the Agreement to MediCare or MediCal or any other governmental agency as required by law; (4) the Parties may disclose information regarding the Agreement as necessary to enforce the terms of the Agreement; (5) the Parties may disclose information regarding the Agreement where disclosure is made necessary by a valid subpoena or the order of a court having competent jurisdiction, or in response to valid government inquiries, including tax authorities.

Upon receipt of notice of the issuance of a subpoena or court order or governmental inquiry which may reasonably lead to disclosure of this Agreement or its terms, Releasor will promptly notify Releasees in order to provide them with an opportunity to object to such production. In the event that disclosure is necessary pursuant to any of these confidentiality provisions, Releasor shall apprise the third party to whom such disclosure is made of the confidential nature of the information disclosed and shall use reasonable, good faith efforts to secure and assure the confidentiality and non-disclosure of the information by the third party (*e.g.*, through redaction of financial terms). If asked by any third party regarding the Matter, or the resolution thereof, Releasor shall only state that "The matter has been resolved."

The Parties agree that these confidentiality provisions are material provisions of this Agreement, and that any breach of them shall be a material breach of this Agreement, which would cause irreparable harm and damages which would be uncertain or difficult to calculate. Accordingly, the non-breaching party shall have the right to pursue litigation and enforcement, including immediate injunctive relief against the breaching party.

**14. Non-Disparagement.**

Releasor agrees that she shall not will not defame, disparage or impugn Releasees in any communications, written or verbal, with any third-party or entity. "Disparage," as used in this Section, means to make any statement, written or oral, that casts Releasees in a negative light of any kind, or implies or attributes any negative quality to those entities, including, but not limited to, any negative references regarding the methods of conducting business. However, this Section shall not prohibit Releasor from making truthful statements to governmental agencies or authorities, or as a witness in a deposition, hearing or trial, if necessary to comply with applicable law.

**15. Enforcement and Governing Law.**

Nothing in this Agreement releases or discharges enforcement of any of the Parties' obligations, agreements, representations, warranties, or undertakings set forth in this Agreement. In the event that any Party to the Agreement brings suit to enforce any provisions of the Agreement, or is required to defend any action the defense to which is any provision of the Agreement, the unsuccessful party agrees to pay the successful party the court costs and attorneys' fees. As used in this section, the term "successful party" means the party to a lawsuit, arbitration, or other similar proceeding who successfully prosecutes the proceeding or successfully defends against it. This Agreement is made and entered into in the State of California, and shall in all respects be interpreted, enforced and governed by and under the laws of that state. For purposes of jurisdiction and venue, any litigation arising out of this Agreement, including an action to enforce the Agreement, shall be brought in Los Angeles County, California. Failure of any Party hereto, in any one or more instances, to enforce any of the rights arising in favor of said Party in connection with this Agreement, or to insist upon the strict performance of this Agreement's terms, conditions or covenants, shall not be construed as a waiver or a relinquishment of any such rights for future breach or enforcement thereof. The Parties agree the terms of this Settlement Agreement may be enforced by the Court pursuant to California *Code of Civil Procedure* § 664.6.

**16. MediCare and Medi-Cal.**

This Agreement is based upon a good faith determination of the Parties to resolve a disputed claim. The Parties have not shifted responsibility of medical treatment to Medicare in contravention of 42 U.S.C. Sec. 1395y(b). The Parties resolved this matter in compliance with both state and federal law. The Parties made every effort to adequately protect Medicare's interest and incorporate such into the settlement terms.

Releasor represents that she is not a Medicare and Medi-Cal beneficiary. Releasor is responsible for any and all liens from the settlement proceeds. The details of this settlement, including the identity of Releasor, certain personal information about Releasor, the amount of the settlement, the date of the settlement, and the injuries alleged may be reported to the Centers for Medicare & Medicaid Services (hereinafter "CMS"), as well as certain agent(s) necessary to facilitate reporting to CMS, pursuant to the responsible reporting entity's duty to comply with Section 111 of the

Medicare, Medicaid & SCHIP Extension Act of 2007 (hereinafter, "Section 111"). Releasor acknowledges her duty to cooperate with Releasees in order to allow the responsible reporting entity to fulfill the obligation to comply with Section 111. Releasor agrees to provide Releasees with any and all information necessary for Releasees to comply with Section 111. Releasor further agrees to waive any and all future actions against Releasees, including but not limited to any private cause of action for damages pursuant to 42 U.S.C. Section 1395y(b)(3)(A) et seq.

**17. Authority to Sign.**

The Parties to this Agreement, and each of them covenants, agrees, represents and warrants that the persons executing this Agreement are authorized and empowered to enter into and execute this Agreement for and on behalf of the person or entity they represent. This Agreement is binding upon and shall inure to the benefit of the Parties' heirs, successors, and assigns.

**18. Severability.**

If any paragraph or subparagraph of this Agreement is found to be unenforceable, the other paragraphs and subparagraphs shall remain fully valid and enforceable.

**19. Miscellaneous.**

a. Governing Law. This Agreement shall be governed by and construed in accordance with the laws of the State of California without reference to conflicts of law rules.

b. Amendments. This Agreement may be amended only by written agreement signed by each of the Parties.

c. Headings. Headings in this Agreement are for convenience of reference only and are not part of the substance hereof or thereof.

d. Counterparts. This Agreement may be executed in any number of identical counterparts, any set of which signed by all Parties shall be deemed to constitute a complete, executed original for all purposes.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date set forth above.

RELEASOR,

Dated: 5/8/2023, 2023

[redacted]

**[ADDITIONAL SIGNATURES ON FOLLOWING PAGE]**

**AGREED AS TO FORM AND CONTENT:**

DATED: 5/11/2023

SALAZAR LAW GROUP, APC

DocuSigned by:

2C083DBA9CE847F...

Hugo Salazar
Attorneys for Releasor, RAMONA GUTIERREZ

DATED: May 11, 2023

LEWIS BRISBOIS BISGAARD & SMITH, LLP

Nathan M. Grosch
Attorneys for Releasees

**Estimate of Record**

**Owner:** [redacted] **Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|---|---|---|---|---|---|---|---|---|
| 1 | **INFORMATION LABELS** | | | | | | | |
| 2 | | Repl | RT Child lock label Japan built | 6933933040 | 1 | 3.02 | 0.2 | 0.0 |
| 3 | **FRONT BUMPER & GRILLE** | | | | | | | |
| 4 | | R&I | R&I bumper cover | | 0 | 0.00 | 1.2 | 0.0 |
| 5 | **FRONT LAMPS** | | | | | | | |
| 6 | | R&I | RT R&I headlamp assy | | 0 | 0.00 | 0.2 | 0.0 |
| 7 | **FENDER** | | | | | | | |
| 8 | | Blnd | RT Fender Japan built | | 0 | 0.00 | 0.0 | 0.9 |
| 9 | | R&I | RT Upper seal Japan built | | 0 | 0.00 | 0.1 | 0.0 |
| 10 | | R&I | RT Fender liner Japan built | | 0 | 0.00 | 0.4 | 0.0 |
| 11 | | R&I | RT Corner molding Japan built | | 0 | 0.00 | 0.1 | 0.0 |
| 12 | | R&I | RT Wheel opng mldg Japan Built | | 0 | 0.00 | 0.3 | 0.0 |
| | | | Note: PARTS: Part has related components that cannot be reused/ reinstalled; pad type 1, 2, 3. LABOR: Time for R&I does not include removing or replacing double-sided tape. | | | | | |
| 13 | | Repl | RT Wheel opng mldg pad type 1 Japan built | 538530R010 | 1 | 5.92 | 0.0 | 0.0 |
| 14 | | Repl | RT Wheel opng mldg pad type 2 Japan built | 538550R010 | 1 | 1.35 | 0.0 | 0.0 |
| 15 | | Repl | RT Wheel opng mldg pad type 3 Japan built | 5385142260 | 1 | 1.47 | 0.0 | 0.0 |
| 16 | | R&I | RT Mud guard front only | | 0 | 0.00 | 0.2 | 0.0 |
| 17 | **SEATS & TRACKS** | | | | | | | |
| 18 | | R&I | RT R&I front seat | | 0 | 0.00 | 0.4 | 0.0 |
| 19 | | R&I | RT R&I rear seat right side | | 0 | 0.00 | 0.3 | 0.0 |
| 20 | **PILLARS, ROCKER & FLOOR** | | | | | | | |
| 21 | | Blnd | RT Hinge pillar (HSS) | | 0 | 0.00 | 0.0 | 0.8 |
| 22 | | Repl | RT Ctr plr & rocker | 6131142040 | 1 | 295.80 | 16.1 | 2.2 |
| 23 | | Repl | RT Inner center plr (HSS) | 610350R010 | 1 | 360.50 s | 3.0 | 0.8 |
| 24 | | | Overlap Minor Panel | | 0 | 0.00 | 0.0 | -0.2 |
| 25 | | R&I | RT Weatherstrip | | 0 | 0.00 | Incl. | 0.0 |
| 26 | | R&I | RT Under cover front, Japan built | | 0 | 0.00 | 0.2 | 0.0 |
| 27 | | R&I | Under cover rear | | 0 | 0.00 | 0.2 | 0.0 |
| 28 | | R&I | RT Cowl trim | | 0 | 0.00 | 0.1 | 0.0 |
| 29 | | R&I | RT Surround w'strip front door | | 0 | 0.00 | Incl. | 0.0 |
| 30 | | R&I | RT Surround w'strip rear door, Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 31 | | R&I | RT Front sill plate | | 0 | 0.00 | Incl. | 0.0 |
| 32 | | R&I | RT Lwr ctr plr trim Japan built | | 0 | 0.00 | Incl. | 0.0 |
| | | | Note: LABOR: Time is after front and rear sill plates are removed. | | | | | |
| 33 | | R&I | RT Rear sill plate | | 0 | 0.00 | Incl. | 0.0 |
| 34 | * | R&I | Carpet; PULL BACK | | 0 | 0.00 | 0.5 | 0.0 |
| 35 | **FRONT DOOR** | | | | | | | |
| 36 | | Repl | RT Door shell Japan built (HSS) | 6700142140 | 1 | 885.50 | 4.8 | 3.0 |

**Estimate of Record**

**Owner** [redacted] **Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 37 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 1.2 |
| 38 | | R&I | RT Door w'strip | | 0 | 0.00 | Incl. | 0.0 |
| 39 | | Repl | RT Black out tape | 759210R030 | 1 | 32.44 | 0.3 | 0.0 |
| 40 | | Repl | RT Water shield | 678310R041 | 1 | 25.23 | Incl. | 0.0 |
| | | | Note: PARTS: Part cannot be reused/reinstalled. | | | | | |
| 41 | | R&I | RT Belt molding | | 0 | 0.00 | Incl. | 0.0 |
| 42 | | Repl | RT Applique | 757550R010 | 1 | 42.47 | Incl. | 0.0 |
| | | | Note: PARTS: Part cannot be reused/reinstalled. LABOR: Time is after belt molding and run channel are removed. | | | | | |
| 43 | | Repl | RT Lower molding Japan built | 7507342011 | 1 | 261.58 | 0.3 | 0.0 |
| | | | Note: PARTS: Part has related component that cannot be reused/ reinstalled; pad upper, pad lower, pad rear and seal. | | | | | |
| 44 | | R&I | RT R&I mirror as an assy | | 0 | 0.00 | Incl. | 0.0 |
| 45 | | R&I | RT Door glass Toyota Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 46 | | R&I | RT Run channel | | 0 | 0.00 | Incl. | 0.0 |
| 47 | * | R&I | RT Guide channel Japan built | | 0 | 0.00 | <u>0.1</u> | 0.0 |
| 48 | * | R&I | RT Window regulator Japan built from 01/13 | | 0 | 0.00 | <u>Incl.</u> | 0.0 |
| 49 | * | R&I | RT Window motor w/o jam protection | | 0 | 0.00 m | <u>Incl.</u> | 0.0 |
| 50 | | R&I | RT Handle, outside w/o smart entry, Japan built grayish blue | | 0 | 0.00 | Incl. | 0.0 |
| 51 | | R&I | RT Handle base Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 52 | | R&I | RT Lock assy Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 53 | | R&I | RT Upper hinge Japan built | | 0 | 0.00 | 0.3 | 0.0 |
| 54 | | R&I | RT Lower hinge | | 0 | 0.00 | 0.3 | 0.0 |
| 55 | | R&I | RT Check strap Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 56 | | R&I | RT R&I trim panel | | 0 | 0.00 | Incl. | 0.0 |
| 57 | | R&I | RT Corner trim Japan built | | 0 | 0.00 | 0.1 | 0.0 |
| 58 | **REAR DOOR** | | | | | | | |
| 59 | | Repl | RT Door shell Japan built (HSS) | 6700342160 | 1 | 826.11 | 4.5 | 3.0 |
| 60 | | | Overlap Major Adj. Panel | | 0 | 0.00 | 0.0 | -0.4 |
| 61 | | | Add for Clear Coat | | 0 | 0.00 | 0.0 | 0.5 |
| 62 | | R&I | RT Door w'strip | | 0 | 0.00 | Incl. | 0.0 |
| 63 | | Repl | RT Black out tape upper | 759870R050 | 1 | 35.77 | 0.3 | 0.0 |
| 64 | | Repl | RT Water shield | 678410R051 | 1 | 20.34 | Incl. | 0.0 |
| | | | Note: PARTS: Part cannot be reused/reinstalled. | | | | | |
| 65 | | Repl | RT Black out tape lower | 759770R030 | 1 | 16.32 | 0.2 | 0.0 |
| 66 | | R&I | RT Belt molding | | 0 | 0.00 | Incl. | 0.0 |
| 67 | | Repl | RT Lower molding Japan built | 7507742011 | 1 | 158.40 | 0.3 | 0.0 |
| 68 | | Repl | RT Applique | 750750R010 | 1 | 42.47 | Incl. | 0.0 |
| | | | Note: PARTS: Part cannot be reused/reinstalled. | | | | | |
| 69 | | R&I | RT Moveable glass Toyota Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 70 | | R&I | RT Run channel | | 0 | 0.00 | Incl. | 0.0 |
| 71 | * | R&I | RT Division bar Japan built | | 0 | 0.00 | <u>0.2</u> | 0.0 |
| 72 | * | R&I | RT Window regulator Japan built | | 0 | 0.00 | <u>Incl.</u> | 0.0 |

**Estimate of Record**

[redacted] **Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | * | R&I | RT Window motor | | 0 | 0.00 m | Incl. | 0.0 |
| 74 | * | R&I | RT Fixed glass NAGS w/privacy | | 0 | 0.00 | Incl. | 0.0 |
| 75 | | R&I | RT Handle, outside Japan built grayish blue | | 0 | 0.00 | Incl. | 0.0 |
| 76 | | R&I | RT Handle base Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 77 | | R&I | RT Lock assy w/o smart entry Japan built | | 0 | 0.00 | Incl. | 0.0 |
| 78 | | R&I | RT Striker Japan built | | 0 | 0.00 | 0.2 | 0.0 |
| 79 | | R&I | RT Upper hinge Japan built | | 0 | 0.00 | 0.3 | 0.0 |
| 80 | | R&I | RT Lower hinge Japan built | | 0 | 0.00 | 0.3 | 0.0 |
| 81 | | R&I | RT Check strap Japan built | | 0 | 0.00 | 0.2 | 0.0 |
| 82 | | R&I | RT R&I trim panel | | 0 | 0.00 | Incl. | 0.0 |
| 83 | **QUARTER PANEL** | | | | | | | |
| 84 | | Blnd | RT Quarter panel | | 0 | 0.00 | 0.0 | 1.3 |
| 85 | * | R&I | RT Wheelhouse liner | | 0 | 0.00 | 0.3 | 0.0 |
| 86 | | Repl | RT Wheel opng mldg Japan Built | 756050R030 | 1 | 136.74 | 0.4 | 0.0 |
| | | | Note: PARTS: Part cannot be reused/reinstalled and has related components that cannot be reused/reinstalled; pad type 1, 2, 3. LABOR: Time includes R&R/R&I front plate. Time for R&I does not include removing or replacing double-sided tape. | | | | | |
| 87 | **REAR LAMPS** | | | | | | | |
| 88 | | R&I | RT Tail lamp | | 0 | 0.00 | 0.3 | 0.0 |
| 89 | **REAR BUMPER** | | | | | | | |
| 90 | | R&I | R&I bumper cover | | 0 | 0.00 | 1.0 | 0.0 |
| 91 | # | | Corrosion protection | | 1 | 5.00 | 0.0 | 0.0 |
| 92 | # | | Seam sealer | | 1 | 6.00 | 0.0 | 0.0 |
| 93 | # | | Cover car | | 1 | 5.00 | 0.0 | 0.0 |
| 94 | # | | Hazardous waste disposal | | 1 | 3.00 | 0.0 | 0.0 |
| | | | | **SUBTOTALS** | | **3,170.43** | **38.2** | **13.1** |

## NOTES

Estimate Notes:
PURSUANT TO SECTION 2610 OF THE INSURANCE LAW, AN INSURANCE COMPANY CANNOT REQUIRE THAT REPAIRS BE MADE TO A MOTOR VEHICLE IN A PARTICULAR PLACE OR REPAIR SHOP. YOU HAVE THE RIGHT TO HAVE YOUR VEHICLE REPAIRED IN THE SHOP OF YOUR CHOICE

*** THIS IS NOT AN AUTHORIZATION TO REPAIR. ALL REPAIR COSTS ARE THE RESPONSIBILITY OF THE VEHICLE OWNER, WHO ULTIMATELY MUST AUTHORIZE ALL REPAIRS. NO ESTIMATES OR SUPPLEMENTS WILL BE HONORED WITHOUT PRIOR INSPECTION AND AUTHORIZATION.***

*** COPY OF THIS APPRAISAL/SUPPLEMENT ONLY IS NOT AN ACCEPTANCE OF COVERAGE OR LIABILITY. ALL ISSUES OF COVERAGE OR LIABILITY ARE TO BE DETERMINED BY THE INSURANCE COMPANY. ***

Fraud Disclaimer:
ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT.

Alternative Parts Disclaimer:
THIS ESTIMATE MAY HAVE BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE BY THE ORIGINAL MANUFACTURER. PARTS USED IN THE REPAIR OF YOUR VEHICLE BY OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO THE ORIGINAL MANUFACTURER PARTS THEY ARE REPLACING. SUCH PARTS CAN BE IDENTIFIED BY THE LETTER "A" ON THIS ESTIMATE. IF THE USE OF AN AFTERMARKET PART VOIDS THE EXISTING WARRANTY ON THE PART BEING REPLACED OR ON ANY OTHER PART, THE AFTERMARKET PART SHALL HAVE A WARRANTY EQUAL TO OR BETTER THAN THE

**Estimate of Record**

[redacted]

**Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

REMAINDER OF THE EXISTING WARRANTY. THE AFTERMARKET PARTS ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF THE PART AND NOT THE MANUFACTURER OF THE VEHICLE.

## ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 3,170.43 |
| Body Labor | 38.2 hrs | @ | $ 52.00 /hr | 1,986.40 |
| Paint Labor | 13.1 hrs | @ | $ 52.00 /hr | 681.20 |
| Paint Supplies | 13.1 hrs | @ | $ 32.00 /hr | 419.20 |
| Subtotal | | | | 6,257.23 |
| Sales Tax | $ 6,257.23 | @ | 8.0000 % | 500.58 |
| **Total Cost of Repairs** | | | | **6,757.81** |
| **Total Adjustments** | | | | **0.00** |
| **Net Cost of Repairs** | | | | **6,757.81** |

**Estimate of Record**

[redacted]

**Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

This is not an authorization for repairs or a commitment for payment or liability. The vehicle owner must authorize all repairs. The vehicle owner may be responsible for paying betterment on replacement parts that are subject to ordinary wear. Supplemental damage requires prior approval. O.E.M. parts listed unless otherwise indicated. This estimate may have listed parts supplied by a source other than by the original manufacturer of the vehicle. Any warranties that apply to these parts are provided by the manufacturer or distributor of the parts and not by the original manufacturer of the vehicle.

THIS IS NOT AN AUTHORIZATION FOR REPAIR.

SUPPLEMENTS MUST BE APPROVED PRIOR TO REPAIR. IF YOUR CAR IS OF UNITIZED CONSTRUCTION, IN SOME CASES THE REPAIR SHOP MAY NEED SPECIAL EQUIPMENT TO PROPERLY REPAIR THE CAR. YOU SHOULD DETERMINE IF THE SHOP YOU SELECT TO COMPLETE THE REPAIRS IS PROPERLY EQUIPPED.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AFTERMARKET CRASH PARTS. IF THE USE OF AN AFTERMARKET CRASH PART VOIDS THE EXISTING WARRANTY ON THE PART BEING REPLACED OR ANY OTHER PART, THE AFTERMARKET CRASH PART SHALL HAVE A WARRANTY EQUAL TO OR BETTER THAN THE REMAINDER OF THE EXISTING WARRANTY. WARRANTIES APPLICABLE TO THE AFTERMARKET CRASH PARTS ARE PROVIDED BY THE MANUFACTURER OR THE DISTRIBUTOR OF THESE PARTS NOT THE ORIGINAL MANUFACTURER OF YOUR VEHICLE.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

IT IS TO OUR MUTUAL INTEREST THAT YOU RECEIVE PROMPT AND COURTEOUS SERVICE ALONG WITH QUALITY REPAIR WORK AT A FAIR PRICE.

IF YOU HAVE A PREFERENCE FOR A PARTICULAR SHOP, YOUR ADJUSTER WILL WRITE OR APPROVE AN ESTIMATE OF REPAIRS WITH THAT SHOP BASED ON COMPETITIVE PRICES IN THE AREA. INFORMATION REGARDING REPAIR FACILITIES, WHICH MAY BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED AMOUNT, IS AVAILABLE FROM YOUR ADJUSTER OR INSURER. HOWEVER, THERE IS NO REQUIREMENT TO USE ANY SPECIFIED SHOP. COSTS ABOVE THE APPRAISED AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER.

ALL SUPPLEMENTS MUST BE APPROVED PRIOR TO REPAIR.

AFTERMARKET CRASH PARTS ARE IDENTIFIED IN THE ESTIMATE WITH SYMBOL "EC", "EP," (COMPETITIVE PART) AND "EU" (RECYCLED PART). AN "AFTERMARKET CRASH PART" IS A NON-ORIGINAL MANUFACTURER (NON-OEM) REPLACEMENT PART, EITHER NEW OR USED, FOR ANY OF THE NON-MECHANICAL

[redacted] **Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

PARTS THAT GENERALLY CONSTITUTE THE EXTERIOR OF THE MOTOR VEHICLE, INCLUDING INNER AND OUTER PANELS.
NEW, ORIGINAL EQUIPMENT MANUFACTURER, REPLACEMENT PARTS ARE IDENTIFIED BY THE LETTER "E" AND CAN BE LOCATED AT THE ORIGINAL EQUIPMENT MANUFACTURER PARTS DEALER.

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.

You are entitled to the return of all replaced parts, except warranty and exchange parts, but you must ask for them in writing before any work is done. If you authorize work by phone, the shop must keep any replaced parts, and make them available when you pick up the vehicle.

[redacted] **Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ARM8451, CCC Data Date 09/18/2023, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2023 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Intelligent Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.

**Estimate of Record**

[redacted]

**Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

## ALTERNATE PARTS USAGE

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

| | | | | | |
|---|---|---|---|---|---|
| VIN: | [redacted] | Production Date: | 5/2014 | Interior Color: | Neutral |
| License: | | Odometer: | 185,976 | Exterior Color: | Blue |
| State: | NY | Condition: | | | |

| Alternate Part Type | Selection Method | # Of Times Notified Of Available Parts | # Of Parts Selected |
|---|---|---|---|
| Aftermarket | Automatically List | 2 | 0 |
| Optional OEM | Automatically List | 0 | 0 |
| Reconditioned | Automatically List | 0 | 0 |
| Recycled | N/A | 0 | 0 |

[redacted] **Job Number:**

2014 TOYO RAV4 XLE FWD 4D UTV 4-2.5L Gasoline Sequential MPI Blue

## RECALL INFO

[redacted] V 4-2.5L Gasoline Sequential MPI Blue

| | | | | | |
|---|---|---|---|---|---|
| VIN: | [redacted] | Production Date: | 5/2014 | Interior Color: | Neutral |
| License: | KXH8029 | Odometer: | 185,976 | Exterior Color: | Blue |
| State: | NY | Condition: | | | |

The National Highway Transportation and Safety Administration (NHTSA) has issued 3 safety-related recall notice(s) that may apply to the selected vehicle.

**NHTSA ID: 15V144000** **Issued: Mar 3, 15** **Number of Vehicles: 00110085**

STEERING:ELECTRIC POWER ASSIST SYSTEM Toyota Motor Engineering & Manufacturing (Toyota) is recalling certain model year 2015 Camry, Camry Hybrid, Highlander, and Highlander Hybrid, and 2014-2015 Rav4 vehicles. A component of the electric power steering (EPS) electronic control unit (ECU) may have been damaged during the manufacturing process. Over time, this damage may result in failure of the electric power steering system. An unexpected loss of power steering increases the risk of a crash. Toyota will notify owners, and dealers will inspect the serial number of the EPS ECU or steering column assembly. If the number is within the affected range, the EPS ECU will be replaced, free of charge. The recall began on May 7, 2015. Owners may contact Toyota customer service at 1-800-331-4331.

**NHTSA ID: 15V011000** **Issued: Jan 1, 15** **Number of Vehicles: 00001140**

EXTERIOR LIGHTING Southeast Toyota Distributors, LLC (SET) is recalling certain model year 2013-2015 Toyota Rav4 vehicles manufactured June 1, 2013, to December 29, 2014, and equipped with an accessory trailer light module. The software within the module may incorrectly detect an electrical short and preventively turn off the electrical current and the trailer lights. If the system incorrectly detects an electrical short and turns off the trailer lights while the trailer is being towed at night, there is an increased risk of a crash. SET will notify owners, and dealers will replace the trailer light module with a new unit with corrected software, free of charge. The recall began on March 17, 2015. Owners may contact SET customer service at 1-866-405-4226. SET"s number for this recall is SET-15A.

**NHTSA ID: 14V828000** **Issued: Dec 12, 14** **Number of Vehicles: 00003958**

EQUIPMENT Southeast Toyota Distributors, LLC (SET) is recalling certain model year 2014-2015 Toyota 4Runner, Tacoma, FJ Cruiser, Land Cruiser, RAV4, Scion FRS, and XB vehicles. The affected vehicles may have accessories installed by SET, such as running boards or other items, that were incorrectly installed. The accessory attaching fasteners were not tightened with the proper torque, possibly causing the accessory to detach from the vehicle. Accessories that detach from a vehicle may result in a vehicle crash and/or personal injury. SET will notify owners, and dealers will inspect and tighten the affected bolts, free of charge. The recall began February 23, 2015. Owners may contact SET customer service at 1-866-405-4226. SET"s number for this recall is SET-14B.

# NADA

**VEHICLE:** 2014 Toyota RAV4 Utility 4D XLE 2.5L I4

**PERIOD:** September 28, 2023

**VIN:** [redacted]

**BASE MSRP:** $25,000

**WEIGHT:** 3,465

---

| | Rough Trade-In | Average Trading-In | Clean Trade-In | Clean Loan | Clean Retail |
|---|---|---|---|---|---|
| **Base Price** | $10,150 | $11,250 | $12,125 | $10,925 | $14,725 |
| **Mileage (185,976)** | -$3,300 | -$3,300 | -$3,300 | -$3,300 | -$3,300 |
| **Total Base Price** | $6,850 | $7,950 | $8,825 | $7,625 | $11,425 |

## OPTIONS

# CCC ONE MARKET VALUATION REPORT

*Prepared for SEDGWICK*

## REPORT SUMMARY

### CLAIM INFORMATION

| | |
|---|---|
| Owner | [redacted] |
| Loss Vehicle | [redacted] |
| Loss Incident Date | 09/15/2023 |
| Claim Reported | 10/04/2023 |

### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 115402993 |
| Claim Reference | 238034483 |
| Adjuster | Unk |
| Appraiser | Scott D Rose |
| Odometer | 185,976 |
| Last Updated | 10/04/2023 12:49 PM |

### VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 11,006.00** |
| **Adjusted Vehicle Value** | **$ 11,006.00** |
| Vehicular Tax (8%) | + $ 880.48 |
| Tax reflects applicable state, county and municipal taxes. | |
| SALES TAX* | + $ 8.00 |
| **Total** | **$ 11,894.48** |

Adjustments indicated with an Asterisk (*) have been determined by SEDGWICK and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by SEDGWICK.

Loss vehicle has 60% greater than average mileage of 116,500.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology descr bed on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

**Inside the Report**

Valuation Methodology ... 2
Vehicle Information ... 3
Vehicle Condition ... 6
Comparable Vehicles ... 7
Valuation Notes ... 9
Supplemental Information ... 10

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

## How was the valuation determined?

### CLAIM INSPECTION

SEDGWICK has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE. MARKET VALUATION REPORT [redacted]

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | [redacted] |
| VIN | [redacted] |
| Year | 2014 |
| Make | Toyota |
| Model | RAV4 |
| Trim | XLE |
| Body Style | FWD |
| Body Type | Sports Utility |
| Engine - | |
| Cylinders | 4 |
| Displacement | 2.5L |
| Fuel Type | Gasoline |
| Carburation | Sequential MPI |
| Transmission | Automatic Transmission |
| Curb Weight | 3465 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 2 Vehicle Market History Information | 08/05/2019 |
| Experian AutoCheck | No Title Problem Found | |
| National Highway Traffic Safety Administration | 3 Recalls | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE MARKET VALUATION REPORT [redacted]

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 185,976 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Trunk/Liftgate | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Navigation System | Additional |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| **Seating** | Cloth Seats | ✓ |
| | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Satellite Radio | ✓ |
| **Wheels** | Aluminum/Alloy Wheels | ✓ |

To the left is the equipment of the loss vehicle that SEDGWICK provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Roof** | Electric Glass Roof | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Positraction | ✓ |
| | Backup Camera | ✓ |
| | Hands Free | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Privacy Glass | ✓ |
| | Fog Lamps | ✓ |
| | Luggage/Roof Rack | ✓ |
| | Rear Spoiler | ✓ |
| | Rear Window Wiper | ✓ |
| | Signal Integrated Mirrors | ✓ |
| | Clearcoat Paint | ✓ |
| **Other - Trucks** | California Emissions | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| Mechanical | MODERATE WEAR | No Comments | $ 0 |
| Body/Glass | MODERATE WEAR | No Comments | $ 0 |
| Paint | MODERATE WEAR | No Comments | $ 0 |
| Interior | MODERATE WEAR | No Comments | $ 0 |
| Tires | MODERATE WEAR | No Comments | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

SEDGWICK uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Moderate Wear condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE MARKET VALUATION REPORT [redacted]

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Odometer | 185,976 | 101,693 | 103,568 |
| Automatic Transmission | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ |
| Power Trunk/Liftgate | ✓ | ✗ | ✗ |
| Air Conditioning | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✗ | ✗ |
| Tilt Wheel | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ |
| Navigation System | ✓ | ✗ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ |
| Cloth Seats | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✗ | ✗ |
| Wheel Covers | ✗ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✗ | ✗ |
| Electric Glass Roof | ✓ | ✗ | ✗ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ |

**Comp 1** Updated Date: 05/07/2023
**2015 Toyota Rav4 Le Fwd 4 2.5l Gasoline Sequential Mpi**
**VIN** JTMZFREV3FJ049131
**Dealership** Victory Ford Hyundai Toyota
**Telephone** (440) 276-6434
**Source** Autotrader
**Stock #** 74C04007
**Distance from Brocton, NY**
81 Miles - Jefferson, OH

**Comp 2** Updated Date: 07/30/2023
**2015 Toyota Rav4 Le Fwd 4 2.5l Gasoline Sequential Mpi**
**VIN** JTMZFREV7FJ037838
**Dealership** Scheidemantle Motors
**Telephone** (724) 962-5733
**Source** Autotrader
**Stock #** C1888A
**Distance from Brocton, NY**
95 Miles - Hermitage, PA

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Moderate Wear condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE MARKET VALUATION REPORT [redacted]

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 |
|---|---|---|---|
| Positraction | ✓ | ✗ | ✗ |
| Backup Camera | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✗ | ✗ |
| Privacy Glass | ✓ | ✓ | ✓ |
| Fog Lamps | ✓ | ✗ | ✗ |
| Luggage/Roof Rack | ✓ | ✓ | ✓ |
| Rear Spoiler | ✓ | ✓ | ✓ |
| Rear Window Wiper | ✓ | ✓ | ✓ |
| Signal Integrated Mirrors | ✓ | ✗ | ✗ |
| Clearcoat Paint | ✓ | ✓ | ✓ |
| Metallic Paint | ✗ | ✓ | ✗ |
| California Emissions | ✓ | ✓ | ✓ |
| **List Price** | | $ 16,304 | $ 15,546 |
| **Adjustments:** | | | |
| Make/Model/Trim | | - $ 275 | - $ 275 |
| Options | | + $ 350 | - $ 50 |
| Mileage | | - $ 3,249 | - $ 3,077 |
| Condition[1] | | - $ 1,581 | - $ 1,581 |
| **Adjusted Comparable Value** | | **$ 11,549** | **$ 10,563** |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION NOTES

10/04/2023 12:48 - THE VALUATION DESCRIBED ABOVE WAS THE BEST AVAILABLE METHOD TO DETERMINE THE VALUE OF THE LOSS VEHICLE, AS PROVIDED IN NEW YORK REGULATION 64 SECTION 216.7 (C)(1)(V).

This Market Valuation Report has been prepared exclusively for use by SEDGWICK, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include New York Regulation 11 NY ADC 216.7, Regulation 64

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### Vehicle Market History Information:

| | |
|---|---|
| This vehicle was reported to CCC on 09/01/2019 | Mileage: 82964 |
| Location: in TAMPA, FL | |
| This vehicle was reported to CCC on 08/05/2019 | Mileage: 82964 |
| Location: AutoTrader in TAMPA, FL | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE MARKET VALUATION REPORT [redacted]

# SUPPLEMENTAL INFORMATION

## EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | ✓ | No Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ✓ | No Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | ✓ | No Rental Record Found |
| Fleet and/or Rental | ✓ | No Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | ✓ | No Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides SEDGWICK information reported by Experian regarding the **2014 Toyota RAV4 (JTMWFREV9ED039039)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**

- ✓ No Event Found
- ⛔ Event Found
- 📋 Information Needed

**TITLE CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no vehicle information that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**ODOMETER CHECK**

THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE. MARKET VALUATION REPORT [redacted]

# SUPPLEMENTAL INFORMATION

## FULL HISTORY REPORT RUN DATE: 10/04/2023

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 06/30/2014 | | | Independent Source | Vehicle Manufactured and Shipped to Dealer |
| 06/30/2014 | FL | | Independent Source | Vehicle Manufactured and Shipped to Dealer |
| 07/23/2014 | TAMPA, FL | 1 | Dealer Service | Accessories Serviced or Installed |
| 07/23/2014 | TAMPA, FL | | Dealer Service | Recommended Maintenance Performed |
| 07/23/2014 | TAMPA, FL | | Dealer Service | Electrical System Serviced |
| 07/23/2014 | TAMPA, FL | | Dealer Service | Tires or Wheels Service Performed |
| 07/23/2014 | TAMPA, FL | 4 | Dealer Service | Vehicle Serviced |
| 07/23/2014 | TAMPA, FL | | Dealer Service | Promotional Service Performed |
| 07/25/2014 | TAMPA, FL | | Dealer Service | Vehicle Serviced |
| 08/14/2014 | FL | 14 | Motor Vehicle Dept. | Odometer Reading from DMV |
| 08/14/2014 | APOLLO BEACH, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 08/15/2014 | TAMPA, FL | 15 | Dealer Service | Vehicle Detailed |
| 08/26/2014 | APOLLO BEACH, FL | | Motor Vehicle Dept. | Title (Lien Reported) |
| 12/05/2014 | TAMPA, FL | 5129 | Dealer Service | Multiple Point Vehicle Inspection |
| 12/05/2014 | TAMPA, FL | | Dealer Service | Recommended Maintenance Performed |
| 12/05/2014 | TAMPA, FL | | Dealer Service | Brakes Serviced |
| 12/05/2014 | TAMPA, FL | | Dealer Service | Tires or Wheels Service Performed |
| 12/05/2014 | TAMPA, FL | | Dealer Service | Lube, Oil And/Or Filter Changed |
| 12/05/2014 | TAMPA, FL | | Dealer Service | Vehicle Fluids Serviced |
| 12/05/2014 | TAMPA, FL | | Dealer Service | Promotional Service Performed |
| 01/02/2015 | APOLLO BEACH, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 03/25/2015 | TAMPA, FL | 10891 | Dealer Service | Steering System Serviced |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Cooling System Serviced |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Heat or Air Conditioning Serviced |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE. MARKET VALUATION REPORT [redacted]

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 03/25/2015 | TAMPA, FL | | Dealer Service | Multiple Point Vehicle Inspection |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Recommended Maintenance Performed |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Exhaust System Serviced |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Brakes Serviced |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Suspension Serviced |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Tires or Wheels Service Performed |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Lube, Oil And/Or Filter Changed |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Vehicle Fluids Serviced |
| 03/25/2015 | TAMPA, FL | | Dealer Service | Promotional Service Performed |
| 07/20/2015 | TAMPA, FL | 17782 | Dealer Service | Multiple Point Vehicle Inspection |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Recommended Maintenance Performed |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Brakes Serviced |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Electrical System Serviced |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Tires or Wheels Service Performed |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Lube, Oil And/Or Filter Changed |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Vehicle Fluids Serviced |
| 07/20/2015 | TAMPA, FL | | Dealer Service | Promotional Service Performed |
| 12/01/2015 | TAMPA, FL | 22976 | Dealer Service | Multiple Point Vehicle Inspection |
| 12/01/2015 | TAMPA, FL | | Dealer Service | Recommended Maintenance Performed |
| 12/01/2015 | TAMPA, FL | | Dealer Service | Brakes Serviced |
| 12/01/2015 | TAMPA, FL | | Dealer Service | Tires or Wheels Service Performed |
| 12/01/2015 | TAMPA, FL | | Dealer Service | Lube, Oil And/Or Filter Changed |
| 12/01/2015 | TAMPA, FL | | Dealer Service | Vehicle Fluids Serviced |
| 12/01/2015 | TAMPA, FL | | Dealer Service | Promotional Service Performed |
| 01/06/2016 | APOLLO BEACH, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 01/12/2017 | APOLLO BEACH, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 01/05/2018 | RUSKIN, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 01/10/2019 | RUSKIN, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 08/31/2019 | TAMPA, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 09/02/2019 | FORT PIERCE, FL | 82964 | Dealer Record | Vehicle in Dealer Inventory |
| 01/24/2020 | TAMPA, FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 01/14/2021 | FL | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 11/18/2021 | | | Manufacturer | Manufacturer Service Bulletin |
| 07/06/2023 | NY | 178662 | Motor Vehicle Dept. | Passed Emission Inspection |
| 07/06/2023 | NY | | Motor Vehicle Dept. | Passed Safety Inspection |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond he reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to he personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE. MARKET VALUATION REPORT [redacted]

# SUPPLEMENTAL INFORMATION

The National Highway Traffic Safety Administration has issued 3 safety related recall notices that may apply to the above valued vehicle.

## NHTSA VEHICLE RECALL

**NHTSA Campaign ID :** 15V011000

**Mfg's Report Date :** JAN 15, 2015

**Component :** EXTERIOR LIGHTING

**Potential Number Of Units Affected :** 1140

**Summary :** Southeast Toyota Distributors, LLC (SET) is recalling certain model year 2013-2015 Toyota Rav4 vehicles manufactured June 1, 2013, to December 29, 2014, and equipped with an accessory trailer light module. The software within the module may incorrectly detect an electrical short and preventively turn off the electrical current and the trailer lights.

**Consequence :** If the system incorrectly detects an electrical short and turns off the trailer lights while the trailer is being towed at night, there is an increased risk of a crash.

**Remedy :** SET will notify owners, and dealers will replace the trailer light module with a new unit with corrected software, free of charge. The recall began on March 17, 2015. Owners may contact SET customer service at 1-866-405-4226. SET's number for this recall is SET-15A.

**Dates Of Manufacture :** MAY 31, 2013 to DEC 28, 2014

**Manufacturer Recall No. :** SET-15A

---

**NHTSA Campaign ID :** 14V828000

**Mfg's Report Date :** DEC 29, 2014

**Component :** EQUIPMENT

**Potential Number Of Units Affected :** 3958

**Summary :** Southeast Toyota Distributors, LLC (SET) is recalling certain model year 2014-2015 Toyota 4Runner, Tacoma, FJ Cruiser, Land Cruiser, RAV4, Scion FRS, and XB vehicles. The affected vehicles may have accessories installed by SET, such as running boards or other items, that were incorrectly installed. The accessory attaching fasteners were not tightened with the proper torque, possibly causing the accessory to detach from the vehicle.

**Consequence :** Accessories that detach from a vehicle may result in a vehicle crash and/or personal injury.

**Remedy :** SET will notify owners, and dealers will inspect and tighten the affected bolts, free of charge. The recall began February 23, 2015. Owners may contact SET customer service at 1-866-405-4226. SET's number for this recall is SET-14B.

**Dates Of Manufacture :** MAY 31, 2013 to DEC 16, 2014

**Manufacturer Recall No. :** SET-14B

---

**NHTSA Campaign ID :** 15V144000

**Mfg's Report Date :** MAR 12, 2015

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# SUPPLEMENTAL INFORMATION

**Component :** STEERING:ELECTRIC POWER ASSIST SYSTEM

**Potential Number Of Units Affected :** 110085

**Summary :** Toyota Motor Engineering & Manufacturing (Toyota) is recalling certain model year 2015 Camry, Camry Hybrid, Highlander, and Highlander Hybrid, and 2014-2015 Rav4 vehicles. A component of the electric power steering (EPS) electronic control unit (ECU) may have been damaged during the manufacturing process. Over time, this damage may result in failure of the electric power steering system.

**Consequence :** An unexpected loss of power steering increases the risk of a crash.

**Remedy :** Toyota will notify owners, and dealers will inspect the serial number of the EPS ECU or steering column assembly. If the number is within the affected range, the EPS ECU will be replaced, free of charge. The recall began on May 7, 2015. Owners may contact Toyota customer service at 1-800-331-4331.

**Dates Of Manufacture :** AUG 17, 2014 to NOV 20, 2014

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# CCC ONE MARKET VALUATION SUMMARY

*Prepared for SEDGWICK*

# REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | [redacted] |
| Loss Vehicle | [redacted] |
| Loss Incident Date | 09/15/2023 |
| Claim Reported | 10/04/2023 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 115402993 |
| Claim Reference | 238034483 |
| Adjuster | Unk |
| Appraiser | Scott D Rose |
| Odometer | 185,976 |
| Last Updated | 10/04/2023 12:49 PM |

## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 11,006.00** |
| **Adjusted Vehicle Value** | **$ 11,006.00** |
| Vehicular Tax (8%) | + $ 880.48 |
| Tax reflects applicable state, county and municipal taxes. | |
| SALES TAX* | + $ 8.00 |
| **Total** | **$ 11,894.48** |

Adjustments indicated with an Asterisk (*) have been determined by SEDGWICK and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Summary reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by SEDGWICK.

Loss vehicle has 60% greater than average mileage of 116,500.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology descr bed on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

## Inside the Report

Valuation Methodology ........ 2
Vehicle Information ........ 3
Vehicle Condition ........ 6
Comparable Vehicles ........ 7

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

**How was the valuation determined?**

### CLAIM INSPECTION

SEDGWICK has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE MARKET VALUATION SUMMARY | [redacted]

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | [redacted] |
| VIN | |
| Year | 2014 |
| Make | Toyota |
| Model | RAV4 |
| Trim | XLE |
| Body Style | FWD |
| Body Type | Sports Utility |
| Engine - | |
| Cylinders | 4 |
| Displacement | 2.5L |
| Fuel Type | Gasoline |
| Carburation | Sequential MPI |
| Transmission | Automatic Transmission |
| Curb Weight | 3465 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and condition, and to verify that the information accurately reflects the options, additional equipment, refurbishments or other aspects of the loss vehicle that may impact the value.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 185,976 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Trunk/Liftgate | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Navigation System | Additional |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| **Seating** | Cloth Seats | ✓ |
| | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Satellite Radio | ✓ |
| **Wheels** | Aluminum/Alloy Wheels | ✓ |

To the left is the equipment of the loss vehicle that SEDGWICK provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

**Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Roof** | Electric Glass Roof | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Positraction | ✓ |
| | Backup Camera | ✓ |
| | Hands Free | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Privacy Glass | ✓ |
| | Fog Lamps | ✓ |
| | Luggage/Roof Rack | ✓ |
| | Rear Spoiler | ✓ |
| | Rear Window Wiper | ✓ |
| | Signal Integrated Mirrors | ✓ |
| | Clearcoat Paint | ✓ |
| **Other - Trucks** | California Emissions | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| Mechanical | MODERATE WEAR | No Comments | $ 0 |
| Body/Glass | MODERATE WEAR | No Comments | $ 0 |
| Paint | MODERATE WEAR | No Comments | $ 0 |
| Interior | MODERATE WEAR | No Comments | $ 0 |
| Tires | MODERATE WEAR | No Comments | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

SEDGWICK uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Moderate Wear condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# COMPARABLE VEHICLES

## COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 1**<br>Source: Autotrader<br>Victory Ford Hyundai Toyota<br>Jefferson, OH<br>(440) 276-6434<br>81 Miles From Brocton, NY | **2015 Toyota Rav4 Le Fwd 4 2.5l Gasoline Sequential Mpi**<br>Odometer: 101,693<br>VIN: JTMZFREV3FJ049131<br>Stock #: 74C04007<br>Updated Date: 05/07/2023 | $ 16,304 (List) | $ 11,549 |
| **Comp 2**<br>Source: Autotrader<br>Scheidemantle Motors<br>Hermitage, PA<br>(724) 962-5733<br>95 Miles From Brocton, NY | **2015 Toyota Rav4 Le Fwd 4 2.5l Gasoline Sequential Mpi**<br>Odometer: 103,568<br>VIN: JTMZFREV7FJ037838<br>Stock #: C1888A<br>Updated Date: 07/30/2023 | $ 15,546 (List) | $ 10,563 |

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Take Price** is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

**Adjusted Comparable Value** represents the price of the comparable vehicle with adjustments for options, mileage, condition, and year/model/trim as compared to the loss vehicle.

A condition adjustment is also made to set the comparable vehicle to Moderate Wear condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

CCC ONE MARKET VALUATION SUMMARY

*Prepared for SEDGWICK*

# REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | [redacted] |
| Loss Vehicle | 2014 Toyota RAV4 XLE FWD |
| Loss Incident Date | 09/15/2023 |
| Claim Reported | 10/04/2023 |

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 115402993 |
| Claim Reference | 238034483 |
| Adjuster | Unk |
| Appraiser | Scott D Rose |
| Odometer | 185,976 |
| Last Updated | 10/04/2023 12:49 PM |

## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 11,006.00** |
| **Adjusted Vehicle Value** | **$ 11,006.00** |
| Vehicular Tax (8%) | + $ 880.48 |
| Tax reflects applicable state, county and municipal taxes. | |
| SALES TAX* | + $ 8.00 |
| **Total** | **$ 11,894.48** |

Adjustments indicated with an Asterisk (*) have been determined by SEDGWICK and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

The CCC ONE® Market Valuation Summary reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by SEDGWICK.

Loss vehicle has 60% greater than average mileage of 116,500.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology descr bed on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

**Inside the Report**

Valuation Methodology..........2
Vehicle Information..........3
Vehicle Condition..........6
Comparable Vehicles..........7

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# VALUATION METHODOLOGY

### How was the valuation determined?

## CLAIM INSPECTION

SEDGWICK has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.

## DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

## SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.

## CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle’s primary garage location
- Recency of information

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.