**Archived:** Thursday, April 3, 2025 4:19:18 PM
**From:** Russell, Gary
**Sent:** boundary="_004_DU2PR02MB768667B6EB791BBDA51B2296FC309DU2PR02MB7686eurp_"; type="multipart/alternative"MIME
**To:** Cruz, Armando; DeCorte, Kevin C; Brooks, Shamond; Bajorek, Jessica
**Cc:** Irby, Jason
**Subject:** Re: SFO high idle vehicles / Missing Checklist
**Sensitivity:** Normal

---

Thanks Armando-

Jessica fyi

**Gary Russell** | Northwest Regional Security Manager
Avis Budget Group, Inc.
513 Eccles St, South San Francisco, Ca 94080
Cell: (650) 444-5178
Fax: (303) 824-2898
Gary.Russell@avisbudget.com

-

**If you want to GO somewhere in your career, Avis Budget Group is the place to be!**
**Get your go on.® Visit avisbudgetgroup.jobs.**

---

**From:** Cruz, Armando <Armando.Cruz@avisbudget.com>
**Sent:** Tuesday, October 25, 2022 9:06:43 PM
**To:** DeCorte, Kevin C <Kevin.DeCorte@avisbudget.com>; Russell, Gary <Gary.Russell@avisbudget.com>; Brooks, Shamond <Shamond.Brooks@avisbudget.com>
**Cc:** Irby, Jason <Jason.Irby2@avisbudget.com>
**Subject:** Re: SFO high idle vehicles / Missing Checklist

Hi Gary,

MVA98380634 was on hand at OW1/Oakland Salvage on 8/22/22. Then transferred to TY0 same day.

MVA97878342 has been reported to SFOPD tonight 10/25/22 and given case# 22-29857.

Having network issues and not able to enter it in portal.

Armando

---

**From:** DeCorte, Kevin C <Kevin.DeCorte@avisbudget.com>
**Sent:** Tuesday, October 25, 2022 9:22:32 AM
**To:** Russell, Gary <Gary.Russell@avisbudget.com>; Cruz, Armando <Armando.Cruz@avisbudget.com>; Brooks, Shamond <Shamond.Brooks@avisbudget.com>
**Cc:** Irby, Jason <Jason.Irby2@avisbudget.com>
**Subject:** Re: SFO high idle vehicles / Missing Checklist

Will do.

---

**From:** Russell, Gary <Gary.Russell@avisbudget.com>
**Sent:** Tuesday, October 25, 2022 8:56:45 AM
**To:** Cruz, Armando <Armando.Cruz@avisbudget.com>; Brooks, Shamond <Shamond.Brooks@avisbudget.com>
**Cc:** Irby, Jason <Jason.Irby2@avisbudget.com>; DeCorte, Kevin C <Kevin.DeCorte@avisbudget.com>
**Subject:** RE: SFO high idle vehicles / Missing Checklist

Good morning Gents-

Time has expired on these two cars. If you have not found anything on them someone needs to get them reported today. Please advise.

Thanks

Gary

**From:** Russell, Gary
**Sent:** Tuesday, October 11, 2022 12:15 PM
**To:** Cruz, Armando <Armando.Cruz@avisbudget.com>; Brooks, Shamond <Shamond.Brooks@avisbudget.com>
**Cc:** Irby, Jason <Jason.Irby2@avisbudget.com>; DeCorte, Kevin C <Kevin.DeCorte@avisbudget.com>
**Subject:** RE: SFO high idle vehicles / Missing Checklist

Good afternoon SFO team-

Any new information on these two MVA's?

98978342
98380634

We have had a few issues with cars on bad paper in the past. I don't like to leave cars in missing status for this long but I do not want to have a good customer pulled out at gunpoint. Kevin both if these cars are not back by Friday I would like to report. Please have your team run through these one more time.

Thanks,

Gary

---

**From:** Cruz, Armando <Armando.Cruz@avisbudget.com>
**Sent:** Tuesday, August 2, 2022 11:01 AM
**To:** Russell, Gary <Gary.Russell@avisbudget.com>
**Cc:** Calderon, Ramon <Ramon.Calderon@avisbudget.com>; Irby, Jason <Jason.Irby2@avisbudget.com>
**Subject:** FW: SFO high idle vehicles / Missing Checklist

Hi Gary,

Here are the missing checklist for the 3 high idle vehicles.

MVA#98978342

MVA#97659085

MVA#95837420

---

**From:** Cruz, Armando
**Sent:** Monday, August 01, 2022 3:50 PM
**To:** Russell, Gary <Gary.Russell@avisbudget.com>
**Subject:** SFO high idle vehicles.

FYI

MVA#**98978342** Black Nissan Altima missing since 6/26/22.

- it was parked at kaiser in Antioch for a bit on 7/13/22.
- Last hit was in Vallejo on 7/30/22.
- Missing Checklist will be completed tomorrow.

MVA##**97659085** Black compass missing since 7/2/22.

- Last seen 7/10/22 on W/B 50 in South Lake Tahoe
- Missing Check list will be completed tomorrow.

Armando Cruz
SFO Production Manager
780 McDonnell Road, 3rd floor
San Francisco, CA 94128
avis budget group

**Archived:** Thursday, April 3, 2025 4:19:21 PM
**From:** Filenet Support
**Sent:** Sun, 21 Aug 2022 16:31:06
**To:** Dean, Aimee; Manuel, Amber; Bajorek, Jessica; Pearson, Danny; Towner, Antionette; Tucker, Alisa; Reid, Douglas; Johnson, Carlene; Myers, Jeff; Russell, Gary; Keith.Vecci@avisbudget.com; Parker, Mahalia
**Subject:** Stolen Vehicle by ABG Response Copy for MVA : 98978342
**Sensitivity:** Normal

---

Please note, the below relevant details :
Date of Theft :2022-06-26
Region :Western
MVA Number :98978342
Brand :Avis
License Plate # :8ZXZ692
LP State:CA
Vin :1N4BL4DV1NN352971
Make :NISSAN
Model :ALTIMA
Year :2022
Color :BLK - Black
Location Mne :SFO
Desc of Vehicle Stolen :MISSING FROM CONTROL, IT HAS NOT BEEN INVENTORY SINCE 6/26/22.
Itemized Vehicle Search Details :Verified disposition with last driver,Checked Repair Shops,Checked Turn Back Facilities,Checked VAB Title Section to ensure title is still on file.,Checked vehicle storage areas,Checked accident/breakdown logs
Who completed search? :ARMANDO CRUZ
Police Reported :N
Department Name :N/A
Police Report Number :N/A
Report Date :
Case no :N/A
Reported by :ARMANDO CRUZ
Authorized by :GARY RUSSELL
ABG Employee :armando.cruz@avisbudget.com
Last Renter Contacted? :Y
Last Renter Phone No :9177274635
Notes :PLEASE PLACE IN MISSING STATUS. MISSING CHECKLIST SENT TO SECURITY MANAGER.

---