UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVIA TURNER-GRAY,

Plaintiff,

vs. No. 3:23-cv-05507-SI

AVIS BUDGET CAR RENTAL, LLC, et al.,

Defendants.

____________________________/

REMOTE VIDEOTAPED RULE 30(b)(6) DEPOSITION OF

DYLAN HAFNER

Taken before LISA LOUNDAGIN

Certified Shorthand Reporter

State of California

CSR 9213

Friday, July 17, 2026

15:12:39 will elapse before it's determined to at least be missing?

15:12:43 A Yeah, so we have a report that shows vehicles

15:12:48 that have not been inventoried in 30 days. Those are the
15:12:51 units typically where we are starting the process on doing
15:12:55 a missing vehicle checklist.
15:12:56 Q Okay. So 30 -- and I'm just throwing this
15:13:00 number out 'cause I think that's what you're saying.
15:13:02 It might be 30 days before, "Hey, this vehicle
15:13:05 isn't doing anything, and it's not here. It's somewhere,
15:13:08 but it's not here, and we might need to do something about
15:13:11 it"? Am I kind of getting the gist of it?
15:13:15 A Yeah, sometimes 30. Like I said, sometimes it
15:13:17 is quicker if we have reason to believe that the vehicle's
15:13:21 missing prior, but, yes, it may very well be that we don't
15:13:26 start working a vehicle as missing until it is 30 days.
15:13:31 Q Okay. Do you have geofencing -- and forgive me.
15:13:35 There are different words for it. I'm calling it
15:13:37 geofencing, but I'm gonna paraphrase it or try to describe
15:13:40 it.
15:13:41 When a car leaves the area of Avis or least the
15:13:46 rental car center at SFO, does anyone get an alert that a
15:13:51 vehicle is leaving the spatial area without a rental --
15:13:56 and there's no rental car contract connected to that
15:13:59 vehicle?
15:14:00 MS. MEYERS: In 2022 or now?

15:14:02 MS. TURNER-GRAY: In 2022. In 2022.

15:14:04 MS. MEYERS: Go ahead.

16:34:33 MS. MEYERS: In 2022?

16:34:35 MS. TURNER-GRAY: For 2022.

16:34:37 MS. MEYERS: Okay.

16:34:37 MS. TURNER-GRAY: For 2022, for the year 2022.

16:34:42 Q Does Avis track instances where a vehicle was reported stolen to law enforcement and later deemed to have been lawfully rented or possessed?

16:34:50 MS. MEYERS: Objection. Vague and ambiguous. What?

16:34:51 MS. TURNER-GRAY: I don't know. I mean, I'm putting it in a nicer way.

16:34:57 Q Do you -- do you track the times when the vehicle is reported stolen, but it -- through the law enforcement officers, but ultimately, it's found that the person legitimately rented the vehicle? Do you track that as a number, however you track it? Do you track that?

16:35:16 MS. MEYERS: Same objection.

16:35:19 THE WITNESS: Yeah, I mean, we track anytime that someone is arrested in a vehicle. To get as granular as if there were any false arrests, I don't know what reporting could show that.

16:35:29 MS. TURNER-GRAY: Q. When a vehicle is reported stolen -- when a vehicle reported stolen is recovered, and

16:35:38 it turns out to have been rented, the police report has to
16:35:42 be rescinded, and the stolen vehicle alert system, the

16:35:46 alert that alerted the police that the car was stolen has
16:35:50 to be removed, and the NCIC entries have to be removed.
16:35:54 Who typically handles pulling those alerts off of that
16:35:59 vehicle? Do you know?
16:36:01 A Yeah, we send that to the security team.
16:36:04 Q Is that Gary Russell, or is that someone else?
16:36:08 A Yeah, Gary Russell.
16:36:10 Q Does he do the removals himself, or does he
16:36:15 transmit that to his colleagues back in wherever they are?
16:36:20 I keep thinking Newport Beach, Virginia, but wherever his
16:36:24 colleagues are.
16:36:26 A I believe from there, like, the actual alert
16:36:30 removal comes from VIB.
16:36:35 Q Okay. Does Avis maintain a security incident
16:36:41 database or loss prevention case management system dealing
16:36:47 with missing and stolen -- just separately as a -- I don't
16:36:50 even know if I should call it separately. However it
16:36:53 exists, do you maintain a database of cars that are
16:36:57 involved in a security incident or in a loss prevention
16:37:00 case?
16:37:00 A Yeah, I'm sure, like, all those vehicles are in
16:37:05 the scope of -- of Gary's purview.
16:37:07 Q Okay. I know that Gary handles it 'cause he's

16:37:20 information on the -- on the lost or stolen vehicle?
16:37:25 A I don't know what portal or what database. I
16:37:32 don't know the interface that's used to house it.
16:37:36 Q But you know that -- you don't know how it's
16:37:40 housed, but you know that it exists somehow, somewhere in
16:37:44 Gary's universe?
16:37:45 A Yeah, like, every single one of our vehicles has
16:37:49 a vehicle history, and so we could pull, you know, any
16:37:52 number of vehicles and be able to pull accident reports or
16:37:57 missing vehicle reports from that.
16:38:00 Q Do you access that by the asset number or the
16:38:04 vehicle -- what do you call it? The MVA, the vehicle
16:38:09 asset number?
16:38:09 A Mm-hmm, yes.
16:38:10 Q Does that number ever -- does -- do those
16:38:13 reports with that type of information stay in the system
16:38:16 for the duration that you have the vehicle, that you own
16:38:20 the vehicle or you're operating the vehicle for business?
16:38:24 A Yeah.
16:38:25 Q Okay. Does Avis's legal or claims department
16:38:43 also track the claims, demands, or lawsuits alleging false
16:38:48 arrests from vehicle theft reports?
16:38:50 A Could you rephrase that? I'm not sure I

16:38:55 understand.

16:38:55 Q Usually, it's the claims department. There's --

16:39:03 there is a claims department in association with Avis
16:39:07 Budget Car Rental, slash, and/or Avis Budget Group,
16:39:10 Incorporated, that tracks claims of these allegedly stolen
16:39:17 vehicles that turn out to not be stolen, so I'm -- and I
16:39:22 know that because I was contacted by someone.
16:39:24 So I'm asking you do you know from your -- your
16:39:31 experience as a -- as a district manager -- maybe the
16:39:35 better way I should say it, have you ever interfaced with
16:39:38 the claims department in relation to the -- a claim of a
16:39:42 vehicle that was reported as stolen that actually was not?
16:39:47 A No.
16:39:48 Q Have you ever heard of it, the claims
16:39:53 department?
16:39:53 A Yeah, like, we do have a claims department, but
16:39:56 their scope is really not something I interact with. Like
16:39:59 once --
16:39:59 Q Okay.
16:40:01 A -- they pick up the claim from us, there's very
16:40:04 minimal interaction.
16:40:05 Q Okay. So the next question is a follow-up.
16:40:09 When there's a case like mine where the ve -- you know,
16:40:13 vehicle was reported as stolen, the vehicle was rented, do
16:40:16 you either yourself -- do you notify the claims department

16:40:21 that this claim of -- you know, this claim that this
16:40:26 vehicle was -- this person was falsely arrested or the

16:40:28 vehicle was falsely reported as stolen, do you initiate at
16:40:32 least -- I don't know. I don't want to call it initiate,
16:40:36 but do you -- do you inform claims that this event
16:40:42 happened so that they can pick it up and do whatever they
16:40:44 do with it?
16:40:45 A Yeah, either myself or the -- or the security
16:40:51 team.
16:40:51 Q Okay. You said that you guys are self-insured.
16:41:00 Does that self-insurance, Avis Budget Group's
16:41:04 self-insurance arm, I'll call it self-insurance -- does it
16:41:09 have a name?
16:41:09 A No.
16:41:15 Q Okay. When you contact to let them know -- when
16:41:18 you contact them to let them know that there may be an
16:41:21 issue with this vehicle, how do you contact them? Like
16:41:24 how do you know even who to call?
16:41:26 A There's -- there would either be a email box for
16:41:32 them or someone who works in that department that we would
16:41:35 reach out to.
16:41:36 Q Is the name of it Sedgwick, Sedg -- Sedgwick?
16:41:42 A Yes, Sedgwick is one of our vendors that we use
16:41:46 to manage our claims.
16:41:47 Q Okay. Fair enough.

16:42:02 A Their vendor manages like -- like vehicle damage
16:42:08 incidents. The claim that you might be referring to where

it comes to like legal, I don't --

Q Mm-hmm.

A That wouldn't be handled by Sedgwick.

Q Sedgwick contacted me years ago on this matter, but we'll -- we'll figure it out.

Is there any periodic report, either monthly, quarterly, or annually -- is there a -- is there a periodic report? And I'm saying by periodic either monthly, quarterly, or annually -- by loss prevention or someone with a similar purpose that states the number of vehicles reported stolen and the number of vehicles recovered as rented, against the number of vehicles recovered as rented? And I can restate that because that sounds funny. I'm gonna go ahead and restate that. It sounds a little off.

Do you guys generate -- do you as a manager or anyone in Avis Budget Car Rental, in their universe -- that includes the security team. Do you -- is there a report that circulates somewhere that shows the number of vehicles that was reported stolen and the number of vehicles recovered as rented, those two numbers against each other or those two numbers in a report?

A Even when we do have annual -- we do go over

16:43:31 annual statistics for stolen vehicles. To get as granular
16:43:35 as vehicles that were reported stolen inaccurately, no, I

STATE OF CALIFORNIA )
COUNTY OF ALAMEDA )

I hereby certify that the witness in the foregoing deposition, DYLAN HAFNER, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place herein via an electronic format; and that the deposition is a true record of the witness's testimony as reported by me, a duly certified shorthand reporter and a disinterested person, to the best of my ability, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of the said action, nor connected with nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this July 23, 2026.

Reading and signing was __ requested __ waived _X_ not requested.

______________________________

LISA LOUNDAGIN, CSR NO. 9213