Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Telephone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br>Plaintiff,<br>v.<br>AVIS BUDGET CAR RENTAL, LLC,<br>JOHN DOES 1 through 50,<br>Defendants. | Case No. 3:23-cv-05507-TSH<br>[Hon. Thomas S. Hixson]<br>**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF PLAINTIFF'S REQUEST FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS** |

## DECLARATION OF AVIA TURNER-GRAY

I, Avia Turner-Gray, declare as follows:

1. I am the Plaintiff in this action and appear in pro per. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. I make this declaration in support of Plaintiff's Request for Leave to Take Additional Depositions.

3. I have taken eight depositions in this action: the depositions of Deputies Middlebrooks, Watson, and Chaloner, and the depositions of Armando Cruz, Dylan Hafner as Defendant's Rule 30(b)(6) designee, Gary Russell, Airene Laylo, and Autumn Poti.

4. Attached as Exhibit A is a true and correct copy of the electronic mail exchange between me and counsel for Defendant dated July 14 and July 15, 2026, concerning a stipulation to additional depositions, in which counsel for Defendant asked me to identify the witnesses I wished to depose and I explained the need for additional depositions.

5. Attached as Exhibit B is a true and correct copy of my letter to counsel for Defendant dated August 10, 2026, identifying the witnesses placed at issue by Defendant's production and testimony and proposing a reciprocal stipulation to additional depositions. Defendant did not respond to that letter.

6. Attached as Exhibit C are true and correct excerpts of the certified transcript of the deposition of Dylan Hafner, Defendant's Rule 30(b)(6) designee, taken July 17, 2026.

7. Attached as Exhibit D are true and correct excerpts of the certified transcript of the deposition of Armando Cruz, taken June 30, 2026.

8. Attached as Exhibit E are true and correct excerpts of the certified transcript of the deposition of Autumn Poti, taken July 9, 2026.

9. Attached as Exhibit F are true and correct copies of documents produced by Defendant at Bates numbers AVIA001807 through AVIA001809, consisting of the October 2022 electronic mail chain among Defendant's personnel concerning the subject vehicle and the August 21, 2022 stolen vehicle system message distributed to Defendant's personnel.

10. During their depositions, each of the five Avis witnesses was shown the Avis job description for his or her own position. Four of the five disclaimed duties enumerated in those descriptions and attributed responsibility to other individuals who have not been deposed.

11. The individuals identified in Defendant's testimony and documents as involved in the events at issue, including the operations, production, and airport managers on duty in June 2022, the rental sales agent and counter manager on duty June 26, 2022, the district managers, the loss prevention and security personnel identified at AVIA001807 through AVIA001809, and the person who queried the vehicle trace on November 2, 2022, have not been deposed.

12. I conferred with counsel for Defendant in a good faith effort to resolve this dispute without Court action, as described in the accompanying joint letter, and the parties were unable to resolve it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026, at East Point, Georgia.

/s/ Avia Turner-Gray

______________________________

Avia Turner-Gray
Plaintiff In Pro Per

# INDEX OF EXHIBITS

Exhibit A: Electronic mail exchange between Plaintiff and Defendant's counsel dated July 14 and July 15, 2026, concerning a stipulation to additional depositions.

Exhibit B: Plaintiff's letter to Defendant's counsel dated August 10, 2026, identifying the witnesses placed at issue and proposing a reciprocal stipulation to additional depositions.

Exhibit C: Excerpts, certified transcript of the deposition of Dylan Hafner, Defendant's Rule 30(b)(6) designee, taken July 17, 2026.

Exhibit D: Excerpts, certified transcript of the deposition of Armando Cruz, taken June 30, 2026.

Exhibit E: Excerpts, certified transcript of the deposition of Autumn Poti, taken July 9, 2026.

Exhibit F: Documents produced by Defendant at AVIA001807 through AVIA001809, consisting of the October 2022 electronic mail chain among Defendant's personnel concerning the subject vehicle and the August 21, 2022 stolen vehicle system message.
Defendant's Exhibit 1: Deposition transcript excerpts designated by Defendant's counsel, attached at Defendant's request. Poti Transcript.

Defendant's Exhibit 2: Deposition transcript excerpts designated by Defendant's counsel, attached at Defendant's request. Russell Transcript.

Defendant's Exhibit 1: Deposition transcript excerpts designated by Defendant's counsel, attached at Defendant's request. Poti Transcript.

Defendant's Exhibit 2: Deposition transcript excerpts designated by Defendant's counsel, attached at Defendant's request. Russell Transcript.

# CERTIFICATE OF SERVICE

**Turner-Gray v Avis Budget car Rental LLC, et. Al.**
**USDC Northern District Case No. 3:23-CV-05507-TSH**

I , Avia Turner-Gray, declare as follows:

I am the Plaintiff in this action and appear In Pro Per. I am over eighteen years of age. My address is 3538 Cumberland Road, East Point, Georgia 30344.

On September 15, 2026, I served the following documents by filing them through the Court's CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record registered with that system:

**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF RE: PLAINTIFF'S REQUEST FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS WITH EXHIBIT LIST ATTACHED**

Service by CM/ECF was made on the following counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Civil L.R. 5-1(h):

Christopher J. Beeman (cbeeman@clappmoroney.com)
Ashley N. Meyers (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive
Suite 410
Pleasanton, California 94588
Attorneys for Defendant Avis Budget Car Rental

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026, at East Point, Georgia.

Respectfully submitted,

/s/ Avia Turner-Gray

Avia Turner-Gray
Plaintiff In Pro Per

3538 Cumberland Road
East Point, Ga 30344
(404)444-6561