Gmail **Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>**

# Re: Response: Turner-Gray v. Avis: stipulation on additional depositions?: Summary of Meet and Confer Discussions Today

1 message

**Avia Turner-Gray** <aviaturnergrayattyatlaw@gmail.com> Wed, Jul 15, 2026 at 8:21 PM
To: "Ashley N. Meyers" <Ameyers@clappmoroney.com>, "cbeeman@clappmoroney.com" <cbeeman@clappmoroney.com>, "rmartin@clappmoroney.com" <rmartin@clappmoroney.com>

Ms. Meyers

I have a joint stipulation to allow for additional depositions drafted. As you know, I've used up five of the 10 depositions available without court authorization to deposition three of the officers involved in my false arrest, and I have two depositions scheduled with employees of B. E. Smith/AMN. So that means that half of the depositions that I had available to question Avis's employees have been used up on outsiders.

Let's also consider the fact that you are obtaining defense experts, and I will deposition every single one of your defense experts.  I don't know how many you have lined up, but I'm going to anticipate a minimum of three.

So the issue really is tangent to the fact that Avis has so many lower level and mid-level repetitive managers. I don't even know how the corporation makes a profit with that many people holding management titles, many of whom don't claim management title when they're called to task in a deposition.

Given these facts, I will need at least 10 additional depositions. Whatever depositions I'm asking you for, I'm allowing you to take of my side also. I will plainly say there are not that many people that you are going to be able to deposition on my side that will give you any information that will advance your case.

So I just would like to ask if you're willing to stipulate. I assume that you will not. I'm ready to advance a motion to get the additional depositions. I simply do not want to waste the time while we're being transferred from one judge to another doing nothing. I do not want to be idle. I can deposition other critical witnesses so that 8 to 10 weeks out, I'm done. Who knows? I'm not depending on it. I fully am preparing to go to trial.  I anticipate going to trial. Maybe we will come to a Settlement agreement. You never know when a miracle might land in your lap.

Please advise.

Avia Turner-Gray
Plaintiff In Pro Per

On Tue, Jul 14, 2026 at 17:21 Ashley N. Meyers <ameyers@clappmoroney.com> wrote:

> Make that a separate stipulation. I need to talk to my clients before agreeing to that. It would be helpful to know who you want to depose.
>
> On Jul 14, 2026, at 5:12 PM, Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com> wrote:
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Ms. Meyers,
>
> I concur that the terms you discussed below sum up the agreement that we came to. I also want to see if you would be willing to stipulate for me to do my additional depositions. I'm asking for an additional eight depositions. At this time, I am not sure that I will need exactly that amount. Since I'm drafting the stipulation, I want to put it in there if you're willing to agree.

Please advise

Avia Turner-Gray
Plaintiff In Pro Per
(404)444-6561 O
(703)819-9682

On Tue, Jul 14, 2026 at 12:34 Ashley N. Meyers <ameyers@clappmoroney.com> wrote:

Ms. Turner-Gray,

Thanks for the helpful conversation today. When you put together the stipulation to continue certain deadlines related to the trial date which is being vacated, please send to me. As discussed a few months is completely agreeable to Defendant.

Confirming that we have until 7/29 for the items which the Judge had ordered us to produce by this Friday in her Order on July 9.

Ashley N. Meyers
Partner
tel: 925-734-0990 | fax: 925-734-0888 | ameyers@clappmoroney.com
5860 Owens Drive, Suite 410, Pleasanton, CA 94588

<image001.png>

**San Francisco | Peninsula | East Bay/Central Valley | San Jose/Monterey | Sacramento | Los Angeles**

*Visit our website at www.clappmoroney.com for additional information on Clapp Moroney*

*****************************************************************

This e-mail, including any attachments, is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Thank you.