UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVIA TURNER-GRAY,

Plaintiff,

vs. No. 3:23-cv-05507-SI

AVIS BUDGET CAR RENTAL, LLC, et al.,

Defendants.

_____________________________/

REMOTE VIDEOTAPED RULE 30(b)(6) DEPOSITION OF

DYLAN HAFNER

Taken before LISA LOUNDAGIN

Certified Shorthand Reporter

State of California

CSR 9213

Friday, July 17, 2026

because of the shadowing or in association with the shadowing function of the training, how the training occurs for her role, that she felt she needed more.

So my question to you is if she felt that way and that was her self-volunteered -- self-volunteered assessment of her self and her own understanding, who -- who should have -- whose job was it to make sure that she understood that portion of her job at least adequately enough to get it done in the absence of the other -- the other airport managers?

MS. MEYERS: I'm gonna object as it mischaracterizes the testimony. It just does. So go ahead.

THE WITNESS: Yeah, you have to be specific about what she feels uncomfortable with because the -- like the role that -- it feels like you're kind of generalizing the role more than what's actually in this job description. So this is just -- like in this job description, it goes over completing, you know, the missing vehicle checklist and following up with security personnel, which she had demonstrated the knowledge of.

MS. TURNER-GRAY: Q. I'm sorry, I didn't hear.

A But managing stolen vehicles, that's not --

15:35:41 that's not part of her role.

15:35:44 MS. MEYERS: And that's what she testified to.

She said that it wasn't part of her job, but then when she got promoted, she needed to ask for training. And that was after 2022, which, again, is not part of this time, but she said multiple times, and I'm looking at this testimony, "It doesn't fall under my responsibilities. That wasn't what I was doing." So anyhow.

MS. TURNER-GRAY: And I also said with response -- with regard to that -- 'cause there's a lot of managers that we have had depositions of, and no one seems to be able to identify their role in the company sponsored and authorized descriptions of their jobs.

So I asked her between her and the other airport managers, did they have a responsibility to get all of this work done? And if I recall correctly, she said yes, between them. She didn't want to say yes, but if I recall correctly, she said yes. But regardless, it's -- I'm not pulling this out of the air. This is on the airport manager job description. There's no job description I was given for airport manager of a certain type or specialization. Maybe that would be a good idea in the future if that's how specialized you are.

Q And, Mr. Hafner, I thought that you said that if there are duties between the airport managers and

15:36:58 operations managers, that they kind of work together to
15:37:00 make sure that everything is covered at the end of the

15:37:03 day. So she probably did at least need to know some of
15:37:07 this as an airport manager with that responsibility and
15:37:10 role.
15:37:11 But regardless, my question is whose
15:37:15 responsibility was it to make sure that she was
15:37:18 appropriately trained in the first place so that she
15:37:21 didn't feel like she had those gaps in her training?
15:37:25 MS. MEYERS: Same objections. Mischaracterizes
15:37:27 the testimony. It's an incomplete hypothetical. Go
15:37:34 ahead.
15:37:35 THE WITNESS: Yeah, so the responsibility of
15:37:37 training would be on our security manager, and it would
15:37:40 also be on the city district manager for the airport
15:37:45 managers if they felt like they did not have adequate
15:37:47 training in that specific function.
15:37:48 MS. TURNER-GRAY: Okay. Is there -- are there
15:37:56 any records of the stolen vehicle training that either
15:38:01 Mr. Cruz, Armando Cruz, or Gary Russell or Autumn Poti or
15:38:05 any of these other managers -- and I'm just listing them
15:38:08 as example names -- of whatever their training was that
15:38:13 they completed? Is there some documentation in the system
15:38:15 of it?
15:38:15 A Specific to the stolen vehicle reports, no, I

15:38:23 don't think so.

15:38:23 Q Stolen and missing. I'm sorry, my --

STATE OF CALIFORNIA )
COUNTY OF ALAMEDA )

I hereby certify that the witness in the foregoing deposition, DYLAN HAFNER, was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place herein via an electronic format; and that the deposition is a true record of the witness's testimony as reported by me, a duly certified shorthand reporter and a disinterested person, to the best of my ability, and was thereafter transcribed into typewriting by computer.

I further certify that I am not interested in the outcome of the said action, nor connected with nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this July 23, 2026.

Reading and signing was __ requested __ waived _X_ not requested.

______________________________

LISA LOUNDAGIN, CSR NO. 9213