UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVIA TURNER-GRAY,

Plaintiff,

CERTIFIED TRANSCRIPT

vs. Case No. 3:23-cv-05507-SI

AVIS BUDGET CAR RENTAL, LLC, et al.,

Defendants.
_______________________________/

VIDEOCONFERENCE DEPOSITION OF AUTUMN POTI

Taken before LORI A. YOCK, CSR, RPR

Certified Shorthand Reporter No. 5801

Registered Professional Reporter No. 18667

State of California

Thursday, July 9, 2026

Page 138

**on paper. There was some sort of -- some sort of policies or procedures that were on paper at Avis SFO in 2021 when you came on board?**
A. Yes.
**Q. Were those policies and procedures migrated into the -- migrated online during your five-year tenure at Avis SFO?**
A. Can you specify "online"?
**Q. Easily. My other job is as a nurse. So as a nurse, we have a policy -- because we have a lot of policy. We can access it online through an online portal. You sign into it and then you just put in what you need to know and it will pull it up. It is actually a PDF -- thousands of pages of PDF that we pull up. We can access the policy by subject. But just in case our systems go down, we actually have binders and binders of policies and procedures because we deal with human life, and if the system goes down, we can go and get the paper, open up the book and see what the policy is.**
**So I'm just trying to find out if the paper policies and procedures you concede existed at least when you were hired in 2021 if now those same policies and procedures are now online?**
A. I wouldn't know. If I needed a policy of anything of the sort, I would contact somebody to see if

Page 139

they would have a copy of it for them to email it to me. I have never physically -- as far as work rules or anything of the sort, I have never physically went online trying searching for it. I just used resources -- Human Resources.
**Q. Okay. So Human Resources has -- they are always going to have -- they have the policies and procedures -- excuse me -- if you needed to look them up?**
A. If I needed something, them or my district manager or Gary Russell has been able to provide me with whatever I may have needed.
**Q. Okay. Fair enough. Ms. Poti, last question. In my case where my car -- I went in for an exchange under an existing contract -- let me get this down -- and somehow the exchange was not documented, and I ended up outside of the gates of the facility after being waved through, and ultimately arrested for a vehicle -- a corporate vehicle -- a corporate rental that there was no documentation of.**
**Do you believe that Avis's policy was followed in my specific circumstances in this case?**
MS. MEYERS: Objection; calls for speculation, lacks foundation.
THE WITNESS: If you were -- if you were out the gate, and it was not in the system, and you got to

Page 140

your point, as far as policy, I'm not quite sure, but a step may have been missed.
BY MS. TURNER-GRAY:
**Q. Well, let me rephrase that. Is it the policy of Avis Budget Group or Avis Budget Car Rental to allow customers to take their vehicles and give them -- I'm going to call it -- opposing counsel and I disagree on what to call it -- but I call it falsified documentation that does not match the car or any entry in the system for that car. Is it Avis's policy to give -- let me -- is it Avis's policy to give customers documentation that does not match the car that they are driving or that they have been given to drive outside of Avis Budget SFO?**
MS. MEYERS: Objection; argumentative. Go ahead.
THE WITNESS: No.
BY MS. TURNER-GRAY:
**Q. Is it Avis's policy to allow customers to leave, to exit the Avis facility -- I don't -- I mean, I'm just mind blown. You'll have to forgive me.**
**Is it Avis's policy to allow customers to exit the facility -- is it Avis's policy for a rental -- for an exit booth agent to not accurately check the paperwork against the car against the wand information before the patient -- I'm sorry -- before the -- before the renter is**

Page 141

**allowed to exit the gate? Is that Avis's policy?**
MS. MEYERS: Objection; asked and answered. It's compound.
BY MS. TURNER-GRAY:
**Q. Well, I can ask it a little bit at a time.**
MS. MEYERS: You already asked it. You went through this whole thing early in it. She has already said of course it's not the policy. But go ahead. You can answer again.
THE WITNESS: No.
BY MS. TURNER-GRAY:
**Q. Is it Avis's policy to not document their vehicles in the Wizard system, even a day after the rental took place?**
MS. MEYERS: Objection; vague and ambiguous, asked and answered.
THE WITNESS: No.
BY MS. TURNER-GRAY:
**Q. If all of these policies that we just discussed in the previous three questions, if the policies -- Avis's policies were not followed, is it reasonable to -- is it reasonably foreseeable that the person driving an undocumented car may be harmed, either with a wrongful arrest and whatever flows from that wrongful arrest?**
MS. MEYERS: I'm going to object. That's a