UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AVIA TURNER-GRAY,

Plaintiff,

v.

AVIS BUDGET CAR RENTAL LLC, JOHN DOES 1 THROUGH 50,

Defendants.

CERTIFIED TRANSCRIPT

Case No. 3:23-CV-05507-SI

Videotaped Deposition of

GARY RUSSELL

Thursday, July 2, 2026

REPORTED BY: Kyle Ridenour, RPR, CSR 14473

instance, if your contract was due back a month or two before and the company didn't extend your rental, we're kind of -- we don't know. We don't know anything about the car.

**Q I understand. But it goes back to the question I asked you about misdocumentation.**

**Were you --**

A Again, each --

MS. MEYERS: Let her finish.

BY MS. TURNER-GRAY:

**Q Were you aware that the Avis Budget rental sales associate that I went to to exchange the vehicle terminated, without telling me, the corporate rental that I had but gave me this packet of paperwork to drive on? Were you aware of that?**

MS. MEYERS: Objection. Calls for speculation.

Go ahead.

MS. TURNER-GRAY: I'm asking if he's aware of it.

THE WITNESS: I'm not the one to answer that question. I don't have any knowledge about that.

BY MS. TURNER-GRAY:

**Q So you mentioned -- I'm speaking -- I'm asking these questions in this way because you're saying,**



**well -- and if I mischaracterize your testimony, please tell me. But you're telling me, "Well, we didn't receive any communication from you in four months."**

**And what I'm saying to you, it was Avis's responsibility to make sure all of the billing, contact, license, and all of the information remained in the file so that you could receive information from either myself or my company. And that was terminated on June 26th, 2022.**

**Were you aware of that?**

MS. MEYERS: I'm sorry. That's vague and ambiguous. It's incredibly compound.

MS. TURNER-GRAY: It's very complex. And I know. It's 15 minutes of questioning.

MS. MEYERS: It's not a proper question.

If you understand the question, you can answer.

THE WITNESS: I don't have any knowledge of your rental closure or opening in any way.

BY MS. TURNER-GRAY:

**Q So I understand that.**

**But if Avis doesn't accurately do their job with their own rentals -- if an Avis employee terminates a rental in progress during exchange instead of exchanging the vehicle in the Wizard system, then can**



**you agree that that will lead to a lack of documentation, accurate documentation, for the vehicle that may affect a future investigation?**

MS. MEYERS: Objection. Calls for speculation. It's an incomplete hypothetical.

Go ahead.

THE WITNESS: So that would be why I asked if your mini-lease was coming to a close. Then, yes, this contract would be closed and not vehicle exchanged. It would move on to the next -- it would move on to the next contract, to the next --

BY MS. TURNER-GRAY:

**Q That's not a closure. That was still under rental. I don't know. Like, I'm not trying to have a conversation. But I just --**

MS. MEYERS: I don't -- you can't cut him off in the middle of his answer.

BY MS. TURNER-GRAY:

**Q I'm sorry. I'm sorry.**

A So I don't know any interaction between your car opening, vehicle exchanging, or closing. So I can't really answer questions to say what, why, or how because I wasn't there.

**Q But I think that it might be accurate to say that if -- if Avis has incorrect and inaccurate**



**information in their system then it will affect the accuracy of an investigation based on those records in the future. And I'm asking that as a question.**

MS. MEYERS: It's an incomplete hypothetical. It's vague and ambiguous.

MS. TURNER-GRAY: Is it a hypothetical?

MS. MEYERS: Well, the way you're phrasing it, yeah. I mean, you can phrase it as something specific. But as it's phrased, yes, it's hypothetical. "If something happens, then what if" --

MS. TURNER-GRAY: I'll rephrase.

BY MS. TURNER-GRAY:

**Q Because Avis ended the contract instead of exchanging it, the Avis representative that I spoke to on June -- I'll give you the date -- June 26, 2022, ended the contract, gave me false paperwork, nothing in the system, would that have affected your investigation going forward? Did it affect your investigation when you conducted that investigation months later in August, in September -- no, in October?**

MS. MEYERS: Lacks foundation. Calls for speculation.

But you can answer.

THE WITNESS: In order to answer that, I'm trying to find this contract in your paperwork that --