Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Telephone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman, SBN 121194 (cbeeman@clappmoroney.com)
Ashley N. Meyers, SBN 274072 (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive
Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>JOHN DOES 1 through 50,<br><br>Defendants. | Case No. 3:23-cv-05507-TSH<br><br>[Hon. Thomas S. Hixson]<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO SERVE TEN ADDITIONAL INTERROGATORIES** |

## JOINT STIPULATION ON ADDITIONAL INTERROGATORIES

Plaintiff Avia Turner-Gray, In Pro Per, and Defendant Avis Budget Car Rental, LLC, through its counsel of record, stipulate as follows and request that the Court so order:

1. On August 21, 2026, the Court directed the parties to address additional interrogatories by stipulation or joint discovery letter brief by September 15, 2026. Dkt. No. 128.

2. The parties met and conferred on September 10, 2026 and have agreed that Plaintiff may serve ten interrogatories on Defendant in addition to the twenty-five permitted by Federal Rule of Civil Procedure 33(a)(1).

3. Defendant shall respond to those interrogatories within thirty days of service, as provided by Rule 33(b)(2), unless the parties agree in writing to a different date under Rule 29(b).

4. This stipulation is without prejudice to Plaintiff's right to seek leave of Court to serve additional interrogatories beyond the ten agreed here, and without prejudice to any objection Defendant may assert to any particular interrogatory under Rule 33(b)(4).

5. Nothing in this stipulation alters any other deadline set by the Court.

**IT IS SO STIPULATED.**

DATED: September 11, 2026

By: /s/ Avia Turner-Gray

______________________________

Avia Turner-Gray

Plaintiff In Pro Per

DATED: September 11, 2026

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY

By: ___*Ashley Meyers*___________________

Ashley N. Meyers

Attorneys for Defendant

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I attest that I have obtained the concurrence of Ashley N. Meyers, counsel for Defendant Avis Budget Car Rental, LLC, in the filing of this document.

/s/ Avia Turner-Gray

______________________________

Plaintiff In Pro Per