**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>JOHN DOES 1 through 50,<br><br>Defendants. | Case No. 3:23-cv-05507-TSH<br><br>[Hon. Thomas S. Hixson]<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF TO SERVE TEN ADDITIONAL INTERROGATORIES** |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff may serve ten interrogatories on Defendant Avis Budget Car Rental, LLC in addition to the twenty-five permitted by Federal Rule of Civil Procedure 33(a)(1). Defendant shall respond within thirty days of service unless the parties agree in writing to a different date. This Order is without prejudice to any further request by Plaintiff for leave to serve additional interrogatories.

IT IS SO ORDERED.

Dated: ___________________, 2026

_____________________________________

THOMAS S. HIXSON

United States Magistrate Judge