Turner-Gray
3538 Cumberland Road
East Point, GA 30344
(404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC; JOHN DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:23-cv-05507-TSH<br><br>**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF REGARDING DEFENDANT'S THIRD-PARTY SUBPOENAS**<br><br>Magistrate Judge Thomas S. Hixson |

I, Avia Turner-Gray, declare as follows:

1. I am the Plaintiff and I appear in pro per. I have personal knowledge of the facts stated below and could testify to them competently.

2. I was not served with copies of the eight subpoenas Defendant directed to my providers, employers, staffing agencies, and the California Department of Justice before those subpoenas were served on the nonparties.

3. I first learned of the subpoenas when I received a packet by mail from First Legal Records, a records vendor, bearing a cover letter dated July 10, 2026 and Reference No. 252659. A true and correct copy of the packet is attached as Exhibit A.

4. The eight subpoenas were directed to the California Department of Justice Bureau of Criminal Information and Analysis, Alameda Health System, Kaiser Permanente National, Wellstar Health System, Power Personnel, Inc., Genie Healthcare, Inc., Joseph M. Latham, Psy.D., and Village Medical.

5. Each subpoena identifies the issuing court as the United States District Court for the Rene C. Davidson Courthouse of Alameda County Superior Court. There is no such court. This action is pending in the Northern District of California.

6. Each subpoena identifies counsel as attorney for Avis Budget Group, Inc., which is not a party to this action.

7. First Legal Records later confirmed that the subpoenas were served on the custodians on July 16, 2026. Notice reached me only by ordinary mail across the country, and I opened the packet on July 23, 2026. The Alameda Health System subpoena commanded production on July 30, 2026, and the Latham subpoena on August 4, 2026. I had no meaningful opportunity to object before those dates.

8. The parties conferred by telephone on July 20, 2026. Defense counsel raised only the Latham subpoena and stated it was being withdrawn. She did not disclose that seven additional subpoenas had issued. During the conference, defense counsel remarked that she had never seen anyone comply with a subpoena so quickly.

9. On July 23, 2026, defense counsel confirmed in writing that all eight subpoenas were withdrawn pending further meet and confer regarding individual subpoenas. On July 27, 2026, defense counsel wrote that it is unusual if not unheard of for locations to turn around subpoenaed records within a few days, and confirmed in writing that, per our meet and confer discussion, the reissued Latham subpoena would carry a start date of October 2020, two years before the incident. Also on July 27, 2026, First Legal Records confirmed in writing that the orders were closed on its end, that no follow-up would be made, and that any records received would be destroyed. Correspondence concerning the subpoenas is attached as Exhibit B.

10. Exhibit B is a true and correct copy of email correspondence between defense counsel, First Legal Records, and myself, dated July 23 through July 27, 2026 and September 21 and 22, 2026, printed from my email account. I was a sender or recipient of each email.

11. Before the July 10, 2026 subpoenas issued, Defendant had already obtained records from Alameda Health System and from Village Medical, and had used the Village Medical records at the deposition of my treating physician. Defendant's prior counsel stated an intention to subpoena the nursing staff on my hospital unit. Defendant also served a subpoena directed to my workplace that was altered after issuance, and counsel did not identify the changes when I asked.

12. I am willing to produce responsive records in my possession, custody, or control, including records from a prior employer and a document from the nursing agency I worked with before American Mobile Nursing, under a qualified protective order, with no record predating October 1, 2020, and with personal identifiers redacted.

13. My records are located at my home in East Point, Georgia. I require approximately five weeks to retrieve, review, designate as appropriate, and produce them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026, at East Point, Georgia.

/s/ Avia Turner-Gray

Avia Turner-Gray
Plaintiff In Pro Per

## INDEX OF EXHIBITS

Exhibit A: Subpoena packet from First Legal Records (Reference No. 252659), consisting of the eight subpoenas dated July 15, 2026, as received by Plaintiff by mail. An identical packet dated July 10, 2026 was also received.

Exhibit B: Email correspondence between defense counsel and Plaintiff dated July 23 through July 27, 2026 and September 21 and 22, 2026, including Defendant's July 23, 2026 confirmation of withdrawal, Defendant's July 27, 2026 confirmation of an October 2020 start date for Dr. Latham, and First Legal Records' July 27, 2026 confirmation of cancellation.

Exhibit C: [Proposed] Addendum to Protective Order (Dkt. No. 87) adding Section 14, Qualified Protective Order for Medical and Psychological Records.

## CERTIFICATE OF SERVICE

**Turner-Gray v Avis Budget car Rental LLC, et. Al.**
**USDC Northern District Case No. 3:23-CV-05507-TSH**

I , Avia Turner-Gray, declare as follows:

I am the Plaintiff in this action and appear In Pro Per. I am over eighteen years of age. My address is 3538 Cumberland Road, East Point, Georgia 30344.

On September 22, 2026, I served the following documents by filing them through the Court's CM/ECF system, which sent a Notice of Electronic Filing to all counsel of record registered with that system:

**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF JOINT DISCOVERY LETTER BRIEF REGARDING DEFENDANT'S THIRD-PARTY SUBPOENAS with Exhibits A through C attached.**

Service by CM/ECF was made on the following counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Civil L.R. 5-1(h):

Christopher J. Beeman (cbeeman@clappmoroney.com)
Ashley N. Meyers (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive
Suite 410
Pleasanton, California 94588
Attorneys for Defendant Avis Budget Car Rental

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 22, 2026, at East Point, Georgia.

Respectfully submitted,

/s/ Avia Turner-Gray

Avia Turner-Gray
Plaintiff In Pro Per

3538 Cumberland Road
East Point, Ga 30344
(404)444-6561