Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
(404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman, SBN 121194 (cbeeman@clappmoroney.com)
Ashley N. Meyers, SBN 274072 (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410, Pleasanton, California 94588
Telephone: (925) 734-0990
Attorneys for Defendant AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br><br>JOHN DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:23-cv-05507-TSH<br>Judge Thomas S. Hixson<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER (DKT. NO. 87) TO ADD SECTION 14, QUALIFIED PROTECTIVE ORDER FOR MEDICAL AND PSYCHOLOGICAL RECORDS |

## STIPULATION

Plaintiff Avia Turner-Gray, in pro per, and Defendant Avis Budget Car Rental, LLC, through its counsel of record, stipulate as follows.

1. The Protective Order entered October 16, 2025 (Dkt. No. 87) governs the designation and handling of confidential material in this action. Section 12.1 of that Order permits any party to seek its modification.

2. Defendant seeks production of Plaintiff's psychological treatment records from Joseph M. Latham, Psy.D., for the period October 1, 2020 forward. Those records contain protected health information within the meaning of 45 C.F.R. § 160.103.

3. The parties agree that production of those records should proceed under a qualified protective order satisfying 45 C.F.R. § 164.512(e)(1)(v).

4. The parties therefore stipulate that the Protective Order (Dkt. No. 87) be amended to add Section 14, Qualified Protective Order for Medical and Psychological Records, in the form attached as Exhibit C to the Joint Discovery Letter Brief filed September 22, 2026, and attached to this Stipulation as Exhibit 1.

5. Except as amended by Section 14, the Protective Order (Dkt. No. 87) remains in full force and effect.

6. Nothing in this Stipulation resolves or waives any party's position on the scope of the Latham records, the method of their production, or the scope of any employment subpoena. Those issues remain before the Court on the Joint Discovery Letter Brief filed September 22, 2026.

IT IS SO STIPULATED.

Dated: September 29, 2026

/s/ Avia Turner-Gray

______________________________

Avia Turner-Gray
Plaintiff In Pro Per

Dated: September 29, 2026

/s/ Ashley N. Meyers

______________________________

Ashley N. Meyers
Clapp, Moroney, Vucinich, Beeman+Scheley
Attorneys for Defendant
Avis Budget Car Rental, LLC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Avia Turner-Gray, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Avia Turner-Gray

__________________________

Avia Turner-Gray
Plaintiff In Pro Per

Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
(404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman, SBN 121194 (cbeeman@clappmoroney.com)
Ashley N. Meyers, SBN 274072 (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410, Pleasanton, California 94588
Telephone: (925) 734-0990
Attorneys for Defendant AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC, JOHN DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:23-cv-05507-TSH<br>Judge Thomas S. Hixson<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING PROTECTIVE ORDER (DKT. NO. 87) TO ADD SECTION 14, QUALIFIED PROTECTIVE ORDER FOR MEDICAL AND PSYCHOLOGICAL RECORDS |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Protective Order entered October 16, 2025 (Dkt. No. 87) is amended to add Section 14, Qualified Protective Order for Medical and Psychological Records, in the form attached as Exhibit 1 to the parties' Stipulation. Section 14 constitutes a qualified protective order within the meaning of 45 C.F.R. § 164.512(e)(1)(v). In all other respects the Protective Order remains in full force and effect.

IT IS SO ORDERED.

Dated: ____________________, 2026

______________________________
THOMAS S. HIXSON
United States Magistrate Judge