# EXHIBIT B

# FILED UNDER SEAL

Gmail **Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>**

---

**Re: Turner-Gray Joint Statement on Additional Deposition time**

---

**Avia Turner-Gray** <aviaturnergrayattyatlaw@gmail.com> Mon, Oct 5 at 19:25
To: Ashley N. Meyers <Ameyers@clappmoroney.com>, Chris Beeman <cbeeman@clappmoroney.com>, Richean G. Martin <rmartin@clappmoroney.com>

Ms. Meyers,

Defendant's first email regarding this joint letter was sent at 2:02 a.m. Eastern Time today, October 5. It did not contain Defendant's portion of the joint letter. It contained Defendant's draft objections to Plaintiff's requests for production. Defendant's portion of the joint letter was not sent until 6:31 p.m. Eastern Time this evening, October 5, the date the Court ordered this letter filed. Dkt. 128.

I can get you Plaintiff's portion tomorrow.

I will not be filing this. This is Defendant's motion and Defendant's joint letter. Defendant will file it. Plaintiff will provide her portion for insertion.

This must be filed under seal per Court order. Dkt. 128 directs that both the transcript and the joint letter are to be filed under seal. Defendant's draft quotes Plaintiff's testimony concerning her [redacted] Plaintiff is not required to litigate her [redacted] on an open record. Defendant will need to file a separate administrative motion to seal under Civil L.R. 79-5. Nothing from the transcript or from the letter is to be placed on the public docket.

Avia Turner-Gray

Plaintiff In Pro Per

(404) 444-6561

On Mon, Oct 5, 2026 at 18:31 Ashley N. Meyers <ameyers@clappmoroney.com> wrote:

> Oh no. I apologize. I had prepared that before you provided the extension. I just saw this response.
>
> Here’s the correct document.

If you would like to file due to a need for the additional time, that's obviously not a problem. The incorrect attachment was just a mistake.

---

**From:** Avia Turner-Gray <aviaturnergrayattyatlaw@gmail.com>
**Sent:** Monday, October 5, 2026 11:35 AM
**To:** Ashley N. Meyers <ameyers@clappmoroney.com>; Chris Beeman <cbeeman@clappmoroney.com>; Richean G. Martin <rmartin@clappmoroney.com>
**Subject:** Re: Turner-Gray Joint Statement on Additional Deposition time

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms Meyers,

What you sent me was a draft of your objections to my request for the production of documents. This is not a joint letter draft. And is this draft that you sent me your Real response to my request for the production of documents times two sets? No documents produced again?

Avia Turner-Gray

(404)444-6561 O

(703)819-9682 C
aviaturnergrayattyatlaw@gmail.com

On Mon, Oct 5, 2026 at 02:02 Ashley N. Meyers <ameyers@clappmoroney.com> wrote:

> Ms. Turner-Gray,

Attached is my first draft for the joint statement on Defendant's request for a court order compelling you to complete your deposition via zoom. Since this one was mine, we should file. When can you provide your statement?

Ashley N. Meyers
Partner
tel: 925-734-0990 | fax: 925-734-0888 | ameyers@clappmoroney.com
5860 Owens Drive, Suite 410, Pleasanton, CA 94588

CLAPP MORONEY | VUCINICH | BEEMAN + SCHELEY

TRIAL LAWYERS
40+ YEARS STRONG

**San Francisco | Peninsula | East Bay/Central Valley | San Jose/Monterey | Sacramento | Los Angeles**

*Visit our website at www.clappmoroney.com for additional information on Clapp Moroney*

*****************************************************************

This e-mail, including any attachments, is sent by a law firm and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Thank you.