UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

AVIA TURNER-GRAY,
Plaintiff,

v.

AVIS BUDGET CAR RENTAL, LLC,
Defendant.

Case No. 23-cv-05507-TSH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

Pursuant to Civil Local Rule 72-1, this matter is referred

[x] for random assignment to a United States Magistrate Judge

to conduct a settlement conference as soon as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge