Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
(404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman, SBN 121194 (cbeeman@clappmoroney.com)
Ashley N. Meyers, SBN 274072 (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410, Pleasanton, California 94588
Telephone: (925) 734-0990
Attorneys for Defendant AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC, JOHN DOES 1 THROUGH 50,<br><br>Defendants. | Case No. 3:23-cv-05507-TSH<br>Judge Thomas S. Hixson<br><br>STIPULATION AND ORDER AMENDING PROTECTIVE ORDER (DKT. NO. 87) TO ADD SECTION 14, QUALIFIED PROTECTIVE ORDER FOR MEDICAL AND PSYCHOLOGICAL RECORDS |

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Protective Order entered October 16, 2025 (Dkt. No. 87) is amended to add Section 14, Qualified Protective Order for Medical and Psychological Records, in the form attached as Exhibit 1 to the parties' Stipulation. Section 14 constitutes a qualified protective order within the meaning of 45 C.F.R. § 164.512(e)(1)(v). In all other respects the Protective Order remains in full force and effect.

IT IS SO ORDERED.

Dated: October 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge