Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

AVIA TURNER-GRAY,

Plaintiff,

v.

AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,

Defendants.

Case No.: 3:23-cv-05507-TSH

**The Honorable Thomas Hixson**

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL**

The Court has received Defendant Avis Budget Rental Car LLC's Administrative Motion to File Under Seal, and the Declaration of Aizzah Adil in support of the same. Upon full consideration of the papers and evidence submitted, and good cause appearing therefor, IT IS HEREBY ORDERED:

Defendant Avis Budget Rental Car LLC's Administrative Motion to File the Joint Statement regarding Plaintiff AVIA TURNER-GRAY ("Plaintiff")'s deposition, specifically the below-referenced lines of the Joint Statement, and Plaintiff's deposition testimony under seal is hereby GRANTED.

///

///



CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

| Document | Portion to Seal | Reason |
|---|---|---|
| Ex. B | 3:3-6, 12-13, 18-22; 4:25-5:1, 3-4, 6-9, 12, 15, 24-25, 27-28, 6:1-2, 7:6-7, 24, 26, 8:6, 23, Exh B attachment to Joint Statement p. 2 | Cites Plaintiffs deposition testimony which was ordered by the court to be filed under seal. |

IT IS SO ORDERED.

Dated:October 15, 2026

Judge Thomas S. Hixson

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588