Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

AVIA TURNER-GRAY,

Plaintiff,

v.

AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,

Defendants.

Case No.: 3:23-cv-05507-SI

**DECLARATION OF DOUGLAS SMITH**

Trial Date: October 26, 2026

I, DOUGLAS SMITH, do declare as follows:

1. I am a Liability Claims Manager for Avis Budget Car Rental, LLC.
2. I have personal knowledge of the statements set forth in this declaration, except for those stated on information and belief. If called as a witness in this matter, I could and would competently testify thereto.
3. In order to comply with the Court's July 9, 2026, Counsel for Defendant was given access to all claims nationally with claim notations for false arrest, stolen vehicle and/or police involvement for the period from January 1, 2020 through December 31, 2023. With the more recent order setting an end date of December 31, 2024, further claims files have been pulled. Separate searches were conducted for the individuals identified by the Plaintiff. Counsel for



CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

Defendant will address these claims.

4. As part of this process, I confirmed with a senior member of loss prevention that any documents related to any of these other instances would have been moved to the claims file upon notification of an incident involving an allegation of false arrest. This confirmed that the claims file would include any and all responsive documents related to these other alleged instances regardless of which department the documents may have originated. This would include documents from filenet servers.

5. Similarly, while Loss Prevention maintains data related to lost or stolen vehicles, any reports showing "false reports of stolen vehicles" would not be an existing report but would require defendant to analyze data and create a report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 4, 2026

douglas smith

By: ______________________________
Douglas Smith