Christopher J. Beeman: SBN 121194
cbeeman@clappmoroney.com
Ashley N. Meyers: SBN 274072
ameyers@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Facsimile: (925) 734-0888

Attorney for Defendant
AVIS BUDGET CAR RENTAL, LLC

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET GROUP INC., AMN HEALTHCARE SERVICES, INC., and B.E. SMITH,<br><br>Defendants. | Case No.: 3:23-cv-05507-SI<br><br>**DECLARATION OF ASHLEY N. MEYERS PERTAINING TO DISCOVERY ORDER AT DKT 147** |

I, Ashley N. Meyers, do declare as follows:

1. I am the attorney for Avis Budget Car Rental, LLC.
2. I have personal knowledge of the statements set forth in this declaration, except for those stated on information and belief which are identified below. If called as a witness in this matter, I could and would competently testify thereto.
3. The Declaration of Douglas Smith filed concurrently herewith identifies the searches that have been conducted. As part of the expansion of the time period from 12/31/23 to 12/31/24 additional incident files were pulled and are being produced to Plaintiff today. The prior production is being produced without redaction as well.
4. As part of compliance with the order I was given access to complete claims files for any and

all incidents/claims involving an allegation of a lost or stolen vehicle and police interaction. Reviewed those files and produced the files that were responsive to the Judge's Order.

5. With regard to the 9 "names" identified by Plaintiff, the Burie claim file was part of what was obtained previously and it was produced. The Ramona Gutierrez claim file was part of what was obtained previously and it was produced. The Chaniece Decoud claim file was part of what was obtained previously and it was produced.

6. There was a name search for Chip August and for C. August and there are no claims under that name in Defendant's system. The information in the news article indicates that the dispute would have been for the amount charged. There's no allegation in the article that any vehicle was identified as stolen or that anyone was arrested or stopped by police so that is likely the reason there's no claim. Additionally an incident where there was no report of theft and no police involvement would not be responsive to the prior court order.

7. The single name Lorraine is not enough for a search. Based on the New York Times Article, the individual is alleging that a prior renter thought their vehicle was stolen, reported it stolen and then located it. It does not appear that Defendant reported the vehicle stolen. There's also no allegation of a false arrest in that news article so it likely would not be responsive. It is also unknown whether "Lorraine" is a pseudonym. It's possible that the related claim has been produced but the actual names are different. Defendant is unable to determine.

8. The Sutherlin's also were in a news article alleging that they were overcharged for a vehicle they returned. There's no allegation of the vehicle having been reported as stolen or of a false arrest so documents related to them would not be responsive to the court order.

9. The allegations from Noelle Wilson relate to an incident in 2025 so it would be outside of the date range. Additionally, there was no allegation that the vehicle was reported as stolen. The news article regarding an incident in Manhattan in June 2025 would be after the court's cut off of 12/2024.

10. The Plaintiff has identified a news article related to claims of Sheena and Cole Burie. A claims search has not identified a file for these individuals. I reviewed the court docket in San Diego county and noted that the Defendant is not one of the Avis entities and references a DBA which

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

likely means that the Defendant in that matter was an independent franchisee. With the recently obtained case number an additional search is being conducted and any documents located will be produced within 14 days.

11. The Plaintiff identified a suit by "Whitney, LLP." Defendant has identified a responsive claim by Joann Kline related to an alleged false arrest on 7/28/24. Her attorney is Whitney, LLP. That file with all documents is being produced today to Plaintiff given the expanded time frame through 12/31/24.

12. As stated in the Declaration of Douglas Smith, all documents which originate in any department are moved to claims as a central aggregator once an incident occurs which could give rise to a claim. As he stated, this would also include documents maintained in the FileNet system. Any incident responsive to the prior court order would fit that description so the correct place to search for responsive documents would be Claims.

13. With regard to a document which would list "the number of false reports," that is a report which has not been created. The data exists but the type of document Plaintiff is describing would require Defendant to take that data, analyze it and create a report which otherwise does not exist. Reports are run showing all missing and stolen vehicles but that is different from allegations of falsely reported stolen vehicles.

14. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 11/5/26

By: Ashley Meyers

Ashley N. Meyers

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 OWENS DRIVE, SUITE 410
PLEASANTON, CALIFORNIA 94588

**Avia Turner-Gray v. Avis Budget Group, Inc., et al.**
United States District Court, Northern District of California Case No. 3:23-cv-05507-TSH

**PROOF OF SERVICE**

1. I am a citizen of the United States and am employed in the County of Alameda, State of CALIFORNIA. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 5860 Owens Drive, Suite 410, Pleasanton, California 94588.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as follows:

**DECLARATION OF ASHLEY N. MEYERS PERTAINING TO DISCOVERY ORDER AT DKT 147**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Avia Turner-Gray, Esq.<br>Plaintiff in Pro Per<br>3538 Cumberland Road<br>East Point, GA 30344<br>Tel: 404-444-6561<br>Email: aviaturnergrayattyatlaw@gmail.com | |

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered with CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Executed on November 5, 2026 at Pleasanton, California.

*/s/ Richean Martin*
Richean Martin