Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Telephone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

Christopher J. Beeman, SBN 121194 (cbeeman@clappmoroney.com)
Ashley N. Meyers, SBN 274072 (ameyers@clappmoroney.com)
CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, California 94588
Telephone: (925) 734-0990
Attorneys for Defendant AVIS BUDGET CAR RENTAL, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br>JOHN DOES 1 through 50,<br>Defendants. | **Case No. 3:23-cv-05507-TSH**<br>Hon. Thomas S. Hixson<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING THE DEADLINE TO FILE THE JOINT DISCOVERY LETTER BRIEF ORDERED ON OCTOBER 26, 2026 (Civil L.R. 6-2)** |

Plaintiff Avia Turner-Gray and Defendant Avis Budget Car Rental, LLC, through its counsel of record, stipulate as follows.

1. At the informal discovery conference held on October 26, 2026, the Court ordered the parties to complete their meet and confer on Plaintiff's Second Set of Requests for Production, Nos. 35 through 111, and Third Set of Requests for Production, Nos. 1 through 10, by November 2, 2026, and to file a joint discovery letter brief, not to exceed twenty pages per side, no later than November 9, 2026.

2. The parties conferred by telephone on October 30 and November 4, 2026, in addition to their earlier conference on October 16, 2026. The parties have addressed Second Set Nos. 35 through 67 request by request. Second Set Nos. 68 through 111 and Third Set Nos. 1 through 10 remain to be addressed.

3. The parties agree that further conferral may narrow or resolve a number of the remaining disputes and reduce the matters presented to the Court. The parties have scheduled a further telephone conference for November 9, 2026. Parties agree that it will take at least two additional conferences to review the remaining disputed Requests for Production.

4. The parties therefore agree, subject to the Court's approval, that the deadline to file the joint discovery letter brief ordered on October 26, 2026 be extended from November 9, 2026 to November 23, 2026. The page limits and all other terms of the Court's October 26, 2026 order remain unchanged.

5. This stipulation does not change any other date in the case schedule, including Defendant's November 5, 2026 deadline under Dkt. No. 147. This stipulation is supported by the accompanying Declaration of Avia Turner-Gray under Civil L.R. 6-2(a).

**IT IS SO STIPULATED.**

DATED: November 6, 2026

By: /s/ Avia Turner-Gray

______________________________

Avia Turner-Gray
Plaintiff In Pro Per

DATED: November 6, 2026
CLAPP, MORONEY, VUCINICH,
BEEMAN+SCHELEY

By: s/ Ashley Meyers

______________________________

Ashley N. Meyers
Attorneys for Defendant
AVIS BUDGET CAR RENTAL, LLC

**ATTESTATION UNDER CIVIL L.R. 5-1(i)(3)**

I attest that I have obtained the concurrence of Ashley N. Meyers, counsel for Defendant, in the filing of this document.

/s/ Avia Turner-Gray

______________________________

Avia Turner-Gray
Plaintiff In Pro Per

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that the deadline to file the joint discovery letter brief ordered at the October 26, 2026 informal discovery conference is extended from November 9, 2026 to November 23, 2026. All other terms of that order remain in effect.

**IT IS SO ORDERED.**

Dated: _November 6, 2026____

______________________________
Hon. Thomas S. Hixson
United States Magistrate Judge

Avia Turner-Gray
3538 Cumberland Road
East Point, GA 30344
Telephone: (404) 444-6561
aviaturnergrayattyatlaw@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVIA TURNER-GRAY,<br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC,<br>JOHN DOES 1 through 50,<br>Defendants. | **Case No. 3:23-cv-05507-TSH**<br>Hon. Thomas S. Hixson<br><br>**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF JOINT STIPULATION TO MOVE THE DEADLINE TO FILE THE JOINT DISCOVERY LETTER BRIEF ORDERED ON OCTOBER 26, 2026 (Civil L.R. 6-2)** |

**DECLARATION OF AVIA TURNER-GRAY IN SUPPORT OF STIPULATION (Civil L.R. 6-2(a))**

I, Avia Turner-Gray, declare as follows.

1. I am the Plaintiff in this action and appear in pro per. I have personal knowledge of the facts stated in this declaration.

2. Reasons for the requested extension. On October 26, 2026, the Court ordered the parties to complete their meet and confer on Second Set Nos. 35 through 111 and Third Set Nos. 1 through 10 by November 2, 2026, and to file a joint discovery letter brief by November 9, 2026. Defense counsel and I conferred by telephone on October 30 and November 4, 2026. We addressed Second Set Nos. 35 through 67 request by request. The remaining requests

have not yet been addressed. Defense counsel and I agreed during the November 4, 2026 conference that additional time would allow us to complete conferral on every request, exchange written narrowing proposals, and present the Court with only the disputes that remain. We have scheduled a conference for November 9, 2026. We will require at least two more conferences to complete this task.

3. Previous time modifications. This action was filed in October 2023 and has been pending before two judges. The schedule has been modified by stipulation and by Court order on several occasions, including the stipulated extension of Defendant's production deadline under the July 9, 2026 order to July 29, 2026 and the continuance of the trial date and related deadlines (Dkt. No. 113); the case management schedule entered on reassignment (Dkt. No. 125); and the Court's extension on October 26, 2026 of Defendant's deadline under Dkt. No. 147 from October 29 to November 5, 2026, at Defendant's request and without objection from Plaintiff. The parties have also agreed between themselves to extensions of discovery response deadlines, including the two extensions that moved Defendant's responses to the Second and Third Sets of Requests for Production to October 15, 2026. No prior modification concerned the deadline at issue here.

4. Effect on the schedule. The requested extension moves only the filing date of the joint discovery letter brief, from November 9 to November 23, 2026. It does not change any other date in the case schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2026 in San Ramon, California

/s/ Avia Turner-Gray

______________________________

Avia Turner-Gray
Plaintiff In Pro Per