**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| AVIA TURNER-GRAY,<br><br>Plaintiff,<br><br>v.<br><br>AVIS BUDGET CAR RENTAL, LLC; and JOHN DOES 1 through 50,<br><br>Defendants. | **Case No. 3:23-cv-05507-TSH**<br><br>**ORDER MODIFYING THE CASE MANAGEMENT SCHEDULE (Dkt. No. 125)**<br><br>Judge: Hon. Thomas S. Hixson<br>Courtroom: E, 15th Floor |
|---|---|

Pursuant to the parties' stipulation, and good cause appearing under Fed. R. Civ. P. 16(b)(4), IT IS ORDERED that the Case Management and Pretrial Order at Dkt. No. 125 is modified as follows: expert disclosures are due February 12, 2027; rebuttal expert disclosures are due March 19, 2027; fact discovery closes February 26, 2027; and expert discovery closes April 16, 2027. All other dates and terms of Dkt. No. 125, including the August 30, 2027 trial date, remain in effect.

**IT IS SO ORDERED.**

Dated: November 13, 2026

______________________________
Hon. Thomas S. Hixson
United States Magistrate Judge